**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | InvaTech Pharma Solutions LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Inva Tech Pharma Solutions LLC <br> DBA  Inva-Tech Pharma Solutions LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2411999 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 40 C Cotters Lane, Suite #A <br> East Brunswick, NJ 08816 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Middlesex <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    InvaTech Pharma Solutions LLC                                              Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Debtor  InvaTech Pharma Solutions LLC                                    Case number (*if known*) _____
_____Name_____

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    InvaTech Pharma Solutions LLC
_____    Case number (if known) _____
        Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 13, 2025
               _____
               MM / DD / YYYY

**X** /s/ Nilesh Patel                                    Nilesh Patel
_____          _____
Signature of authorized representative of debtor          Printed name

Title    Chief Executive Officer
         _____

---

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz                        Date   February 13, 2025
_____                _____
Signature of attorney for debtor                        MM / DD / YYYY

Daniel M. Stolz
_____
Printed name

GENOVA BURNS LLC
_____
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
_____
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700          Email address   dstolz@genovaburns.com
                 _____                     _____

028461980 NJ
_____
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT

In the Matter of:        }

                  }    Case No.

**INVATECH PHARMA SOLUTIONS LLC,**  }    Chapter 11

                  }

**Debtor**               }

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nilesh M. Patel, declare under penalty of perjury that I am the Chief Executive Officer of InvaTech Pharma Solutions LLC, and that the following is a true and correct copy of the resolutions adopted by said Limited Liability Company at a special meeting duly called and held on the 13th day of February, 2025.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nilesh M. Patel, Chief Executive Officer of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Nilesh M. Patel, Chief Executive Officer of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that Nilesh M. Patel, Chief Executive Officer of this Limited Liability Company is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Limited Liability Company in such bankruptcy case.

Date:  February 13, 2025        Signed: /s/ Nilesh M. Patel _____

                          **NILESH M. PATEL, CHIEF EXECUTIVE OFFICER**

Resolution of
## INVATECH PHARMA SOLUTIONS LLC

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nilesh M. Patel, Chief Executive Officer, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Nilesh M. Patel, Chief Executive Officer, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that Nilesh M. Patel, Chief Executive Officer, is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Limited Liability Company in such bankruptcy case.

Date:  February 13, 2025          Signed: /s/ Nilesh M. Patel
                                 **NILESH M. PATEL, CHIEF EXECUTIVE OFFICER**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   InvaTech Pharma Solutions LLC _____   Case No. _____
                                   Debtor(s)                 Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................   $        48,262.00

    Prior to the filing of this statement I have received ............................   $        48,262.00

    Balance Due .................................................................................   $            0.00

2.   $   1,738.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

       ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

       ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
            adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

    February 13, 2025 _____          /s/ Daniel M. Stolz
    *Date*                                         Daniel M. Stolz
                                                   *Signature of Attorney*
                                                   GENOVA BURNS LLC
                                                   110 Allen Road
                                                   Suite 304
                                                   Basking Ridge, NJ 07920
                                                   (973) 467-2700   Fax: (973) 467-8126
                                                   dstolz@genovaburns.com
                                                   *Name of law firm*

Aarti Ind Ltd.
E 22
MIDC TARAPUR, THANE


ACG Inspection System, NA LLC
262 Old New Brunswick Road, Suite A
Piscataway, NJ 08854


ADIYA Pharma Inc.
212B Progress Dr.
Montgomeryville, PA 18936


AIM RX3PL


Air and Ship Cargo
40 F Cotters Lane
East Brunswick, NJ 08816


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Alert Sprinkler co., Inc.
300 Buckelew Ave.
Jamesburg, NJ 08831


Allied Benefits System
200 West Adams St., Suite 500
Chicago, IL 60606-6006


Alpha Packaging
1995 Highland Ave.
Bethlehem, PA 18020


AlphaMed Bottles Inc.
300 S. Technology Drive
Central Islip, NY 11722


American Bureau of Collections
c/o Life Tchnologies Corporation
500 Seneca St., Suite 503
Buffalo, NY 14204-1963

Apnar Pharma LLP
10 Lake Dr.
Hightstown, NJ 08520


Approved Fire Protection Co.
114 St. Nicholas Avenue
South Plainfield, NJ 07080


Ashland Specialty Ingredients
8145 Blazer Drive
Wilmington, DE 19808


Aspiro Pharma Ltd. Survey No. 321
Biotech Park-Phase III, Karkapatia Vilge
MarkookMandal Siddipet District
Telangana State
502281 INDIA


Athem Holdings Inc.


