UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Lauren Bielskie, Esq.
Samantha S. Lieb, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email: lauren.bielskie@usdoj.gov
Email: samantha.lieb2@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InvaTech Pharma Solutions LLC, | : | Case No. 25-11482 (CMG) |
| | : | |
| Debtor. | : | The Honorable Christine M. Gravelle |
| | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective March 10, 2025, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | | |
|---|---|---|
| **Shriji Polymers LLC**<br>1 Graphics Drive<br>Ewing, NJ 08628<br>Attn: Mohan Kasala<br>609-960-2074<br>k.mohan@shrijipolymers.com | **Jeevan Scientific Technology Limited**<br>Plot No. 1&2, Sai Krupa Enclave,<br>Golconda Post, Near Lanco Hills,<br>Hyderabad – 500008<br>Attn: Snigdha Mothukuri<br>+91-9121274437<br>snigdha.mothukuri@jeevanscientific.com | **Avinash Medhekar, individually**<br>+91-9370130004<br>avinash.medhekar@gmail.com |

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Lauren Bielskie
Trial Attorney

Samantha S. Lieb
Trial Attorney

Date: March 11, 2025