Athem Pharma


Avinash Medhekar
Karmangalya
K/3/2, Erandwaneco op society
Pune 411004
INDIA


BA Science
Alyssa Uhlmansiek
14 Manor Parkway
Salem, NH 03079


Berlin Packaging
8 Saratoga Drive
Ringoes, NJ 08551


Bharat Patel
8 South Grosser St.
Somerset, NJ 08873

Bhupendra C Patel CPA LLC
525 Milltown Road
North Brunswick, NJ 08902


Birju Patel
109 Rivendell Way
Edison, NJ 08817


BPH Pharma
15 Bayberry Dr.
Mahwah, NJ 07430


Bureau fo the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794


Carrier Corporation
1095 Cranbury South River Road
Suite 5
Jamesburg, NJ 08831


Carter Ledyard Milburn
28 Liberty St., 41st Fl.
New York, NY 10005


Chandrika S. Patel
9 Stanley Ave
Dayton, NJ 08810


Chrome Pharma
Mckenzie House, Bury Street
Ruislip
HA4 7TL
UNITED KINGDOM


Cilicant Inc.
475 Wall Street
Suite 138
Princeton, NJ 08540


Citibank N.A.
6801 Coldwell Blvd.
Irving, TX 75039

CMC Machinery LLC
743 Alexander Road, Suite #5
Princeton, NJ 08540


Cole-Parmer
13927 Collections Center Dr.
Chicago, IL 60693


CPack Industries
9 Taylor Road
Edison, NJ 08817


CT Corporation System, as Rep.
330 N. Brank Blvd., Suite 700
Glendale, CA 91203


Dawn Scientific
121 Liberty Street
Metuchen, NJ 08840


Dhruti Thaker
135 Fountayne Lane
Lawrence Township, NJ 08648


Digvijay Patel
7108Robbinswood St.
Rockford, IL 61114


Divya Patel
76 Sassafras Ct.
North Brunswick, NJ 08902


Elysium Pharmaceuticals Ltd.
Plot No. 1175,AT & Post: Dabhasa
Taluka: Padra, Dist. Vadodara
Gujarat 391440
INDIA


Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285


Falguni M. Patel
83 Joann Ct.
Monmouth Junction, NJ 08852

FedEx
3875 Airways Blvd
Module H 3rd Fl
Memphis, TN 38116

Florida - Paramhans
1651 S. 6th St.
Macclenny, FL 32063

FONA International, Inc.
1900 Averill Road
Geneva, IL 60134

FOSA Technology Inc.
8 Olsen Ave.
Edison, NJ 08820

GenServe, Inc.
100 Newtown Road
Plainview, NY 11803

GL Sciences, Inc.
4733 Torrance Blvd., Suite 255
Torrance, CA 90503

GlobalPak
86 Locust St., Suite 1
Dover, NH 03820

Govind Vyas
24 Chaple Street
Edison, NJ 08817

Grintech Inc.
Silver Lake Executive Campus
41 University Dr., Suite 400
Newtown, PA 18940

Haresh Patel
7 Lake Park
Piscataway, NJ 08854

Harshad Patel
21 Gregory Lane
Franklin Park, NJ 08823

Hemant Patel & Swetal Patel
77 Wrexam Road
Bronxville, NY 10708


Hemant Patel MDPC
Harlem Medical Group
2257 Adam Clayton Powell Jr. Blvd.
New York, NY 10027


Hetal Patel
1407 7th St.
North Bergen, NJ 07047


Highview Partners LLC
33 Cotters Lane
East Brunswick, NJ 08816


Indi Mediscript
704 Allamanda
Nahar Amrit Shakti Chandivali
Mumbai 400072
INDIA


Infolyze Analytical Services
1460 Livingston Ave., Bldg. #700
North Brunswick, NJ 08902


Invahealth Inc.
1212 Cranbury South River Road
Cranbury, NJ 08512


Jayshree Patel
900 Curtis Place
North Brunswick, NJ 08902


Jeevan Scientific Technology Ltd.


Jignesh Patel
119 College Drive
Edison, NJ 08817


Jinal & Family
1113 Musket Road
Newark, DE 19713

Jinal A. Patel
1113 Musket Road
Newark, DE 19713


Johnson Controls
5757 N. Green Bay Avenue
Glendale, WI 53217


JRS Pharma LP
PO Box 780526
Philadelphia, PA 19178-0526


Kerry Ingredients & Flavours
3400 Millington Road
Beloit, WI 53511


Ketan Patel
25 Seminary Dr.
Mahwah, NJ 07430


Khyatiben
28 Percypeny Lane
Parsippany, NJ 07054


Lanco York Inc.
864 East 25th St.
Paterson, NJ 07513


Life Technologies Corporation
12088 Collections Center Dr.
Chicago, IL 60693


M.D. Laboratory Supplies Inc.
4 Mine Brook Lane
Franklin Park, NJ 08823


Magnum Designs LLC
46 S. Naurashaun Road
Pearl River, NY 10965


Mahesh Patel
1231 Stelton Road
Piscataway, NJ 08854

MedLit Graphics Inc.
92 N. Main St., Bldg. 18F
Windsor, NJ 08561


MG America Inc.
31 Kulick Road
Fairfield, NJ 07004


Michael V. Dowgin, Esq.
2413 US Hwy 130
Dayton, NJ 08810


MidAtlantic Mechanical Inc.
1550 Rike Drive
Millstone Township, NJ 08535


Midwestern Industries, Inc.
PO Box 810
Massillon, OH 44648


Mihir J. Patel
1407 7th St.
North Bergen, NJ 07047


Morris Pharmacy
34 Ginger Dr.
Edison, NJ 08837


Naginbhai
2 Boston Post Rd.
East Brunswick, NJ 08816


Nainesh Rana
27 Koster Blvd., Apt. 1B
Edison, NJ 08837


Natoli Engineering Company, Inc.
28 Research Park Circle
Saint Charles, MO 63304


New Jersey Boom & Erectors
120 Sans Drive
Henryville, PA 18332

New Jersey Laboratories
1110 Somerset St.
New Brunswick, NJ 08901


Nimisha Patel
2 Suskin Pl
Piscataway, NJ 08854


Nirmal Bharatbhai Patel
77 Wrexam Road
Bronxville, NY 10708


Nisha M. Patel
16 Paul Ave.
Kendall Park, NJ 08824


NJ Dept of Community Affairs
Bureau of Fire Code Enforcement
101 South Borad St., PO Box 809
Trenton, NJ 08625-0809


NJM Insurance Gourp
Workers Compensation
PO Box 70167
Philadelphia, PA 19176-0167


Omkeshtech LLC
14 Linden St.
Piscataway, NJ 08854


On Target Staffing, Inc.
2050 Route 27, Suite 103
North Brunswick, NJ 08902


One Stop Office Solutions Inc.
PO Box 151
Kendall Park, NJ 08824


Package All Corp.
655 Church St.
Bayport, NY 11705


Pankaj Patel
6 Princess Dr.
North Brunswick, NJ 08902

Perritt Laboratories
145 S. Main St.
PO Box 147
Hightstown, NJ 08520


Platinum Press
4251 Empire Road
Fort Worth, TX 76155


PLS Analytical
40 E Cotters Lane, Suite A
East Brunswick, NJ 08816


Pradeep Patel
1206 William Penn Dr.
Bensalem, PA 19020


Pradipkumar S. Patel
3500 Barrett Dr., Apt. #7A
Kendall Park, NJ 08824


Pravinbhai K. Patel
117 Charles St.
Somerset, NJ 08873


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Rajesh K. Patel
74 Wall St.
Metuchen, NJ 08840


Rakesh Patel
1407 7th St.
North Bergen, NJ 07047


Rakisha Patel
2 Suskin Place
u, NJ 08854


Ram Associates
3240 East State St. Ext.
Hamilton, NJ 08619

Regional Staffing LLC
3 Ferguson Road
Warren, NJ 07059

Rekha B. Patel
68 Old Road
Princeton, NJ 08540

Sandoz
100 College Road W.
Princeton, NJ 08540

Sannova Analytical Inc.
155 Pierce St.
Somerset, NJ 08873

Sheetal Patel
24 Wisniewski Road
Sayreville, NJ 08872

Shimadzu Scientific Instruments, Inc.
7102 Riverwood Drive
Columbia, MD 21046

Shree Hari International
40 C Cotters Lane, Suite A
East Brunswick, NJ 08816

Shreeji Patel
131 Alton Street
Elizabeth, NJ 07202

Shreeji Printing Co.
55 Veterans Blvd.
Carlstadt, NJ 07072

Shriji Polymers LLC
1 Graphics Drive
Ewing, NJ 08628

Slope Drugs and Surgical Supply Inc.
406 5th Ave.
Brooklyn, NY 11215

Softech Pharma Private Ltd.
Plot No. 708/6 Behind Somnath
Temple Dabhel, Nani Daman
Gujarat Daman and Diu
396215 INDIA


Specialty Disposal Services, Inc.
115 Route 46, Bldg. E 37.38
Mountain Lakes, NJ 07046


Spotless LLC
19 Arlington Ave.
South River, NJ 08882


Standard Waste Service
21 Edgeboro Road
East Brunswick, NJ 08816


State License Servicing, Inc.
1751 State Route 17A
Florida, NY 10921


State of New Jersey
80 Mulberry St.
Newark, NJ 07102


State of New Jersey
Dept of Labor & Workforce Development
PO Box 379
Trenton, NJ 08625-0307


State of New Jersey Dept. Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417


State of NJ Dept of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08625-0417


Stolzle Glass USA, Inc.
GmbH FabrikstraBe
11 A-8580 Koflach

Sunny R. Patel
711 Grand Ave
North Bergen, NJ 07047


SupplyOne New York Inc.
100 Porete Ave
North Arlington, NJ 07031


Supreme Plumbing Company LLC
51 S. Union Ave
Cranford, NJ 07016


Susquehanna Commercial Finance Inc.
2 Country View Road, Suite 300
Malvern, PA 19355


Synthimed Labs Inc.
1410 Bingham Dr., Suite 200
De Pere, WI 54115


Sypram Software LLC
5 Clyde Road, Suite #1
Somerset, NJ 08873


Tape System Inc.
630 S. Columbus Ave.
Mount Vernon, NY 10550


The Provident Bank
100 Wood Ave So.
Iselin, NJ 08830


Thomas Scientific
1654 High Hill Road
PO Box 99
Swedesboro, NJ 08085


Tushar Pathak
2214 Strawberry Court
Edison, NJ 08817


U.S. Pharmacopeial Convention Inc.
12601 Twinbrook Parkway
Rockville, MD 20852

Uline
PO Box 88741
Chicago, IL 60680-1741


Universal Preserve.-A-Chem Inc.
2390 Park Center Drive
Mebane, NC 27302


US Dept of Treasury
PO Box 9797101
Saint Louis, MO 63197-9000


Vaishali Patel
50 Oxford Dr.
East Windsor, NJ 08520


Vaisubh
D-102 Runwal Centre
Govandi Station Rd.
Deonar, Mumbai 400088
INDIA


VideoJet Technologies Inc.
12113 Collection Center Drive
Chicago, IL 60693


Vignola Trucking and Sale Co.
160 Hewitt Ave.
Hamilton, NJ 08610


Vikram Patel
1608 Azalea Dr.
North Brunswick, NJ 08902


VILS Pharma Inc.
135 Glendale Avenue
Edison, NJ 08817


Waste Managemen Corporate Services, Inc.
PO Box 13648
Philadelphia, PA 19101-3648


Western Pest Services
423 Shrewsbury Ave
Shrewsbury, NJ 07702-4012