**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | InvaTech Pharma Solutions LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 25-11482 |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on | March 11, 2025 |

**x** /s/ Nilesh Patel
_____
Signature of individual signing on behalf of debtor

Nilesh Patel
_____
Printed name

Chief Executive Officer
_____
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | InvaTech Pharma Solutions LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | 25-11482 |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bureau of the Fiscal Service PO Box 830794 Birmingham, AL 35283-0794 | | EIDL Loan | | | | $2,773,237.49 |
| Digvijay Patel 7108Robbinswood St. Rockford, IL 61114 | | Business Debt | | | | $678,401.00 |
| Athem Holdings Inc. 40F Cotters Lane Suite 100 East Brunswick, NJ 08816 | | Business Debt | | | | $616,517.87 |
| Elysium Pharmaceuticals Ltd. Plot No. 1175,AT & Post: Dabhasa Taluka: Padra, Dist. Vadodara Gujarat 391440 INDIA | | Business Debt | | | | $510,170.92 |
| Jinal & Family 1113 Musket Road Newark, DE 19713 | | Business Debt | | | | $400,000.00 |
| Vaisubh D-102 Runwal Centre Govandi Station Rd. Deonar, Mumbai 400088 INDIA | | Business Debt | | | | $375,000.00 |
| US Dept of Treasury PO Box 979101 Saint Louis, MO 63197-9000 | | | | | | $347,501.27 |
| Pradeep Patel 1206 William Penn Dr. Bensalem, PA 19020 | | Business Debt | | | | $300,000.00 |

| Debtor | InvaTech Pharma Solutions LLC | | Case number *(if known)* | 25-11482 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avinash Medhekar Karmangalya K/3/2, Erandwaneco op society Pune 411004 INDIA | | Business Debt | | | | $240,000.00 |
| Jeevan Scientific Technology Ltd. Plot No. 1 & 2, Said Krupa Enclave Near Lanco Hills Golconda Post, Hyderabad 500 008 Telangana INDIA | | Business Debt | | | | $226,764.00 |
| Softech Pharma Private Ltd. Plot No. 708/6 Behind Somnath Temple Dabhel, Nani Daman Gujarat Daman and Diu 396215 INDIA | | Business Debt | | | | $211,136.91 |
| Nirmal Bharatbhai Patel 77 Wrexam Road Bronxville, NY 10708 | | Business Debt | | | | $200,000.00 |
| Shriji Polymers LLC 1 Graphics Drive Ewing, NJ 08628 | | Business Debt | | | | $183,854.29 |
| Mahesh Patel 1231 Stelton Road Piscataway, NJ 08854 | | Business Debt | | | | $180,000.00 |
| Athem Pharma 40F Cotters Lane Suite 100 East Brunswick, NJ 08816 | | Business Debt | | | | $179,528.70 |
| Chrome Pharma Mckenzie House, Bury Street Ruislip HA4 7TL UNITED KINGDOM | | Business Debt | | | | $168,225.00 |
| Naginbhai 2 Boston Post Rd. East Brunswick, NJ 08816 | | Business Debt | | | | $150,000.00 |

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Khyatiben 28 Percypeny Lane Parsippany, NJ 07054 | | Business Debt | | | | $150,000.00 |
| MedLit Graphics Inc. 92 N. Main St., Bldg. 18F Windsor, NJ 08561 | | Business Debt | | | | $137,546.26 |
| Aarti Ind Ltd. E 22 MIDC TARAPUR, THANE | | Business Debt | | | | $123,675.00 |

**Fill in this information to identify the case:**

Debtor name  InvaTech Pharma Solutions LLC

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  25-11482

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................ $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $      5,553,431.25

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $      5,553,431.25

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      2,225,741.45

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $      354,079.98

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      21,188,291.28

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $      23,768,112.71

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | InvaTech Pharma Solutions LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 25-11482 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citibank | Checking | 2128 | $5,291.25 |
| 3.2. | Valley Bank | Checking | 8251 | $1,716.19 |
| 3.3. | Valley Bank | Checking | 0800 | $70,622.06 |
| 3.4. | Citibank | IMMA Account | 8856 | $350,117.77 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $427,747.27 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | InvaTech Pharma Solutions LLC | Case number *(If known)* | 25-11482 |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 1,135,165.35 | - | 0.00  = .... | $1,135,165.35 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | $1,135,165.35 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** see attached Rider of Inventory List, which includes raw materials, work in progress, finished goods and inventory | | $0.00 | | $1,244,168.63 |
| 20. | **Work in progress** See answer and attachment to question #19 | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** See answer and attachment to question #19 | | $0.00 | | $0.00 |
| 22. | **Other inventory or supplies** See answer and attachment to question #19 | | $0.00 | | $0.00 |

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor    InvaTech Pharma Solutions LLC                                    Case number *(If known)*  25-11482
_____
Name

23.  **Total of Part 5.**                                                                  | $1,244,168.63
Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** See attached schedule of office fixtures and equipment | $0.00 | | $2,746,350.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** See answer and attached Rider to question #40 | $0.00 | | $0.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                                  | $2,746,350.00
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | InvaTech Pharma Solutions LLC | Case number *(If known)* | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Leased premises at 40C Cotter Lane, East Brunswick, NJ | None | $0.00 | | $0.00 |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.inva-tech.com | $0.00 | | Unknown |
| 62.  **Licenses, franchises, and royalties** FDA License | $0.00 | | Unknown |

---

| Debtor | InvaTech Pharma Solutions LLC | Case number *(If known)* | 25-11482 |
|---|---|---|---|
| | Name | | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    yes                                                    $0.00                              Unknown

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | $0.00 |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | InvaTech Pharma Solutions LLC | Case number *(If known)*  25-11482 |
|---|---|---|
| | Name | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $427,747.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,135,165.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,244,168.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,746,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,553,431.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,553,431.25 |

# Inventory List

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | DAPSONE USP | RD032117 | ###### | 25 | $480.00 | | $12,000.00 | 4.5713 | 1050 | $4,799.87 |
| A2 | LEUCOVORIN CALCIUM USP/EP | RD051844 | ###### | 5 | ######## | | $20,500.00 | 2.089 | 0 | $0.00 |
| A2 | LEUCOVORIN CALCIUM USP/EP | RD051845 | | | | | | 7.2757 | 0 | $0.00 |
| A3 | Calcitriol EP/USP | RD062223 | | | | | $0.00 | 220.454 | 23 | $5,070.44 |
| A7 | Mesna USP | RD12163 | | | | | $0.00 | 14.947 | 0 | $0.00 |
| A7 | Mesna USP | RD12164 | | | | | $0.00 | 9.946 | 0 | $0.00 |
| A7 | Mesna USP | RD07132 | | | | | $0.00 | 4.037 | 0 | $0.00 |
| A8 | Cyproheptadine Hydrochloride USP | RD05232 | | | | | $0.00 | 21.2134 | 550 | $11,667.37 |
| A10 | Timolol Maleate USP | RD092436 | | | | | $0.00 | 0.84 | 2000 | $1,680.00 |
| A11 | PYRIDOSTIGMINE BROMIDE, USP | RD02193 | ###### | 6.25 | ######## | | $14,062.50 | 5.7757 | 450 | $2,599.07 |
| A12 | AMANTADINE HYDROCHLORIDE USP | RD01251 | 5/31/2024 | | | | $0.00 | 21.19 | 227 | $4,810.13 |
| A13 | ERGOCALCIFEROL/VITAMIN D2 | RD02246 | | | | | $0.00 | 107.21 | 18 | $1,929.78 |
| A14 | Vancomycin Hydrochloride USP | RD04152 | | | | | $0.00 | 5.7129 | 0 | $0.00 |
| A17 | Levocetirizine Dihydrochloride | RD052026 | | | | | $0.00 | 20.1484 | 790 | $15,917.24 |
| A18 | NADOLOL USP | RD03162 | ###### | 30 | ######## | | $45,000.00 | 8.244 | 0 | $0.00 |
| A19 | Methscopolamine Bromide USP | RD06151 | | | | | $0.00 | 0.164 | 0 | $0.00 |
| A19 | Methscopolamine Bromide USP | RD03152 | | | | | $0.00 | 0.1091 | 0 | $0.00 |
| A20 | Memantine Hydrochloride | RD05151 | | | | | $0.00 | 1.2765 | 0 | $0.00 |
| A20 | Memantine Hydrochloride | RD05152 | | | | | $0.00 | 2.179 | 0 | $0.00 |
| A21 | Tolterodine Tartrate (Micronized) | RD012023 | | | | | $0.00 | 13.1126 | 2700 | $35,404.02 |
| A22 | Amitriptyline Hydrochloride USP | RD09152 | | | | | $0.00 | 0.1743 | 100 | $17.43 |
| A22 | Amitriptyline Hydrochloride USP | RD02225 | | | | | $0.00 | 50 | 100 | $5,000.00 |
| A23 | PYRIMETHAMINE USP | RD09154 | ###### | 5 | ######## | | $10,000.00 | 0.3546 | 0 | $0.00 |
| A24 | CLOMIPRAMINE HYDROCHLORIDE USP | R010152 | ###### | 50 | $350.00 | | $17,500.00 | 24.292 | 0 | $0.00 |
| A26 | Chlordiazepoxide USP | RD11152 | | | | | $0.00 | 0.799 | 510 | $407.49 |
| A28 | Hydrocortisone Micronized USP/EP | RD05162 | | | | | $0.00 | 6.1256 | 0 | $0.00 |
| A31 | Dofetilide | RD10162 | | | | | $0.00 | 0.089 | 0 | $0.00 |
| A32 | Tranylcypromine Sulphate USP | RD12162 | | | | | $0.00 | 3 | 0 | $0.00 |
| A32 | Tranylcypromine Sulphate USP | RD12161 | | | | | $0.00 | 3 | 0 | $0.00 |
| A33 | Pregabalin | RD062234 | | | | | $0.00 | 41.7007 | 525 | $21,892.87 |
| A34 | Rivastigmine Tartrate USP | RD03175 | | | | | $0.00 | 0.08 | 0 | $0.00 |
| A36 | Sertraline Hydrochloride form -11USP | RD11244 | | | | | $0.00 | 5.57 | 165 | $919.05 |
| A37 | Zolpidem Tartrate | RD09232 | | | | | $0.00 | 0.6753 | 467 | $315.37 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| A39 | Trientine USP | RD06189 | | | | | $0.00 | 10 | 0 | $0.00 |
| A39 | Trientine USP | RD061811 | | | | | $0.00 | 10 | 0 | $0.00 |
| A39 | Trientine USP | RD061810 | | | | | $0.00 | 10 | 0 | $0.00 |
| A40 | Diphenoxylate hydrochloride | RD061819 | | | | | $0.00 | 1 | 0 | $0.00 |
| A40 | Diphenoxylate hydrochloride | RD061820 | | | | | $0.00 | 1 | 0 | $0.00 |
| A41 | Levetiracetam USP | RD072022 | | | | | $0.00 | 62.594 | 68 | $4,256.39 |
| A44 | Diflunisal USP | RD12183 | | | | | $0.00 | 101.5541 | 550 | $55,854.76 |
| A44 | Diflunisal USP | RD12184 | | | | | $0.00 | 49.9344 | 550 | $27,463.92 |
| A44 | Diflunisal USP | RD091822 | | | | | $0.00 | 33.383 | 550 | $18,360.65 |
| A44 | Diflunisal USP | RD12182 | | | | | $0.00 | 70.056 | 550 | $38,530.80 |
| A45 | Trifluoperazine HCL USP | RD01193 | | | | | $0.00 | 4.1206 | 1630 | $6,716.58 |
| A46 | Mexiletine Hydrochloride USP | RD031921 | | | | | $0.00 | 28.706 | 0 | $0.00 |
| A46 | Mexiletine Hydrochloride USP | RD031922 | | | | | $0.00 | 17.529 | 0 | $0.00 |
| A47 | Ropinirole Hydrochloride | RD082419 | | | | | $0.00 | 3.514 | 5000 | $17,570.00 |
| A50 | Hydroxychloroquine Sulfate | RD082019 | | | | | $0.00 | 12.917 | 0 | $0.00 |
| A51 | Methazolamide | RD032122 | | | | | $0.00 | 7.7557 | 0 | $0.00 |
| A51 | Methazolamide | RD032123 | | | | | $0.00 | 10.233 | 0 | $0.00 |
| A51 | Methazolamide | RD032124 | | | | | $0.00 | 8.798 | 0 | $0.00 |
| A54 | Lamotrigine USP | RD505241 | | | | | $0.00 | 3.5762 | 150 | $536.43 |
| A54 | Lamotrigine USP | RD062425 | | | | | $0.00 | 10.5998 | 150 | $1,589.97 |
| A54 | Lamotrigine USP | RD12242 | | | | | $0.00 | 349.6889 | 150 | $52,453.34 |
| E1 | AeROSIL 200 | R032320 | | | | | $0.00 | 36.04 | 30 | $1,081.20 |
| E2 | Magnesium sterate Powder USP NF | R052429 | | | | | $0.00 | 24.327 | 65 | $1,581.26 |
| E3 | Sodium Lauryl Sulfate(Tensopol USP 94) | R04133 | | | | | $0.00 | 26.05 | 25 | $651.25 |
| E4 | SODIUM STARCH GLYCOLATE , TYPE B (EXPLOTAB,LOWPH)NF | R05236 | | | | | $0.00 | 143.72 | 11 | $1,580.92 |
| E5 | Vivapur 101 | R04245 | | | | | $0.00 | 200.45 | 5.5 | $1,102.48 |
| E6 | VIVAPUR 102 | R11233 | | | | | $0.00 | 1410.7 | 6.35 | $8,957.95 |
| E7 | CROSCARMELLOSE SODIUM NF | R05238 | | | | | $0.00 | 18.06 | 19.68 | $355.42 |
| E8 | Lactose 200 M Pharmatose | R052428 | | | | | $0.00 | 3.595 | 8.9 | $32.00 |
| E9 | LACTOSE MONOHYDRATE USP /NF (SUPERTAB 11SD) | R12249 | | | | | $0.00 | 906.068 | 11.12 | $10,075.48 |
| E12 | STARCH 1500 MAIZE STARCH PRE GELATINIZED | R09198 | ####### | 50 | | | $237.50 | 189.12 | 9.38 | $1,773.95 |
| E13 | POVIDONE USP/NF | R062214 | ####### | 49.9 | | | $2,050.34 | 0.97 | 31 | $30.07 |
| E13 | POVIDONE USP/NF | R12247 | | | | | $0.00 | 49.7789 | 31 | $1,543.15 |
| E18 | Light gray cap " d" White opaque size 3hard gelatin capsule SHELLA BODY"637" | R02165 | | | | | $0.00 | 347511 | 0.00425 | $1,476.92 |
| E19 | Size 3White Opaque cap and body "TL"ON CAP"638"on body | R02166 | | | | | $0.00 | 354362 | 0.00425 | $1,506.04 |
| E20 | Miglyol 812N | R12217 | | | | | $0.00 | 106.2531 | 14 | $1,487.54 |
| E21 | PROPYLENE GLYCOL(PURAGUARD) | R082420 | | | | | $0.00 | 355 | 3.25 | $1,153.75 |
| E21 | PROPYLENE GLYCOL(PURAGUARD) | R122412 | | | | | $0.00 | 3272.3623 | 3.25 | $10,635.18 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| E23 | MICROCRYSTALLINE CELLULIOSE NF | R08132 | 8/7/2013 | 60 | | | $434.35 | 21.8003 | 6.72 | $146.50 |
| E23 | MICROCRYSTALLINE CELLULIOSE NF | R05163 | 5/2/2016 | 100 | $5.70 | $102.81 | $672.81 | 16.407 | 6.72 | $110.26 |
| E24 | Butylated hydroxy anisole | R082227 | | | | | $0.00 | 0 | 30 | $0.00 |
| E26 | Sorbic Acid | R012119 | | | | | $0.00 | 4.8164 | 18 | $86.70 |
| E29 | CITRIC ACID FCC,USP ANHYDROUS FINE | R31614 | ####### | 50 | | | $70.53 | 21.7688 | 3.11 | $67.70 |
| E31 | Kalma Sodium Benzoate NF/FCC Power | R021912 | | | | | $0.00 | 0.7928 | 394.2 | $312.52 |
| E32 | FD&C RED NO.40 POWDER | R112023 | | | | | $0.00 | 0.33391 | 20 | $6.68 |
| E32 | FD&C RED NO.40 POWDER | R082226 | | | | | $0.00 | 0.99899 | 20 | $19.98 |
| PDE32 | FD&C RED NO.40 POWDER | AW2729 | | | | | $0.00 | 5 | 20 | $100.00 |
| E33 | FD&C BLUE NO.1 POWDER | R112024 | | | | | $0.00 | 0.0192151 | 20 | $0.38 |
| E34 | D&C YELLOW NO.10 | R072028 | | | | | $0.00 | 0.2007 | 500 | $100.35 |
| E35 | SORBITOL SOLLUTION (SORBD)USP/FCC | R10247 | | | | | $0.00 | 415.45 | 6.73 | $2,795.98 |
| E35 | SORBITOL SOLLUTION (SORBD)USP/FCC | R12246 | | | | | $0.00 | 1360.3489 | 6.73 | $9,155.15 |
| E37 | PURE ETHYL ALCOHOL,USP 200 PROOF ANHYDROUDS | R07211 | | | | | $0.00 | 96.284 | 33.54 | $3,229.37 |
| E38 | NAT PEPPERMINT FL #104 | R09249 | | | | | $0.00 | 51.782 | 31.75 | $1,644.08 |
| E39 | Nat Raspberry FL Wonf#13801 | R082411 | | | | | $0.00 | 51.9466 | 34.5 | $1,792.16 |
| E40 | OPADRY WHITE | R07202 | | | | | $0.00 | 5.9664 | 83 | $495.21 |
| E41 | MICROCRYSTALLINE CELLULIOSE NF | ML09164 | | | | | $0.00 | 12.648 | 13.89 | $175.68 |
| E43 | Magnesium Stearate,VG,EP USP | R121727 | | | | | $0.00 | 50.978 | 25 | $1,274.45 |
| E45 | Size 2hard gelatin capsules Orange opaque cap &body(it76) | R08247 | | | | | $0.00 | 2157262 | 0.0035 | $7,550.49 |
| E45 | Size 2hard gelatin capsules Orange opaque cap | R082415 | | | | | $0.00 | 700000 | 0.0035 | $2,450.00 |
| E49 | Polyglykol 6000pf | R04154 | | | | | $0.00 | 33.08 | 13.53 | $447.57 |
| E50 | EMCOMPRESS (CALCIUM HYDROGEN PHOSPHATE DIHYDRATE USP) | R05152 | 5/5/2015 | 100 | $7.76 | $86.97 | $862.97 | 59.5747 | 10.57 | $629.70 |
| E58 | TALC USP | R08157 | ####### | 50 | $2.70 | $12.37 | $147.37 | 46.8999 | 6.5 | $304.85 |
| E59 | OPADRY COMPLETE FILM  COATING 03B28797 | R121940 | | | | | $0.00 | 23.375 | 60 | $1,402.50 |
| E60 | Opadry Complete film Coating System Green 03F510055 | R08159 | | | | | $0.00 | 5.367 | 78 | $418.63 |
| E61 | SODIUM STARCH GLYCOLATE , TYPE B (EXPLOTAB,LOWPH)NF | R09154 | ####### | 25 | $17.10 | $32.60 | $460.10 | 11.24 | 37.6 | $422.62 |
| E62 | Refind Peanut Oil.N.F | R03168 | | | | | $0.00 | 117.634 | 2.81 | $330.55 |
| E63 | Isopropyl Alcohol 99% USP | R031620 | | | | | $0.00 | 3.724 | 10.55 | $39.29 |
| E66 | Propylparaben NF | R052021 | | | | | $0.00 | 18.2897 | 35 | $640.14 |
| E67 | Methyl paraben-NF | R05233 | | | | | $0.00 | 40.2 | 44 | $1,768.80 |
| E78 | Sucrose | R12248 | | | | | $0.00 | 126.714 | 1.68 | $212.88 |
| E78 | Sucrose | R012511 | | | | | $0.00 | 1360.5373 | 1.68 | $2,285.70 |
| E79 | Purac Hipure 90-L(T) | R101819 | | | | | $0.00 | 1.614 | 25 | $40.35 |
| E79 | Purac Hipure 90-L(T) | R042423 | | | | | $0.00 | 22.5324 | 25 | $563.31 |
| E81 | Mannitol USP/EP | R12178 | | | | | $0.00 | 139.827 | 17.47 | $2,442.78 |
| E83 | Sodium Phosphate Diabasic ANH Gran USP | R121716 | | | | | $0.00 | 48.2293 | 16.92 | $816.04 |
| E84 | Sucralose (KH-S60 | R042311 | | | | | $0.00 | 56.58 | 68 | $3,847.44 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| E85 | Strawberry Flavor ART | R012521 | | | | | $0.00 | 15.1746 | | $0.00 |
| E86 | CiTRIC ACID Monohydrate | R07239 | | | | | $0.00 | 0.37 | 8.56 | $3.17 |
| E86 | CiTRIC ACID Monohydrate | R11241 | | | | | $0.00 | 24.8999 | 8.56 | $213.14 |
| E87 | Sodium Phosphate monobasic Monohydrate USP Granular | R011814 | | | | | $0.00 | 38.2678 | 18.95 | $725.17 |
| E89 | Super Refined Brij O2-LQ-(MH) | R011826 | | | | | $0.00 | 0.76 | 35 | $26.60 |
| E92 | Edetate Disodium USP Dihydrate USP (EDTA) | R04187 | | | | | $0.00 | 0.668 | 15 | $10.02 |
| E95 | Lactose Anhydrous NF DT | R012026 | | | | | $0.00 | 631.51 | 7.89 | $4,982.61 |
| E97 | Opadry -Cmplete Film Coating System Y-22-14001-PINK | R06232 | | | | | $0.00 | 11.0645 | 87.4 | $967.04 |
| E98 | Opadry -Cmplete Film Coating System White | R06233 | | | | | $0.00 | 28.397 | 72.95 | $2,071.56 |
| E99 | Cinnamon Oil NF | R071823 | | | | | $0.00 | 0.36 | 55 | $19.80 |
| E100 | Clove Oil | R071824 | | | | | $0.00 | 0.3162 | 54 | $17.07 |
| E101 | Benzoic Acid USP | R102414 | | | | | $0.00 | 0.618 | 450 | $278.10 |
| E103 | Opadry -Cmplete Film Coating System YS-2-7013-Clear | R081830 | | | | | $0.00 | 7.7 | 73.58 | $566.57 |
| E105 | Wild Cherry Flavor ART | R06237 | | | | | $0.00 | 12.0054 | 52.16 | $626.20 |
| E108 | ButyLATED Hydroxyanisole(BHT)NF | R11213 | | | | | $0.00 | 252.892 | 15 | $3,793.38 |
| E109 | Hydroxypropyl Methylcellulose (Methocel) | R04233 | | | | | $0.00 | 3.031 | 50 | $151.55 |
| E110 | Cream of Tartar(Potassium Bitartrate E-336(I)USP/FCC | R04239 | | | | | $0.00 | 19.311 | 13.37 | $258.19 |
| E111 | Opadry Complete Film Coating System Blue 20f105000 | R071924 | | | | | $0.00 | 2.5738 | 91.13 | $234.55 |
| E111 | Opadry Complete Film Coating System Blue 20f105000 | R032318 | | | | | $0.00 | 0.413 | 91.13 | $37.64 |
| E112 | Opadry Complete Film Coating System Green 20f110000 | R042413 | | | | | $0.00 | 3.5713 | 91.13 | $325.45 |
| E114 | Opadry Complete Film Coating System Pink 20f140006 | R102311 | | | | | $0.00 | 4.855 | 91.13 | $442.44 |
| E115 | Opadry Complete Film Coating System Yellow 20f120004 | R10238 | | | | | $0.00 | 3.534 | 91.13 | $322.05 |
| E116 | Opadry Complete Film Coating System White 20f180008 | R042414 | | | | | $0.00 | 1.678 | 80 | $134.24 |
| E117 | Opadry Complete Film Coating System Purple 20f100000 | R042320 | | | | | $0.00 | 0.7 | 108.69 | $76.08 |
| E120 | Empty Hard Gelatin Capsules -Size-3 pink HGC | R11203 | | | | | $0.00 | 1223367 | 0.0053 | $6,483.85 |
| E123 | Lactose (Sheffield Mono 316) | R12242 | | | | | $0.00 | 311.178 | 6.12 | $1,904.41 |
| E124 | Empty Hard Gelatin Capsule Brown/ Orange | R042013 | | | | | $0.00 | 332849 | 0.00425 | $1,414.61 |
| E125 | Empty Hard Gelatin Capsule LO / DG | R042014 | | | | | $0.00 | 233420 | 0.00425 | $992.04 |
| E 126 | Empty Hard Gelatin Capsule Light orange | R042015 | | | | | $0.00 | 232375 | 0.00425 | $987.59 |
| E128 | Opadry complete trim Coating System 20B100004 purple | R072029 | | | | | $0.00 | 14.81 | 97.45 | $1,443.23 |
| E129 | Dibasic Calcium phosphate Anhydrous(USP) | R082228 | | | | | $0.00 | 82.087 | 10.57 | $867.66 |
| E130 | Glycerine 99.7%USP | R052314 | | | | | $0.00 | 842.08 | 4.41 | $3,713.57 |
| E136 | Dibasic Calcium phosphate Anhydrous(USP) | R032125 | | | | | $0.00 | 189.909 | 10.57 | $2,007.34 |
| E 137 | Empty HGC size 4 | R072116 | | | | | $0.00 | 1477000 | 0.00425 | $6,277.25 |
| E138 | Empty HGC size 3 | R08214 | | | | | $0.00 | 2025000 | 0.00425 | $8,606.25 |
| E139 | Emoty HGC size 2 | R072117 | | | | | $0.00 | 5056100 | 0.00425 | $21,488.43 |
| E140 | BHA Food grade kosher nf fcc | R082425 | | | | | $0.00 | 19.8523 | 10 | $198.52 |
| E141 | Magnesium sterate USP NF | R12231 | | | | | $0.00 | 133.21 | 12.72 | $1,694.43 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| E144 | MICROCRYSTALLINE CELLULOSE NF (PH-105) | R012516 | | | | | $0.00 | 299.85 | 10 | $2,998.50 |
| E144 | MICROCRYSTALLINE CELLULOSE NF (PH-105) | R052430 | | | | | $0.00 | 16.5995 | 10 | $166.00 |
| E143 | Tri Sodium citrate dihydrate | R05248 | | | | | $0.00 | 20.6209 | 15 | $309.31 |
| E145 | MICROCRYSTALLINE CELLULOSE NF (PH-102 NF) | R052431 | | | | | $0.00 | 51.476 | 10 | $514.76 |
| E145 | MICROCRYSTALLINE CELLULOSE NF (PH-102 NF) | R012517 | | | | | $0.00 | 999.86 | 10 | $9,998.60 |
| E146 | SODIUM STARCH GLYCOLATE , TYPE B (EXPLOTAB,LOWPH)NF | R09246 | | | | | $0.00 | 36.6273 | 12 | $439.53 |
| E147 | Hydroxypropyl Methylcellulose (Methocel) | R08243 | | | | | $0.00 | 90.5039 | 28 | $2,534.11 |
| E148 | Aquadry NK04047 White | R09244 | | | | | $0.00 | 13.244 | 35 | $463.54 |
| E149 | Sodium stearyl | R09245 | | | | | $0.00 | 3.8944 | 10 | $38.94 |
| MLA16 | Mefenamic Acid USP | ML071531 | | | | | $0.00 | 2.698 | 0 | $0.00 |
| MLE43 | Mag Stearate | ML05155 | | | | | $0.00 | 46.7 | 19 | $887.30 |
| MLE44 | Size 1HARD Gelatin Capsules Shells Yellow Cap and body(PAB-Cap and 105L Body) | ML05152 | | | | | $0.00 | 9.416 | 4.7 | $44.26 |
| MLL20 | 30 Count Label | ML05163 | | | | | $0.00 | 13500 | 0.03 | $405.00 |
| MLL17 | Medication GUIDES | ML05164 | | | | | $0.00 | 1060 | 9 | $9,540.00 |
| MLL18 | PACK Insert | ML05165 | | | | | $0.00 | 12631 | 0.15 | $1,894.65 |
| NGP54 | 7 X 89 Lgstr Prib Dropper Assembly | R092020 | | | | | $0.00 | 30954 | 0.18 | $5,571.72 |
| NGL 78 | Ergocalciferol 60 ml Labels | R032425 | | | | | $0.00 | 20431 | 0.04 | $817.24 |
| NGL110 | Ergo Cartons | R032422 | | | | | $0.00 | 21547 | 0.19 | $4,093.93 |
| P5 | 33 MM CRC WHITE CLOSURES | R012120 | | | | | $0.00 | 32319 | 0.035 | $1,131.17 |
| P8 | 300cc White HDPE Bottle | R05196 | | | | | $0.00 | 115 | 0.18 | $20.70 |
| P10 | 75cc White HDPE Bottles | R071939 | | | | | $0.00 | 1731 | 0.055 | $95.21 |
| P12 | 500cc White HDPE Bottles | R06155 | | | | | $0.00 | 340 | 0.25 | $85.00 |
| P13 | 53mm RS White HS035/020 Pulp(P21)Center | R11136 | | | | | $0.00 | 487 | 0.117 | $56.98 |
| P14 | 180CC RP HPE White Bottles | R032315 | | | | | $0.00 | 39349 | 0 | $0.00 |
| P17 | 20 MM RMX White F57-125 Pulp Printed | R03224 | | | | | $0.00 | 2441 | 0.04984 | $121.66 |
| P18 | 7X92 Plastic Pipette Blk Medalist Bulb | R09149 | | | | | $0.00 | 4011 | 0.1031 | $413.53 |
| P19 | 500ml MR/IL 28-A DAM DARK AMBER Bottle | R11221 | | | | | $0.00 | 30545 | 0.4977 | $15,202.25 |
| P21 | 28 MM White CRC PDT F217 Plain | R042119 | | | | | $0.00 | 1381 | 0.1 | $138.10 |
| P22 | 16OZ Amber Glass Type-III Bottles | R12144 | | | | | $0.00 | 75 | 0.65 | $48.75 |
| P22 | 16OZ Amber Glass Type-III Bottles | R09183 | | | | | $0.00 | 30720 | 0.65 | $19,968.00 |
| P35 | 120ML BC/SS 24-A NTL | R041510 | | | | | $0.00 | 11550 | 0.475 | $5,486.25 |
| P37 | 120CC HPE WHI S TBL | R091925 | | | | | $0.00 | 337 | 0.099 | $33.36 |
| P38 | 38mm CRC White PDT HS035 WLP Prtd (P21)CAP | R02194 | | | | | $0.00 | 1480 | 0.06809 | $100.77 |
| P62 | PLN 7X72 STR 20SR BLK 20-400 | R07164 | | | | | $0.00 | 20930 | 0.1031 | $2,157.88 |
| P63 | Printed 1ml Short Tip Clear/white CE Wrapped Plate PL2676 PCD | R07166 | | | | | $0.00 | 4927 | 0.11669 | $574.93 |
| P65 | 30ml BR/SS 20-B Wht 990/cs | R11162 | | | | | $0.00 | 7710 | 0.16083 | $1,240.00 |
| P66 | 125ML CY/SS 20-B WHT 555/CS | R11163 | | | | | $0.00 | 1602 | 0.475 | $760.95 |
| P67 | 360ml BR/SS 24-B ALA 216/CS | R01177 | | | | | $0.00 | 8362 | 0.32445 | $2,713.05 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| P71 | 24-400 CR Pictorial Closure W.H5035.020 "SFYP PRINTED" Liner | R04174 | | | | | $0.00 | 7970 | 0.13667 | $1,089.26 |
| P75 | 150CC WHT HDPE (38/400) RND Packer Bottels | R02195 | | | | | $0.00 | 1555 | 0.145 | $225.48 |
| P75 | 150CC WHT HDPE (38/400) RND Packer Bottels | R09189 | | | | | $0.00 | 457 | 0.145 | $66.27 |
| P76 | 625CC White HDPE (53/400) | R102113 | | | | | $0.00 | 8640 | 0.31 | $2,678.40 |
| P77 | PDT 53mm White CRC HS035/020F | R10211 | | | | | $0.00 | 871 | 0.095 | $82.75 |
| P78 | Rayon coil 12 gram 18lb | R062426 | | | | | $0.00 | 34.76 | 50 | $1,738.00 |
| P79 | 20/410 FRST WHT H5035 020 FOAM Plain Closure | R07178 | | | | | $0.00 | 15000 | 0.072 | $1,080.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092420 | | | | | $0.00 | 0 | | $0.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092421 | | | | | $0.00 | 0 | | $0.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092422 | | | | | $0.00 | 0 | | $0.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092423 | | | | | $0.00 | 0 | | $0.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092424 | | | | | $0.00 | 0 | | $0.00 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092425 | | | | | $0.00 | 35019 | 0.035 | $1,225.67 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092426 | | | | | $0.00 | 111790 | 0.035 | $3,912.65 |
| P90/P156 | 50CC/33mm HDPE Bottles | R092427 | | | | | $0.00 | 145590 | 0.035 | $5,095.65 |
| P92 | 75cc/33mm HDPE Bottle | R012513 | | | | | $0.00 | 18092 | 0.07 | $1,266.44 |
| P92 | 75cc/33mm HDPE Bottle | R122417 | | | | | $0.00 | 0 | 0.07 | $0.00 |
| P92 | 75cc/33mm HDPE Bottle | R122421 | | | | | $0.00 | 0 | 0.07 | $0.00 |
| P91 | 33 mm PP CRC Caps | R102412 | | | | | $0.00 | 0 | 0.08 | $0.00 |
| P91 | 33 mm PP CRC Caps | R102413 | | | | | $0.00 | 256987 | 0.08 | $20,558.96 |
| P93 | 180CC/45mm HDPE Bottle | R122410 | | | | | $0.00 | 3818 | 0.13828 | $527.95 |
| P96 | 60CC/33mm HDPE Bottle | R012510 | | | | | $0.00 | 2090 | 0.08 | $167.20 |
| P96 | 60CC/33mm HDPE Bottle | R122419 | | | | | $0.00 | 0 | 0.08 | $0.00 |
| P97 | 45MM Polypropylene CR Closure | R102415 | | | | | $0.00 | 95829 | 0.06 | $5,749.74 |
| P97 | 45MM Polypropylene CR Closure | R122418 | | | | | $0.00 | 127372 | 0.06 | $7,642.32 |
| P98 | 2 OZ Boston Round Amber Bottle | R072414 | | | | | $0.00 | 26084 | 0.13 | $3,390.92 |
| P98 | 2 OZ Boston Round Amber Bottle | R01259 | | | | | $0.00 | 40490 | 0.13 | $5,263.70 |
| P101 | 500ML LB/IL 28-A WHT HDPE 224/CS Bottles | R01181 | | | | | $0.00 | 454 | 0.8 | $363.20 |
| P106 | 50/60BB HDPE Bottle WHITE | R08205 | | | | | $0.00 | 1070 | 0.039 | $41.73 |
| P107 | 33MM CR Cap Purple | R031931 | | | | | $0.00 | 40754 | 0.054 | $2,200.72 |
| P116 | PDT45 Purple PVC 91964 Pack(P21) H3035.025 PLP R SFYP Closure | R091922 | | | | | $0.00 | 31850 | 0.2 | $6,370.00 |
| P116 | PDT45 Purple PVC 91964 Pack(P21) H3035.025 PLP R SFYP Closure | R091923 | | | | | $0.00 | 1087 | 0.2 | $217.40 |
| P117 | 45 mm Saf -Cap 3-A | R091917 | | | | | $0.00 | 23350 | 0.2 | $4,670.00 |
| P118 | 24MM Adapter natural LDPE | R051848 | | | | | $0.00 | 2433 | 0.05 | $121.65 |
| P119 | 5ML Oral Dispenser Short TIP Assembly | R09188 | | | | | $0.00 | 987 | 0.15 | $148.05 |
| P119 | 5ML Oral Dispenser Short TIP Assembly | R06183 | | | | | $0.00 | 9 | 0.15 | $1.35 |
| P128 | 120CC/38mm HDPE Bottle White | R09241 | | | | | $0.00 | 0 | 0.1025 | $0.00 |
| P128 | 120CC/38mm HDPE Bottle White | R092418 | | | | | $0.00 | 721 | 0.1025 | $73.90 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| P128 | 120CC/38mm HDPE Bottle White | R122414 | | | | | $0.00 | 14980 | 0.1025 | $1,535.45 |
| P129 | 38mm CR Closure | R091932 | | | | | $0.00 | 17573 | 0.041 | $720.49 |
| P129 | 38mm CR Closure | R032012 | | | | | $0.00 | 148110 | 0.041 | $6,072.51 |
| P129 | 38mm CR Closure | R032013 | | | | | $0.00 | 136710 | 0.041 | $5,605.11 |
| P129 | 38mm CR Closure | R052018 | | | | | $0.00 | 26580 | 0.041 | $1,089.78 |
| P131 | 250CC/45MM HDPE Bottle | R042313 | | | | | $0.00 | 1710 | 0.18 | $307.80 |
| P132 | 28MM PP CR Closure | R052220 | | | | | $0.00 | 53694 | 0.048 | $2,577.31 |
| P136 | 60 CC Bottle With FC Nozzle & 20mm CT Cap | R12187 | | | | | $0.00 | 4273 | 0.07238 | $309.28 |
| P137 | 300cc/45mm HDPE Bottles | R01248 | | | | | $0.00 | 0 | 0.025 | $0.00 |
| P138 | 100cc/38mm HDPE Bottle | R122413 | | | | | $0.00 | 3860 | 0.1025 | $395.65 |
| P139 | 150CC/38MM HDPE Bottle | R112116 | | | | | $0.00 | 6653 | 0.115 | $765.10 |
| P141 | 53MM Polypropylene CR Closure | R10212 | | | | | $0.00 | 17195 | 0.12 | $2,063.40 |
| P142 | 16oz. Boston Round Glass Bottles | R01212 | | | | | $0.00 | 557 | 0.093 | $51.80 |
| P145 | 500CC/43mm HDPE Bottle | R08245 | | | | | $0.00 | 15529 | 0.37 | $5,745.73 |
| P147 | 250CC/53mm Neck/pb008 | R09196 | | | | | $0.00 | 201 | 0.18 | $36.18 |
| P150 | 53mm-SP400-M Style-CR Closure | R091910 | | | | | $0.00 | 67 | 0.07 | $4.69 |
| P151 | 17 gms PP Measuring cup | R091911 | | | | | $0.00 | 432 | 0.11 | $47.52 |
| P154 | Dropper Assembly 20-400 Black 7x89 LGST PR-4 | R01256 | | | | | $0.00 | 785 | 0.4 | $314.00 |
| P154 | Dropper Assembly 20-400 Black 7x89 LGST PR-4 | R012518 | | | | | $0.00 | 20390 | 0.4 | $8,156.00 |
| P154 | Dropper Assembly 20-400 Black 7x89 LGST PR-4 | R012519 | | | | | $0.00 | 21590 | 0.4 | $8,636.00 |
| P155 | EZ Grip CT38Red MRPD02(123)HS123.020 SFYP PULP | R012048 | | | | | $0.00 | 3368 | 0.043 | $144.82 |
| P156 | 50CC/33mm HDPE Bottles | R062410 | | | | | $0.00 | 0 | 0.042 | $0.00 |
| P156 | 50CC/33mm HDPE Bottles | R092426 | | | | | $0.00 | 111790 | 0.042 | $4,695.18 |
| P157 | 500cc 153mm HDPE Bottle | R10214 | | | | | $0.00 | 4245 | 0.3 | $1,273.50 |
| P157 | 500cc 153mm HDPE Bottle | R122415 | | | | | $0.00 | 6062 | 0.3 | $1,818.60 |
| P159 | 300cc White HDPE Bottle | R052426 | | | | | $0.00 | 29668 | 0.17 | $5,043.56 |
| P160 | 45mm Ribbed Smooth Cap White | R102014 | | | | | $0.00 | 491 | 0.6 | $294.60 |
| P163 | 20 mm CRC White PDR SAF CAP | R022116 | | | | | $0.00 | 1309 | 0.15 | $196.35 |
| P164 | 750 CC / 53 mm HDPE Bottle | R022122 | | | | | $0.00 | 63 | 0.35 | $22.05 |
| P164 | 750 CC / 53 mm HDPE Bottle | R082417 | | | | | $0.00 | 245 | 0.35 | $85.75 |
| P165 | 400 cc HDPE Bottle | R022123 | | | | | $0.00 | 643 | 0.4 | $257.20 |
| P166 | 53 mm CRC White PDT | R042128 | | | | | $0.00 | 7995 | 0.19 | $1,519.05 |
| P166 | 53 mm CRC White PDT | R042129 | | | | | $0.00 | 26390 | 0.19 | $5,014.10 |
| P170 | 20 mm Saf Cap | R052312 | | | | | $0.00 | 78363 | 0.076 | $5,955.59 |
| P172 | 500 ML Amber Glass Type 3 Bottles | R032211 | | | | | $0.00 | 10900 | 0.093 | $1,013.70 |
| P173 | Fluidose-UDCUP 7ml | R09211 | | | | | $0.00 | 47821 | 0.11 | $5,260.31 |
| P174 | Fluidose-UDCUP 15ml | R09212 | | | | | $0.00 | 38430 | 0.11 | $4,227.30 |
| P175 | Fluidose-UDCUP 25ml | R09213 | | | | | $0.00 | 129710 | 0.11 | $14,268.10 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| P176 | Fluidose-Lidding(mattle)2.125 | R09214 | | | | | $0.00 | 4000 | 0.99 | $3,960.00 |
| P186 | PKT Silicagel 5g TY-NO5 27 X 70 | R102112 | | | | | $0.00 | 17311 | 0.07 | $1,211.77 |
| P186 | PKT Silicagel 5g TY-NO5 27 X 70 | R022217 | | | | | $0.00 | 74980 | 0.07 | $5,248.60 |
| P189 | Dropper print 7x89mm black secure cap patrin | R102134 | | | | | $0.00 | 5165 | 0.45 | $2,324.25 |
| P191 | 16oz 128 White HDPE Bottels | R052221 | | | | | $0.00 | 25632 | 0.48 | $12,303.36 |
| P192 | 20mm Safe cap I | R042210 | | | | | $0.00 | 1427 | 0.06 | $85.62 |
| P193 | 15ml Amber powder bottle R3/28 | R052216 | | | | | $0.00 | 125764 | 0.25 | $31,441.00 |
| P194 | 120cc/38 Hdpe Bottle White | R082230 | | | | | $0.00 | 400 | 0.1 | $40.00 |
| P195 | 19 Silica gel White Dessicunt | R052435 | | | | | $0.00 | 278264 | 0.02 | $5,565.28 |
| P197 | 750CC White HDPE 53mm Neck | R06238 | | | | | $0.00 | 210 | 0.45 | $94.50 |
| P198 | CRC 45 Wht MRPLNO4 020 FOAM SFYP | R052319 | | | | | $0.00 | 1121 | 0.08 | $89.68 |
| P199 | 180CC HDPE Bottle White | R052321 | | | | | $0.00 | 3302 | 0.14 | $462.28 |
| P199 | 180CC HDPE Bottle White | R052423 | | | | | $0.00 | 7200 | 0.14 | $1,008.00 |
| P201 | 1 ml Disposable oral Syringe | R092315 | | | | | $0.00 | 0 | 0.13 | $0.00 |
| P201 | 1 ml Disposable oral Syringe | R092430 | | | | | $0.00 | 636700 | 0.13 | $82,771.00 |
| P202 | 75cc/33mm HDPE Bottle | R03246 | | | | | $0.00 | 831 | 0.042 | $34.90 |
| P203 | 38mm PP CR Closure White | R03247 | | | | | $0.00 | 1335 | 0.045 | $60.08 |
| P205 | Canister - Sorbit (Rubicon) | R03249 | | | | | $0.00 | 1557 | 0.02 | $31.14 |
| P206 | 400CC/53mm HDPE Bottle | R04249 | | | | | $0.00 | 213 | 0.025 | $5.33 |
| P207 | 53 MM PP Closure White | R032421 | | | | | $0.00 | 1210 | 0.04 | $48.40 |
| P208 | 625CC/53MM HDPE Bottel | R032423 | | | | | $0.00 | 937 | 0.04 | $37.48 |
| P210 | Palletsheet | | | | | | $0.00 | 400 | 0.1 | $40.00 |
| P211 | Shipper 10 X 7 X 8 Pregablin os 6pack per case | | | | | | $0.00 | 1800 | 1.1 | $1,980.00 |
| P212 | Shipper 10 X 7 X 4 75CC WITH 24 pack Outserts Ropinirole-all potency | | | | | | $0.00 | 2300 | 0.35 | $805.00 |
| P213 | Shipper 10 X 7 X 7 | | | | | | $0.00 | 1564 | 0.35 | $547.40 |
| P214 | Shipper 10 X 8 X 4 | | | | | | $0.00 | 433 | 0.35 | $151.55 |
| P215 | Shipper 10 X 4.75 X 4.75 (12 pack ) Ergo 12 pack,Sertraline 12Pack | | | | | | $0.00 | 6563 | 0.45 | $2,953.35 |
| P216 | Shipper 10 x 5 x 7 | | | | | | $0.00 | 1400 | 0.45 | $630.00 |
| P217 | Shipper 10 X 10 X 5 Ergo 24pack | | | | | | $0.00 | 0 | 0.45 | $0.00 |
| P218 | Shipper 12 X 8 X 4 100CC/120 X24 | | | | | | $0.00 | 690 | 0.35 | $241.50 |
| P219 | Shipper 12 X 8 X 5 (120CC 24Pack with outserts) Amantadine Caps 100ct | | | | | | $0.00 | 1720 | 0.35 | $602.00 |
| P220 | Shipper 14 X 9 X 4.5 (150/180CC X24Pack -Prenatal Tab 100ct,Tramadol 500ct | | | | | | $0.00 | 4246 | 0.35 | $1,486.10 |
| P221 | Partition for prenatal 24pack-100ct | | | | | | $0.00 | 3805 | 0.35 | $1,331.75 |
| P222 | Shipper 9.5 X 6.5 X 4  50/60CC X 24 WITH outserts -Tramadol &folic acid 100ct,Zolpidem 100ct,5,10 | | | | | | $0.00 | 17700 | 0.35 | $6,195.00 |
| P223 | Shipper 9.5 x6.24 x3.5 | | | | | | $0.00 | 1725 | 0.35 | $603.75 |
| P224 | Shipper 11 X 8.5 X 6(300CC X12 PACK With Outserts Tramadol 1000ct,Zolpidem 5-10mg 1000ct | | | | | | $0.00 | 1125 | 0.35 | $393.75 |
| P225 | Shipper 8 x 6x6(Folic acid 1000ct) metod and rising 6 -per case | | | | | | $0.00 | 3985 | 0.35 | $1,394.75 |
| P226 | Shipper 8 X 5 X 5 | | | | | | $0.00 | 575 | 0.35 | $201.25 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| P227 | Shipper 12 X 9 X 8 (Levet OS 12 Pack and Amantandine OS 12 PACK | | | | | | $0.00 | 636 | 0.35 | $222.60 |
| P228 | Shipper 12.25 X 9 X 5.25 (Calcitriol 12pack) | | | | | | $0.00 | 2142 | 0.5 | $1,071.00 |
| P229 | Shipper 9 X 6 X 4 | | | | | | $0.00 | 530 | 0.45 | $238.50 |
| P230 | Shipper 9.25 X 6.25 X 7.5(Pyrido.br. Syrup 6pack) | | | | | | $0.00 | 2712 | 0.45 | $1,220.40 |
| P231 | Shipper 17 X 11 3/8 X 5 1/6 300CC 24 Pack (PLS) | | | | | | $0.00 | 2116 | 0.55 | $1,163.80 |
| P232 | Shipper 15 X 10 X 4 | | | | | | $0.00 | 530 | 0.55 | $291.50 |
| P233 | Shipper 13 X 9.5 X 6 (Amantadine 500ct caps) | | | | | | $0.00 | 750 | 0.5 | $375.00 |
| P234 | Shipper 8 X 6 X 5 (Cypro Tablets 1000ct 6pack,Amantadine 500ct 12 pack | | | | | | $0.00 | 1225 | 0.45 | $551.25 |
| P235 | Shipper 6 X 4 X 4 (Timolol 100ct 6pack) | | | | | | $0.00 | 1075 | 0.4 | $430.00 |
| P236 | 480 X 12 Master (Cypro liquid shipper) 12pack | | | | | | $0.00 | 1331 | 0.55 | $732.05 |
| P237 | 480 X 12 PTN 1 X 4 (Cypro liqud Partition-12pack) | | | | | | $0.00 | 1763 | 0.15 | $264.45 |
| P238 | Plastic seal for bottel necks - 48 X 28mm Sertraline OS | | | | | | $0.00 | 88100 | 0.002 | $176.20 |
| P239 | Plastic seal for bottel necks - 57 X 34 mm (Amantadine/Cypro) | | | | | | $0.00 | 51700 | 0.002 | $103.40 |
| P240 | Plastic seal for bottel necks -57 x 60mm (Calcitrial) | | | | | | $0.00 | 74600 | 0.002 | $149.20 |
| P241 | Plastic seal for bottel necks -38 X 22mm (Ergo/ Sertraline) | | | | | | $0.00 | 15000 | 0.002 | $30.00 |
| P243 | 5 gallon closed head | R052419 | | | | | $0.00 | 17 | 4 | $68.00 |
| P244 | 100CC/HDPE Bottels | R052416 | | | | | $0.00 | 7961 | 0.12 | $955.32 |
| P245 | 53MM CRC CAP | R06241 | | | | | $0.00 | 812 | 0.45 | $365.40 |
| P246 | Cotton Coil (Puritan coil 24gram | R08244 | | | | | $0.00 | 31.51 | 100 | $3,151.00 |
| P247 | 5 Gallon Plastic Pail HDPE | R08248 | | | | | $0.00 | 14 | 4 | $56.00 |
| P248 | EZ Peel lid for 5 gallon pail white | R08249 | | | | | $0.00 | 14 | 4 | $56.00 |
| P249 | Clay Dessiccants cs-1605 | R082410 | | | | | $0.00 | 292 | 0.02 | $5.84 |
| P250 | Cotton Coil 12gram (VB)18 | R09248 | | | | | $0.00 | 15.262 | 100 | $1,526.20 |
| L10 | 100CT Tablets Labels(Prenatal Vitamins)) | R09242 | | | | | $0.00 | 0 | 0.03 | $0.00 |
| L10 | 100CT Tablets Labels(Prenatal Vitamins)) | R112410 | | | | | $0.00 | 325,327 | 0.03 | $9,759.81 |
| L113 | Cartons Calcitriol | R05235 | | | | | $0.00 | 4650 | 0.18 | $837.00 |
| L113 | Cartons Calcitriol | R062434 | | | | | $0.00 | 27915 | 0.18 | $5,024.70 |
| L114 | Outsert Calcitriol | R062334 | | | | | $0.00 | 29744 | 0.19 | $5,651.36 |
| L114 | Outsert Calcitriol | R052322 | | | | | $0.00 | 6848 | 0.19 | $1,301.12 |
| L194 | 100CT Lables ( Cyproheptadine Tablets) | R121924 | | | | | $0.00 | 31153 | 0.04 | $1,246.12 |
| L195 | 1000CT ( Cyproheptadine Tabs ) | R121932 | | | | | $0.00 | 399 | 0.07 | $27.93 |
| L195 | 1000CT ( Cyproheptadine Tabs ) | R07228 | | | | | $0.00 | 3298 | 0.07 | $230.86 |
| L196 | 100CT Labels( Cyproheptadine Tablets) | R012047 | | | | | $0.00 | 19588 | 0.04 | $783.52 |
| L197 | 1000CT Labels(Cyproheptadine HCL Tablets) | R021911 | | | | | $0.00 | 2304 | 0.07 | $161.28 |
| L200 | Outsert Apnar (Cyproheptadine HCL Tablets 4mg | R02203 | | | | | $0.00 | 25286 | 0.08 | $2,022.88 |
| L201 | OUTSERT Marlex for Cyproheptadine | R121911 | | | | | $0.00 | 32055 | 0.08 | $2,564.40 |
| L247 | Labels(Calcitriol) | R12232 | | | | | $0.00 | 98608 | 0.04 | $3,944.32 |
| L302 | Cap Stickers | R062413 | | | | | $0.00 | 55524 | 0.01 | $555.24 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L304 | 30mg 21ct Labels(Pyridostigmine Bromide Tablets) | R06242 | | | | | $0.00 | 4174 | 0.18 | $751.32 |
| L322 | Leaflet Pad Ropinirole HCL Tablets | R10246 | | | | | $0.00 | 10506 | 0.9 | $9,455.40 |
| L322 | Leaflet Pad Ropinirole HCL Tablets | R092428 | | | | | $0.00 | 0 | 0.9 | $0.00 |
| L323 | Outserts Ropinirol HCL Tablets | R092429 | | | | | $0.00 | 175994 | 0.12 | $21,119.28 |
| L324 | 0.25MG Labels Ropinirole | R07245 | | | | | $0.00 | 33506 | 0.04 | $1,340.24 |
| L325 | 0.5 Mg Labels Ropinirole | R012420 | | | | | $0.00 | 23623 | 0.04 | $944.92 |
| L326 | 1mg Labels Ropinirole | R012422 | | | | | $0.00 | 14067 | 0.04 | $562.68 |
| L327 | 2mg Labels Ropinirole | R032426 | | | | | $0.00 | 4814 | 0.04 | $192.56 |
| L328 | 3mg Label Ropinirol | R042425 | | | | | $0.00 | 596 | 0.04 | $23.84 |
| L329 | 4mg Label Ropinirole | R042426 | | | | | $0.00 | 12354 | 0.04 | $494.16 |
| L330 | 5mg Labels Ropinirole | R121921 | | | | | $0.00 | 30129 | 0.04 | $1,205.16 |
| L331 | 100CT 4mg  Cyproheptadine Tablets | R01245 | | | | | $0.00 | 4395 | 0.04 | $175.80 |
| L333 | OUTSERT 4 MG Cyproheptadine Tablets | R01247 | | | | | $0.00 | 11298 | 0.07 | $790.86 |
| L337 | Levocetirizine Dihydrochloride Tablets 5mg labels 30ct | R121925 | | | | | $0.00 | 26894 | 0.04 | $1,075.76 |
| L338 | Levocetirizine Dihydrochloride Tablets 5mg labels 90ct | R121930 | | | | | $0.00 | 43503 | 0.04 | $1,740.12 |
| L339 | Levocetirizine Dihydrochloride Tablets 5mg PACK INSERT | R012028 | | | | | $0.00 | 27701 | 0.08 | $2,216.08 |
| L339 | Levocetirizine Dihydrochloride Tablets 5mg PACK INSERT | R121948 | | | | | $0.00 | 16823 | 0.08 | $1,345.84 |
| L371 | 100mg Labels Levetiracetam os USP 100mg | R082014 | | | | | $0.00 | 54375 | 0.04 | $2,175.00 |
| L372 | 100mg Outsert Levetiracetam OS USP | R082013 | | | | | $0.00 | 59510 | 0.15 | $8,926.50 |
| L373 | Zolpidem 5mg labels 100ct | R032219 | | | | | $0.00 | 119964 | 0.02 | $2,399.28 |
| L374 | Zolpidem 5mg labels 1000ct | R032220 | | | | | $0.00 | 215 | 0.09 | $19.35 |
| L375 | 100ct Labels Zolpidem | R032221 | | | | | $0.00 | 208349 | 0.02 | $4,166.98 |
| L376 | 1000CT 10mg Zolpidem Tartrate | R032222 | | | | | $0.00 | 13706 | 0.04 | $548.24 |
| L377 | Outsert Zolpidem Tartrate Tablets | R062212 | | | | | $0.00 | 33988 | 0.13 | $4,418.44 |
| L378 | Tolterodine Tartrate Tablets 1mg(60count) Labels | R112010 | | | | | $0.00 | 4088 | 0.07 | $286.16 |
| L379 | Tolterodine Tartrate Tablets 2mg(60count) Labels | R112011 | | | | | $0.00 | 41008 | 0.07 | $2,870.56 |
| L380 | Tolterodine Tartrate Tablets 2mg(500count) Labels | R112012 | | | | | $0.00 | 227 | 0.07 | $15.89 |
| L381 | Tolterodine Tartrate Tablets (Pack insert) | R112013 | | | | | $0.00 | 78782 | 0.08 | $6,302.56 |
| L382 | Sertraline HCL Oral SOLUTION | R12244 | | | | | $0.00 | 45595 | 0.02 | $911.90 |
| L382 | Sertraline HCL Oral SOLUTION | R092417 | | | | | $0.00 | 1440 | 0.02 | $28.80 |
| L383 | Outsert Sertraline HCL Oral SOLUTION | R042411 | | | | | $0.00 | 0 | 0.18 | $0.00 |
| L383 | Outsert Sertraline HCL Oral SOLUTION | R092414 | | | | | $0.00 | 2013 | 0.18 | $362.34 |
| L384 | Cartons Sertraline HCL Oral SOLUTION | R01251 | | | | | $0.00 | 41242 | 0.18 | $7,423.56 |
| L384 | Cartons Sertraline HCL Oral SOLUTION | R102410 | | | | | $0.00 | 0 | 0.18 | $0.00 |
| L386 | Pyridostidmine Bromide OS USP 60mg | R032110 | | | | | | 7661 | | $383.05 |
| L387 | Folic Acid Tablets USP 1mg 100ct Labels Athem | R01215 | | | | | $0.00 | 54993 | 0.03 | $1,649.79 |
| L389 | Folic Acid Tablets USP 1mg 1000ct Labels Athem | R01216 | | | | | $0.00 | 45303 | 0.05 | $2,265.15 |
| L390 | Folic Acid Tablets USP 1mg Outserts Athem | R012116 | | | | | $0.00 | 93044 | 0.08 | $7,443.52 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L391 | Amatadine HCL Tablets 100ct Label | R062232 | | | | | $0.00 | 10566 | 0.03 | $316.98 |
| L392 | Amantadine HCL Tablets 100mg Label 500ct Athem | R012118 | | | | | $0.00 | 42873 | 0.04 | $1,714.92 |
| L393 | Amantadine HCL Tablets 100mg OUT SERTS Athem | R062223 | | | | | $0.00 | 11230 | 0.08 | $898.40 |
| L394 | Folic Acid Tablets USP 1mg 100ct Method Label | R08225 | | | | | $0.00 | 1435 | 0.04 | $57.40 |
| L396 | Folic Acid Tablets USP 1mg 1000ct Method Label | R10245 | | | | | $0.00 | 878 | 0.04 | $35.12 |
| L397 | Folic Acid Tablets USP 1mg Outserts Method | R11249 | | | | | $0.00 | 161117 | 0.07 | $11,278.19 |
| L398 | Pyridostigmine BROMIDE Oral Solution 60mg | R032118 | | | | | $0.00 | 3065 | 0.04 | $122.60 |
| L399 | Amantadine hcl capsules 100mg 100ct label | R042112 | | | | | $0.00 | 11974 | 0.03 | $359.22 |
| L400 | Amantadine hcl capsules 100mg 500ct label | R062233 | | | | | $0.00 | 2998 | 0.05 | $149.90 |
| L405 | ERGOCALCIFEROL/VITAMIN D2-Label | R01225 | | | | | $0.00 | 14841 | 0.03 | $445.23 |
| L407 | ERGOCALCIFEROL/VITAMIN D2 Carton | R01223 | | | | | $0.00 | 19032 | 0.17 | $3,235.44 |
| L428 | Donepezil HCL Tablets 5mg 30ct labels    (Rejected) | R032225 | | | | | $0.00 | 12526 | 0 | $0.00 |
| L428 | Donepezil HCL Tablets 5mg 30ct labels    (Rejected) | R122114 | | | | | $0.00 | 21963 | 0 | $0.00 |
| L429 | Donepezil HCL Tablets 5mg 90ct labels    (Rejected) | R122115 | | | | | $0.00 | 18020 | 0 | $0.00 |
| L430 | Donepezil HCL Tablets 5mg 500ct labels    (Rejected) | R122116 | | | | | $0.00 | 4265 | 0 | $0.00 |
| L431 | Donepezil HCL Tablets 5mg 1000ct labels    (Rejected) | R122117 | | | | | $0.00 | 1440 | 0 | $0.00 |
| L432 | Donepezil HCL Tablets 10mg 30ct labels    (Rejected) | R122118 | | | | | $0.00 | 16705 | 0 | $0.00 |
| L433 | Donepezil HCL Tablets 10mg 90ct labels    (Rejected) | R122119 | | | | | $0.00 | 15387 | 0 | $0.00 |
| L434 | Donepezil HCL Tablets 10mg 500ct labels    (Rejected) | R122120 | | | | | $0.00 | 3492 | 0 | $0.00 |
| L435 | Donepezil HCL Tablets 10mg 100ct labels    (Rejected) | R122121 | | | | | $0.00 | 6897 | 0 | $0.00 |
| L436 | Donepezil HCL Tablets Outserts          (Rejected) | R122122 | | | | | $0.00 | 108480 | 0 | $0.00 |
| L437 | Timolol Maleate 5mg 100ct labels | R11215 | | | | | $0.00 | 3049 | 0.03 | $91.47 |
| L438 | Timolol Maleate 10mg 100ct labels | R11216 | | | | | $0.00 | 5882 | 0.03 | $176.46 |
| L439 | Timolol Maleate 20mg 100ct labels | R11217 | | | | | $0.00 | 3398 | 0.03 | $101.94 |
| L440 | Timolol Maleate Tablets outserts | R01226 | | | | | $0.00 | 15633 | 0.15 | $2,344.95 |
| L441 | Cyproheptadine HCL Tablets 4mg 100ct label | R032227 | | | | | $0.00 | 28970 | 0.03 | $869.10 |
| L441 | Cyproheptadine HCL Tablets 4mg 100ct label | R122110 | | | | | $0.00 | 50744 | 0.03 | $1,522.32 |
| L442 | Cyproheptadine HCL Tablets 4mg 1000ct label | R122111 | | | | | $0.00 | 2670 | 0.05 | $133.50 |
| L443 | Cyproheptadine HCL Tablets 4mg Outserts | R122112 | | | | | $0.00 | 44844 | 0.15 | $6,726.60 |
| L458 | Tramadol HCL Tablets USP 50mg 100ct | R092416 | | | | | $0.00 | 0 | 0.02 | $0.00 |
| L458 | Tramadol HCL Tablets USP 50mg 100ct | R10242 | | | | | $0.00 | 36206 | 0.02 | $724.12 |
| L459 | Tramadol HCL Tablets USP 50mg-500CT | R10243 | | | | | $0.00 | 2292 | 0.04 | $91.68 |
| L460 | Tramadol HCL Tablets USP 50mg 1000ct | R12236 | | | | | $0.00 | 0 | 0.03 | $0.00 |
| L460 | Tramadol HCL Tablets USP 50mg 1000ct | R062429 | | | | | $0.00 | 42829 | 0.03 | $1,284.87 |
| L461 | Tramadol HCL Tablets USP 50mg Outserts | R062428 | | | | | $0.00 | 0 | 0.1547 | $0.00 |
| L461 | Tramadol HCL Tablets USP 50mg Outserts | R092415 | | | | | $0.00 | 0 | 0.1547 | $0.00 |
| L461 | Tramadol HCL Tablets USP 50mg Outserts | R10248 | | | | | $0.00 | 47837 | 0.1547 | $7,400.38 |
| L462 | Cyproheptadine HCL OS USP 2mg/5ml label | R08222 | | | | | $0.00 | 14782 | 0.1 | $1,478.20 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L463 | Cyproheptadine HCL OS USP 2mg/5ml Outsert | R082221 | | | | | $0.00 | 11369 | 0.31 | $3,524.39 |
| L464 | Pregabalin OS 20MG 473ml Labels | R082218 | | | | | $0.00 | 7911 | 0.16 | $1,265.76 |
| L465 | Pregabalin OS 20MG 473ml Carton | R08223 | | | | | $0.00 | 7225 | 0.81 | $5,852.25 |
| L466 | Pregabalin OS 20MG 473ml Outsert | R082222 | | | | | $0.00 | 7534 | 0.48 | $3,616.32 |
| L467 | Pregabalin OS 20MG 473ml Medication guide | R082224 | | | | | $0.00 | 24246 | 0.3 | $7,273.80 |
| L468 | Pyridostigmine bromide OS 5ml 60mg Label | R08228 | | | | | $0.00 | 2447 | 0.28 | $685.16 |
| L469 | Pyridostigmine bromide os outserts | R082211 | | | | | $0.00 | 4636 | 0.2 | $927.20 |
| L470 | Amantadine HCL Capsules usp 100mg 100ct labels | R11243 | | | | | $0.00 | 7105 | 0.03 | $213.15 |
| L471 | Amantadine Capsules 100mg 500ct labels | R08224 | | | | | $0.00 | 2919 | 0.08 | $233.52 |
| L471 | Amantadine Capsules 100mg 500ct labels | R12243 | | | | | $0.00 | 9997 | 0.08 | $799.76 |
| L472 | Amantadine Capsules Outsers | R082214 | | | | | $0.00 | 3159 | 0.09 | $284.31 |
| L473 | Gencare -Allergy relif 1000ct | R062218 | | | | | $0.00 | 1017 | 0 | $0.00 |
| L479 | Flic ACID Tablets 1mg | R10244 | | | | | $0.00 | 334882 | 0.02 | $6,697.64 |
| L480 | Folic Acid Tablets usp 1mg 1000ct labels | RO8227 | | | | | $0.00 | 29214 | 0.04 | $1,168.56 |
| L481 | Folic Acid Tablets usp 1mg 1000ctOutserts | R09226 | | | | | $0.00 | 0 | 0.08 | $0.00 |
| L481 | Folic Acid Tablets usp 1mg 1000ctOutserts | R12241 | | | | | $0.00 | 364428 | 0.08 | $29,154.24 |
| L492 | Amantadine HCL OS USP Labels Patrin | R102411 | | | | | $0.00 | 5551 | 0.04 | $222.04 |
| L493 | Amantadine HCL OS USP 50mg Outserts | R11242 | | | | | $0.00 | 6155 | 0.25089 | $1,544.23 |
| L494 | Gabapentin 800mg outserts ACI Healthcare | R062312 | | | | | $0.00 | 6606 | 0 | $0.00 |
| L495 | Unit dose Trays (2x5)10 doses | R08231 | | | | | $0.00 | 25829 | 0.2688 | $6,942.84 |
| L496 | Primidone Tablets USP 125mg 100ct Labels | R03244 | | | | | $0.00 | 5875 | | $0.00 |
| L497 | Metoprolol Tartrate Tablets USP 25mg-1000ct Labels | R032418 | | | | | $0.00 | 2583 | | $0.00 |
| L498 | Metoprolol Tartrate Tablets USP 50mg-1000ct labels | R032424 | | | | | $0.00 | 5791 | | $0.00 |
| L499 | Metoprolol Tartrate Tablets USP Outserts | R032419 | | | | | $0.00 | 8162 | | $0.00 |
| L500 | Buspirone HCL Tablets USP 15mg Outserts | R032416 | | | | | $0.00 | 596 | | $0.00 |
| L501 | Buspirone HCL Tablets USP 15mg Labels | R032415 | | | | | $0.00 | 5702 | | $0.00 |
| L502 | Baclofen Tablets USP 20mg 1000ct Labels | R032427 | | | | | $0.00 | 2832 | | $0.00 |
| L503 | Baclofen Tablets USP 20mg Outserts | R032428 | | | | | $0.00 | 3185 | | $0.00 |
| L508 | GC Allergy Relif cetirizine HCL 10mg 200ct | R03244 | | | | | $0.00 | 1841 | | $0.00 |
| L509 | GC Allergy Relif Diphenhydramine HCL Tablets USP 25mg 600ct labels | R052421 | | | | | $0.00 | 2553 | | $0.00 |
| L510 | GC Allergy Relif Diphenhydramine HCL Tablets USP 25mg Pink 1000ct labels | R052422 | | | | | $0.00 | 202 | | $0.00 |
| L511 | EEMT HS0.625/1.25MG 100CT Label-Creek wood | R06247 | | | | | $0.00 | 0 | | $0.00 |
| L512 | EEMT DS 1.25/2.5 100CT Label-Creek wood | R06248 | | | | | $0.00 | 0 | | $0.00 |
| L513 | EEMT Package insert - outserts -Creek wood | R06249 | | | | | $0.00 | 0 | | $0.00 |
| L513 | EEMT Package insert - outserts -Creek wood | R062427 | | | | | $0.00 | 0 | | $0.00 |
| L514 | Diatrizoate Meglumine and Diatrizoate sodium Solution inner shipper la | R07243 | | | | | $0.00 | 2562 | | $0.00 |
| L515 | Diatrizoate Meglumine and Diatrizoate sodium Solution inner shipper label 120ml | R07244 | | | | | $0.00 | 2931 | | $0.00 |
| L516 | Cyproheptadine HCL oral solution USP 2mg/5ml method labels -473ml | R07246 | | | | | $0.00 | 4152 | | $0.00 |

| Inventory ID | Name | Receiving # | Date Received | Qty Received | Unit Price | Freight | Total cost | Quantity in Stock Kg | Average Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L517 | Cyproheptadine HCL oral solution USP USP Insert Method | R07248 | | | | | $0.00 | 4765 | | $0.00 |
| L518 | Diatrizoate Meglumine and Diatrizoate sodium Solution USP 66%,10% Leaflets | R07249 | | | | | $0.00 | 8114 | | $0.00 |
| L520 | Timolol Tab 5mg 100ct labels-Rising | R11244 | | | | | $0.00 | 7771 | | $310.84 |
| L521 | Timolol Tab 10mg 100ct labels-Rising | R11245 | | | | | $0.00 | 5162 | 0.04 | $206.48 |
| L522 | Timolol Tab 20mg 100ct labels-Rising | R11246 | | | | | $0.00 | 9177 | 0.04 | $367.08 |
| L523 | Timolol Tab Outserts-Rising | R11247 | | | | | $0.00 | 1207 | 0.08 | $96.56 |
| L524 | Diphenhydramine HCL 25mg Label | R01253 | | | | | $0.00 | 74992 | 0.04 | $2,999.68 |
| L525 | Acetaminophen -Asprin /caffiene 250/250/65mg Lable | R01254 | | | | | $0.00 | 45295 | 0.04 | $1,811.80 |
| L526 | Acetaminophen -Diphenhydramine 500/25mg Lable | R01255 | | | | | $0.00 | 21315 | 0.04 | $852.60 |
| CCL412 | Esmeprozale Magnesium Delayed release capsules USP 30CT LABEL | R06217 | | | | | $0.00 | 1454 | | $0.00 |
| CCL413 | Esmeprozale Magnesium Delayed release capsules USP 30CT Outserts | R06218 | | | | | $0.00 | 1840 | | $0.00 |
| | Misc - Cartons & Packing | | | | | | $0.00 | | | $25,000.00 |
| | Misc - Lab Ref Standards & Chemicals | | | | | | $0.00 | | | $25,000.00 |
| | | | | | | | | | | $1,244,168.63 |

Schedule A/B, Questions 40 and 41 - Office fixtures and equipment

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Received By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/2012 | EC-01131 | - | - | G1314A G1316A G1313A G1311A G1379A | HPLC System 1: VWD HP Series 1100 - Colcom Agilent 1100 Series - ALS Agilent 1100 Series - Quat Pump Agilent 1100 Series - Degasser | Agilent HP Series 1100 Agilent Agilent Agilent | JP 24021244 DE23929428 DE23920131 DE23920283 JP13204056 | ✓ | ✓ | ✓ | JP | 127 | | $17,500.00 |
| 2 | 12/1/2012 | EC-01132 | - | - | G1315A G1316A G1313A G1311A G1379A | HPLC System 2 DAD HP Series 1100 - Colcom Agilent 1100 Series - ALS Agilent 1100 Series - Quat Pump  Agilent 1100 Series - Degasser | Agilent HP Series 1100 Agilent Agilent Agilent | VS72101386 US82404829 US82404247 US83103971 JP13209929 | ✓ | ✓ | ✓ | JP | 127 | | $17,500.00 |
| 3 | 12/1/2012 | EC-01133 | - | - | G1314A G1316A G1313A G1311A G1322A | HPLC System 3 VWD HP Series 1100 - Colcom Agilent 1100 Series - ALS Agilent 1100 Series - Quat Pump Agilent 1100 Series - Degasser | Agilent HP Series 1100 Agilent Agilent Agilent | JP22918670 DE33234349 DE23920130 DE23923577 JP73012884 | ✓ | ✓ | ✓ | JP | 40F R&D | | $18,000.00 |
| 4 | 12/1/2012 | EC-01134 | - | - | G1314A G1316A G1330B G1329A G1379A | HPLC System 4 VWD HP Series 1100 - Colcom Agilent 1100 Series - ALS Therm Agilent 1100 Series - ALS Agilent 1100 Series - Quat Pump | Agilent HP Series 1100 Agilent Agilent Agilent | JP22918672 DE23929444 DE03015904 DE23911022 DE23920290 | ✓ | ✓ | ✓ | JP | 40F R&D | | $18,000.00 |
| 5 | 12/1/2012 | EC-01135 | - | - | LC-P45 | Printer (Attached to EC-011317) | Mettler Toledo | 1121440720 | N/A | ✓ | N/A | JP | 127 | | $100.00 |
| 6 | 12/1/2012 | EC-01136 | - | - | GA 45 | Printer (Attached to EC-011318) | Mettler Toledo | M68429 | N/A | N | N/A | JP | 127 | | $100.00 |
| 7 | 12/1/2012 | EC-01137 | - | - | 19 | Vacuum Oven | Precision | 696100200 | ✓ | ✓ | ✓ | JP | 127 | | $750.00 |
| 8 | 12/1/2012 | EC-01138 | - | - | Maxima C plus | Vacuum Pump | Fisher Scientific | 203330 | N/A | N/A | N/A | JP | 127 | | $500.00 |
| 9 | 12/1/2012 | EC-01139 | - | - | M8C | Vacuum Pump | Fisher Scientific | | N/A | N | N | JP | 127 | | $500.00 |
| 10 | 12/1/2012 | EC-011310 | - | - | 7Compact-S220 | pH meter | Mettler Toledo | B229143741 | N/A | ✓ | N | JP | 127 | | $750.00 |
| 11 | 12/1/2012 | EC-011311 | - | - | 48000 | Furnace | Thermolyne | 1.28502E+12 | ✓ | ✓ | ✓ | JP | 127 | | $250.00 |
| 12 | 12/1/2012 | EC-011312 | - | - | PC-620 | Hot plate with Stirrer | Corning | 3.70803E+11 | N/A | N | N | JP | Portal | | $150.00 |
| 13 | 12/1/2012 | EC-011313 | - | - | PC-620 | Hot plate with Stirrer | Corning | 3.80804E+11 | N/A | N | N | JP | Portal | | $150.00 |
| 14 | 12/1/2012 | EC-011314 | - | - | TCS-0200 | Dissolution system 2100A | Distek | D12608996 | ✓ | ✓ | ✓ | JP | 127 | | $8,000.00 |
| 15 | 12/1/2012 | EC-011315 | - | - | TCS-0200 | Dissolution system 2100A | Distek | P12604195 (D12608195) | ✓ | ✓ | ✓ | JP | 127 | | $8,000.00 |
| 16 | 12/1/2012 | EC-011316 | - | - | 8510-RDTH | UltraSonic Cleaner | Branson | RPC 05103785F | ✓ | ✓ | N | JP | 127 | | $250.00 |
| 17 | 12/1/2012 | EC-011317 | - | - | MT5 | Weighing Micro Balance | Mettler Toledo | 116061827 | N/A | ✓ | ✓ | JP | 127 | | $3,000.00 |
| 18 | 12/1/2012 | EC-011318 | - | - | AUW220D | Weighing Analytical Balance | Shimadzu | D450014893 | N/A | ✓ | ✓ | JP | | Online Manual | $750.00 |
| 19 | 12/1/2012 | EC-011319 | - | - | 75 | Wrist Action Shaker | Burrel | | N/A | ✓ | N/A | JP | 127 | | $250.00 |
| 20 | 12/1/2012 | EC-011320 | - | - | F-33 | Centrifugation | Champion | 330031 | N/A | ✓ | ✓ | JP | 127 | | $1,000.00 |
| 21 | 12/1/2012 | EC-011321 | - | - | 945303 | Vortex Mixer | VWR | 110321022 | N/A | ✓ | N/A | JP | Portal | | $150.00 |
| 22 | 12/1/2012 | EC-011322 | - | - | 945303 | Vortex Mixer | Fisher Scientific | 80603012 | N/A | ✓ | N/A | JP | Portal | | $150.00 |
| 23 | 12/1/2012 | EC-011323 | - | - | HPZA-3500 | Air Generator | Parker Balston | HPZA3500226A | N/A | ✓ | On HOLD | JP | Obsolete | | $500.00 |
| 24 | 12/1/2012 | EC-011324 | - | - | AQV21 | Karl Fischer apparatus | Aquastar (by Mettler Toledo) | VF0034-00 | ✓ | ✓ | ✓ | JP | 126 | | $5,000.00 |
| 25 | 12/1/2012 | EC-011325 | - | - | U.V 1800 | UV Spectrophotometer | Shimadzu | A11455050139 | ✓ | ✓ | ✓ | JP | 125 | | $7,500.00 |
| 26 | 12/1/2012 | EC-011326 | - | - | PMB-202 | Moisture Analyzer | AE Adam | AE812124/ 1067888 | ✓ | ✓ | ✓ | JP | 109 | | $1,250.00 |
| 27 | 12/1/2012 | EC-011327 | - | - | FT2 | Friability Tester | Testerion | 91205599 | ✓ | ✓ | ✓ | JP | 109 | | $1,500.00 |
| 28 | 12/1/2012 | EC-011328 | - | - | DT2 | Disintegration Tester | Testerion | 512051179 | ✓ | ✓ | ✓ | JP | 109 | | $1,000.00 |
| 29 | 12/1/2012 | EC-011329 | - | - | 6D | Tablet Hardness Tester | Dr. Schleuniger Pharmatron | 965 | ✓ | ✓ | Not | JP | 109 | | $2,000.00 |
| 30 | 12/1/2012 | EC-011330 | - | - | TDT-22 | Tapped Density Tester | Caleva | 128943.0c28 | ✓ | ✓ | ✓ | JP | 109 | | $1,500.00 |
| 31 | 12/1/2012 | EC-011331 | - | - | L3P - Series D | Sieve Analyzer - Sonic sifter | ATM Corporation | A-1307 | ✓ | ✓ | N/A | JP | 109 | | $1,000.00 |
| 32 | - | EC-041332 | - | - | SL-10A | Distilled Water System | Siemens | 2825 | N/A | N/A | Servicing and | JP | 109 | | $8,000.00 |
| 33 | - | EC-041333 | - | - | 200 CR | Thornton | Thorton | 316123 | N/A | N/A | Servicing and | JP | 109 | | $500.00 |
| 34 | - | EC-041334 | - | - | SL-10A | UV Disinfection Unit | Aquafine | D592019 | N/A | N/A | Servicing and | JP | 109 | | |

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Recevied By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | - | EC-041335 | - | - | SL-1 | Distilled Water System - UV Disinfection Unit | Aquafine | SL-1 | N/A | N/A | Servicing and maintenance done regularly | JP | 127 | | |
| 36 | - | EC-041336 | - | - | 200 CR | Thornton | Thorton | 200 CR | N/A | N/A | Servicing and maintenance done regularly | JP | 127 | | |
| 37 | - | EC-041337 | - | - | CP153 | Spare Scale | Sartorius | 17854275 | N/A | N/A | N/A | JP | Portal | | $200.00 |
| 38 | - | EC-051338 | - | - | 1908FPb | Dell Monitor | Dell | CN-0G313H-74261-87S-1CJS-A00 | N/A | N/A | N/A | JP | 127 | | |
| 39 | - | EC-051339 | - | - | E198WFPf | Dell Monitor | Dell | CN-0G424H-72872-88F-15RS-A01 | N/A | N/A | N/A | JP | 125 | | |
| 40 | - | EC-051340 | - | - | CFH-01 | Protector Laboratory Hood | Lab Conco | N/A | N/A | N/A | N/A | JP | 127 | | $1,000.00 |
| 41 | - | EC-051341 | - | - | CH-2 | Protector Laboratory Hood | Lab Conco | | N/A | N/A | N/A | JP | 126 | | $1,000.00 |
| 42 | - | EC-051342 | - | - | AE163 | Analytical Balance | Mettler | D39V08 | N/A | | N/A | JP | 125 | | $250.00 |
| 43 | - | EC-051343 | - | - | C | Laboratory Press | Carver | 32000-664 | | | | JP | 125 | | $1,500.00 |
| 44 | - | EC-051344 | - | - | LP34000P | Balance | Sartorius | 13106285 | N/A | | | JP | Production | | $250.00 |
| 45 | - | EC-051345 | - | - | 120 V STD | Hot Plate with Stirrer | VWR | 100928005 | N/A | | | JP | Portal | | $100.00 |
| 46 | - | EC-051346 | - | - | 2690 2487 2414 410 | HPLC System 5 (Waters) Separations Module Dual λ Absorbance Detector Refractive Index Detector Differential Refractometer | Waters | D985M4528M B99487458M D04214117M | ✓ | | ✓ | JP | Obsolete- Not in Use | | $17,500.00 |
| 47 | - | EC-051347 | - | - | 2690 996 486 | HPLC System 6 (Waters) Separations Module Photodiode Array Detector Tunable Absorbance Detector | Waters | B995M7565M MX2MM0109M WAT080641 | ✓ | | ✓ | JP | Obsolete- Not in Use | | $17,500.00 |
| 48 | - | EC-051348 | - | - | IRAffinity-1 | FTIR | Shimadzu | A21375003113 | ✓ | | ✓ | JP | 126 | | $12,000.00 |
| 49 | - | EC-051349 | - | - | LC-P45 | Thermal Printer | Mettler Toledo | 1122030552 | N/A | | N/A | JP | 125 | | $250.00 |
| 50 | - | EC-051350 | - | - | MPU-L465 | Thermal Printer | Seiko Instruments Inc. | 02C0010102 | N/A | | N/A | JP | 126 | | $250.00 |
| 51 | - | EC-051351 | - | - | GC2010 AOC-20i AOC-20s | Gas Chromatograph Autoinjector Autosampler | Shimadzu | C11323800433 C11314102586 SA C11153701915 KG | ✓ | | ✓ | JP | 126 | | $18,000.00 |
| 52 | - | EC-051352 | - | - | HT3 | Headspace Autosampler | Teledyne-Tekmar | US 09231002 | ✓ | | Not | JP | 126 | | $14,000.00 |
| 53 | - | EC-051353 | - | - | E1909Wc | Dell Monitor | Dell | CN-0R0-34G-64180-929-OHDS | N/A | N/A | N/A | JP | 126 | | |
| 54 | - | EC-051354 | - | - | W2072a | HP Monitor | HP | CNC228P3Y | N/A | | N/A | JP | 126 | | |
| 55 | - | EC-061355 | - | - | LC-10AT VP LC-10AT VP SIL-10A SPD-10A VP SCL-10A VP Cat # 228-34736-91 | HPLC System 7 Liquid Chromatograph Liquid Chromatograph Auto Injector UV-Vis Detector System Controller Model Reservoir Tray Syringe Unit | Shimadzu | C20973650560 US C20973650475 US C20363506469 KG C20993501117 KG C21013952001 US | | | | JP | Obsolete | | $12,000.00 |
| 56 | - | EC-061356 | - | - | LC-10AT VP LC-10AT VP SIL-10A SPD-10A VP SCL-10A VP Cat # 228-34736-91 CTD-10 AS VP | HPLC System 8 Liquid Chromatograph Liquid Chromatograph Auto Injector UV-Vis Detector System Controller Model Reservoir Tray Column Oven | Shimadzu | C20973951435 US C20973951420 US C20363807759 YS C21003650062 US C21014153358 US C21044250551 US | | | | JP | Obsolete | | $12,000.00 |
| 57 | - | EC-061357 | - | - | CompuLab 2 36" | Coating Pan | Thomas Engineering | 189 | | | | JP | 111 | | $95,000.00 |
| 58 | - | EC-061357A | - | - | CompuLab 2 36" | Solution Pump | Thomas Engineering | 189 | | | | JP | 111 | | |

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Recevied By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | - | EC-061358 | - | - | MG2 Futura | Capsule Filling Machine (MG America Inc) | MG America Inc | 5019 | | ✓ | | JP | 113 | | $100,000.00 |
| 60 | - | EC-061358A | - | - | MG2 Futura | Operating Panel | MG America Inc | 5019 | | | | JP | 113 | | |
| 61 | - | EC-061358B | - | - | MG2 Futura | Filler Cabinet | MG America Inc | 5019 | | | | JP | 113 | | |
| 62 | - | EC-061359 | - | - | CMB4-35 | Tablet Press | Cadmach | 1195/T/12.13 | | | | JP | 114 | | $29,500.00 |
| 63 | - | EC-061360 | - | - | PH-29 | Metal Check | Lock Inspection System Ltd | RJ143 | | | | JP | 114 | | $2,500.00 |
| 64 | - | EC-061361 | - | - | MET30 | Metal Check | Lock Inspection System Ltd | CXE-PH | | | | JP | 114 | | $6,000.00 |
| 65 | - | EC-061362 | - | - | | Tablet Deduster | Key International Inc | 2081446 | | | | JP | 114 | | $1,500.00 |
| 66 | - | EC-061363 | - | - | DAS06 | Fitz Mill - Comminutor | The Fitzpatrick Company | 8557 | | | | JP | Portable | | $14,000.00 |
| 67 | - | EC-061364 | - | - | PMA 300 | High Shear | T.K Fielder | 7923 | | | | JP | 119 | | $95,000.00 |
| 68 | - | EC-061364A | - | - | N/A | Electrical Panel | T.K Fielder | 90617 | | | | JP | 119 | | |
| 69 | - | EC-061365 | - | - | 10 cu. ft | V Blender 10 cu ft | Bush Tank | 990308 | | | | JP | 119 | | $19,000.00 |
| 70 | - | EC-061366 | - | - | 3327-7-T2 | Ovens and Dryers | Lydon Brothers | 6839A | | | | JP | 119 | | $15,000.00 |
| 71 | - | EC-061366A | - | - | N/A | Chart Recorder | Honeywell | N/A | | | | JP | 119 | | |
| 72 | - | EC-061366B | - | - | N/A | Tray and Racks Holder 1 | Lydon Brothers | N/A | | | | JP | 119 | | |
| 73 | - | EC-061366C | - | - | N/A | Trays and Racks Holder 2 | Lydon Brothers | N/A | | | | JP | 119 | | |
| 74 | - | EC-061367 | - | - | P2H | Unscrambler | Palace Packaging | 4603 | | | | JP | 130 | | $260,000.00 |
| 75 | - | EC-061368 | - | - | SV2 12 Optical | Swiftpack Tablet Counter | DT Packaging System | M3880 | | | | JP | 130 | | |
| 76 | - | EC-061369 | - | - | 7540 | Turn Table | DT Packaging System | 803806 | | | | JP | 130 | | |
| 77 | - | EC-061370 | - | - | LM4252-01 | Heat Sealer | Enercon Industries Corp | 16369-02 | | | | JP | 130 | | |
| 78 | - | EC-061371 | - | - | NASLF-100 | Filler - Automatic 2 Head Servo Filling Machine | NPM Machinery Pvt Ltd | SFL-01/12-13 | | | | JP | 130 | | $22,000.00 |
| 79 | - | EC-061372 | - | - | A6R | Capper | Kaps-All | 5267 | | | | JP | 130 | | |
| 80 | - | EC-061373 | - | - | 401 | Outserter | Creative Auto | 11941 | | | | JP | 130 | | |
| 81 | - | EC-061373A | - | - | | Nordson Unit | Creative Auto | | | | | JP | 130 | | |
| 82 | - | EC-061374 | - | - | Premier Pannel 362P | Labler | Aesus Labeling System | 175.131105 | | | | JP | 130 | | |
| 83 | - | EC-061375 | - | - | CM31D20NZ1C | Mixer | Lightnin | G2U05R | | | | JP | Portable | | $9,000.00 |
| 84 | - | EC-061376 | - | - | TABLEX | Metal Check 2005 | Safeline | 75523 | | | | JP | Portable | | $2,500.00 |
| 85 | - | EC-061377 | - | - | TC-200 | Capsule Polisher | George Nutting | 20-349 | | | | JP | Portable | | $2,000.00 |
| 86 | - | EC-061378 | - | - | C810 | Tablet Deduster | Kamer | C4143H | | | | JP | Portable | | $1,500.00 |
| 87 | - | EC-061379 | - | - | AV100 | Tablet Deduster - 2006 | George Nutting | 10-507 | | | | JP | Portable | | $1,500.00 |
| 88 | 7/17/2013 | EC-071380 | 13-83 | Atlantic Scale Inc | KCC 300 | High Precision Scale | Mettler Toledo | 3344016-7AQ | | Y | Y | JP | 115 | | $1,000.00 |
| 89 | 7/17/2013 | EC-071380A | 13-83 | Atlantic Scale Inc | ICS 429 | Scale Indicator | Mettler Toledo | B313177219 | | Y | Y | JP | 115 | | $1,000.00 |
| 90 | 7/17/2013 | EC-071381 | | | 75 | Turn Table | DT Packaging System | 251 | | | | JP | 130 | | $1,000.00 |
| 91 | 7/24/2013 | EC-071382 | Verbal | UPS | MTT01-50 | Cap Torque Tester | Mark-10 | 3543820 | | Y | Y | JP | 109 | | $1,500.00 |
| 92 | 7/24/2013 | EC-071383 | | | LS24S66 | Vibro Energy Separator | Sweco | 718334-A499 | | Y | | JP | Portable | | $9,000.00 |
| 93 | 7/24/2013 | EC-071384 | 13-31 | | S1012E | Digital Indicator with Lifting Lever | Natoli Eng and Mitutoyo | 12121457 | | | | JP | 110 | | $1,000.00 |
| 94 | 7/25/2013 | EC-071385 | | | CP153 | Weighing Scale | Sartorius | 16450505 | | Y | Y | JP | 109 | | $1,000.00 |
| 95 | 7/25/2013 | EC-071386 | | | 7523-30 | Masterflex Tubing Pump | Cole Parmer Instrument Company | A98004473 | | Y | | JP | Portable | | $1,000.00 |
| 96 | 7/25/2013 | EC-071387 | | | P25 | Rapid Mixer Granulator | Diosna | 241-081 | | | | JP | 125 | | $55,000.00 |
| 97 | 7/25/2013 | EC-071388 | | | 3851 | Environmental Stability Chamber | Foma Scientific | 59975-742 | | Y | Y | JP | Warehouse | | $6,500.00 |
| 98 | 7/25/2013 | EC-071389 | | | 3940 | Environmental Stability Chamber | Thermo Forma | 301940-1840 | | Y | Y | JP | Warehouse | | $12,000.00 |
| 99 | 7/25/2013 | EC-071390 | | | NGH-80-T | Stability Chamber - 3 door | Constant Temp. Control Ltd. | 69-94558 | | Y | Y | JP | Warehouse | | $5,000.00 |
| 100 | 7/26/2013 | EC-071391 | | UPS | 1227U13 | Conductivity Meter | Thomas Scientific - Control Company | 122007118 | | Y | Y | JP | Portal- Not in Use | | $500.00 |
| 101 | 8/9/2013 | EC-081392 | | UPS | N/A | Gauge Meter | Mitutoyo | 2416S and 7304S | | | Y | JP | Portal- Lost | | $100.00 |
| 102 | 8/9/2013 | EC-081393 | | UPS | PK-0506CPX | Digital Caliper | Mitutoyo | 6517 | | Y | Y | JP | Portal | | $100.00 |
| 103 | 8/9/2013 | EC-081394 | | UPS | DT-207LR | Digital Tachometer | Shimpo | D131009R | | Y | Y | JP | Portal | | $100.00 |
| 104 | 8/28/2013 | EC-081395 | | | | 3 cu. Ft Double Cone Blender | | | | | | JP | 119 | | $7,500.00 |
| 105 | 8/28/2013 | EC-081396 | | | RF1326 | Oven | VWR | RF02054710 | | | | JP | 125 | | $1,000.00 |
| 106 | 8/28/2013 | EC-081397 - LAST | | | 7550-30 | Masterflex L/S Tubing Pump | Cole Parmer Instrument Company | F03001729 | | Y | | JP | 125 | | $1,000.00 |
| 107 | 12/26/2013 | EC-121398 | | FedEx | TX2202L | Electronic Balance | Shimadzu | D465530008 | | Y | | JP | 125 | | $500.00 |
| 108 | 12/23/2013 | EC-121399 | 13-65 | FedEx | LC-2010CHT | HPLC System | Shimadzu | C2125511450LP | | | | VP | 126 | | $29,000.00 |
| 1 | 1/8/2014 | EC-01141 | 13-65 | FedEx | LC-2010AHT | HPLC System | Shimadzu | C21245107259 | | N | N | VP | 126 | | $29,000.00 |

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Recevied By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1/8/2014 | EC-01142 | 13-65 | FedEx | LC-2010AHT | HPLC System | Shimadzu | C21245107034 | | N | N | VP | 126 | | $29,000.00 |
| 3 | 1/15/2014 | EC-01143 | | | TH8P2 | Chart Recorders (Reserve Sample Area) | Dickson | 13150016 | | N | Y | VP | Retain Room | | $500.00 |
| 4 | 3/11/2014 | EC-03144 | 14-06 | Shimadzu | AUW220D | Analytical Semi-Micro Balance | Shimadzu | D450026199 | | Y | N | JP | 126 | | $1,000.00 |
| 5 | 3/25/2014 | EC-03145 | | | CPD11-37 | Tablet Press | Cadmach | 184/A1/03-04 | | N | N | JP | 114/ Warehouse | | $75,000.00 |
| 6 | 4/2/2014 | EC-04146 | | | 8M | Tablet Hardness Tester | Dr. Schleuniger Pharmatron | 01238 | | N | N | JP | 109 | | $4,500.00 |
| 7 | 4/7/2014 | EC-04147 | | | 7304S | Dial Thickness Guage | Mitutoyo | SHJ067 | | Y | Y | VP | Portal | | $250.00 |
| 8 | 4/7/2014 | EC-04148 | | | 7304S | Dial Thickness Guage | Mitutoyo | SAN536 | | Y | Y | VP | Portal | Sent to InvaDerm on 01/03/17 | $250.00 |
| 9 | 4/7/2014 | EC-04149 | | | 7304S | Dial Thickness Guage | Mitutoyo | SHJ062 | | Y | Y | VP | Portal | | $250.00 |
| 10 | 4/17/2014 | EC-041410 | | | GPTD-100 | Tablet Deduster | FMC | 09023069B | | N | N | JP | Portal | | $1,500.00 |
| 11 | 4/17/2014 | EC-041411 | | | GPTD-100 | Tablet Deduster | FMC | 12002180B | | N | N | JP | Portal | | $1,500.00 |
| 12 | 4/17/2014 | EC-041412 | | | GPTD-100 | Tablet Deduster | FMC | 09023069D | | N | N | JP | Portal | | $1,500.00 |
| 13 | 4/30/2014 | EC-041413 | | | BX-60 | Silverson Mixer Homogenizer | Silverson | 2CB2301 | | N | N | GP | Portal | | $6,000.00 |
| 14 | 4/30/2014 | EC-041414 | | | BX | Silverson Mixer Homogenizer | Silverson | 2CB2048 | | N | N | GP | Portal | | $3,000.00 |
| 15 | 5/1/2014 | EC-051415 | | | Hotwind Premium | Hot Air Blower | Leister | 1402056182 | | Y | N | GP | 130 | | $1,000.00 |
| 16 | 6/4/2014 | EC-061416 | | | W51YKE | Magnehelic Differential Pressure Guage | Dwyer Inst. Inc. | | | N | N | GP | 107 | | $100.00 |
| 17 | 6/5/2014 | EC-061417 | | | | Distek Shaft Wobble Meter | Distek | WM1260 | | N | Y | GP | 127 | | $950.00 |
| 18 | 6/11/2014 | EC-061418 | | | Centrifuge 5424 | Centrifuge | Eppendoff | 5424DI957714 | | Y | N | GP | 127 | | $500.00 |
| 19 | 6/18/2014 | EC-061419-1 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296034 | | N | N | GP | 107 (Engineering Office) | | $100.00 |
| 20 | 6/18/2014 | EC-061419-2 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296031 | | N | N | GP | 107 | | $100.00 |
| 21 | 6/18/2014 | EC-061419-3 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296033 | | N | N | GP | 107 | | $100.00 |
| 22 | 6/18/2014 | EC-061419-4 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296023 | | N | N | GP | 107 | | $100.00 |
| 23 | 6/18/2014 | EC-061419-5 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296035 | | N | N | GP | 107 | | $100.00 |
| 24 | 6/18/2014 | EC-061419-6 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296025 | | N | N | GP | 107 | | $100.00 |
| 25 | 6/18/2014 | EC-061419-7 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296024 | | N | N | GP | 107 | | $100.00 |
| 26 | 6/18/2014 | EC-061419-8 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296030 | | N | N | GP | 107 | | $100.00 |
| 27 | 6/18/2014 | EC-061419-9 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296027 | | N | N | GP | 107 | | $100.00 |
| 28 | 6/18/2014 | EC-061419-10 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296028 | | N | N | GP | 107 | | $100.00 |
| 29 | 6/18/2014 | EC-061419-11 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296029 | | N | N | GP | 107 | | $100.00 |
| 30 | 6/18/2014 | EC-061419-12 | | | TK150 | Temp & Humidity Data Logger | Dickson | 13296032 | | N | N | GP | 107 | | $100.00 |
| 31 | 7/1/2014 | EC-071420 | | | | Liquid Tank (Jacketed) | DCI Inc | JS3296 | | Y | N | GP | Portal | | $20,000.00 |
| 32 | | EC-081421 | | | MXM2-48R8 | Refridgerator | Maxx Cold | 237718 | | N | N | GP | 129 | | $1,000.00 |
| 33 | | EC-081422A | | | DSC-60 | Differential Scanning Calorimeter | Shimadzu | C30455001218 SA | | Y | | GP | 126 | | $12,000.00 |
| 34 | | EC-081422B | | | TA-60WS | Thermal Analyzer | Shimadzu | C30875000670 LP | | Y | | GP | 126 | | |
| 35 | | EC-081423C | | | SyncMster 214T | Monitor | Samsung | BR21HCHYC-00003M | | | | GP | 127 | | |
| 36 | | EC-081424 | | | 32V132 | Liquid Stirrer - Air | Dayton | | | Y | N | GP | Portal | | |
| 37 | | EC-081425 | | | 01068-1-C | Liquid Tank 25 Gal. | Walker Stainless Technologies | 0068-3 | | | | GP | Portal | | $5,000.00 |
| 38 | | EC-081426 | | | 01068-1-C | Liquid Tank 25 Gal. | Walker Stainless Technologies | 0068-1 | | | | GP | Portal | | $5,000.00 |
| 39 | | EC-081427 | | | L4R | Mixer Homogenizer | Silverson | 9174 | | | | GP | 125 | | $9,000.00 |
| 40 | 8/26/2014 | EC-081428 | | | 8610 | Label Printer Controller Unit | VideoJet | 142231007B2 | | Y | N | GP | 130 | | $100.00 |
| 41 | 8/26/2014 | EC-081428A | | | WLK860022 | Label Printer/Carton Printer | VideoJet | 142181035BL | | Y | | GP | 130 | | $100.00 |
| 42 | 10/27/2014 | EC-101429 | | | HP46515 | Thermolyne Cimarec 1 Hot Plate | Bamstead/Thermolyne | 1.06799E+12 | | N | N | GP | 127 | | $100.00 |
| 43 | 10/27/2014 | EC-101430 | | | 11-510-49SH-G | Fisher Stirring Hotplate | Fisher Scientific | 502N0003 | | N | N | GP | 127 | | $100.00 |
| 44 | 10/27/2014 | EC-101431 | | | SP47235 | Thermolyne Cimarec 3 Hot Plate with stirrer | Bamstead/Thermolyne | 6.12911E+11 | | N | N | GP | 127 | | $100.00 |
| 45 | 12/4/2014 | EC-101432 | 100-100510 11 | FedEx | H-Class FTN QSM | Acquity UPLC System Sample Manager FTN Quaternary Solvent Manager PDA Detector QDA Detector Mass Spec | Waters | L12SD1339G M12Q5M563A VCAB0199 KAB0199 | | N | N | JP | 126 | | $95,000.00 |
| 46 | 12/5/2014 | EC-121433 | | | 913BMPLUS | Samsung 19" Black LCD (EC-01141 & EC-01142) | Samsung | PL19HMCP801-311E | | N | N | JP | 126 | | |
| 47 | 12/5/2014 | EC-121434 | | | E2214Hb | LCD Monitor Black UPLC Monitor | Dell | CN-0F4WW6-74261-38U-ID2U-T | | N | N | JP | 126 | | |
| 48 | 12/5/2014 | EC-121435 | | | 380 | Optiplex 380 (EC-121399 - Processing Unit) | Dell | FB1DRL1 | | N | N | JP | 126 | | |

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Received By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/13/2015 | EC-01151 | | | 8M | Tablet Hardness Tester | Dr. Schleuniger Pharmatron | 01275 | Y | N | N | GP | 114 | | $4,500.00 |
| 2 | 1/13/2015 | EC-01151A | | | ID-CLORE | Tablet Thickness Gauge on Hardness Tester | Mitutoyo | 10560 | | N | N | GP | 114 | | $100.00 |
| 3 | 1/13/2015 | EC-01152 | | | AB54 | Weighing Balance | Mettler Toledo | 1121222842 | | N | N | GP | 109 | | $250.00 |
| 4 | 1/13/2015 | EC-01153 | | | SB32001 Delta Range | Weighing Balance | Mettler Toledo | | | N | N | GP | 109 | | $250.00 |
| 5 | 1/13/2015 | EC-01154 | | | PE16 | Weighing Balance | Mettler Toledo | F45469 | | N | N | GP | 109 | | $250.00 |
| 6 | 1/13/2015 | EC-01155 | | | H70-4718-1 | Weighing Balance | Fairbanks | G644915-GP | | N | N | GP | 114 | | $250.00 |
| 7 | 1/13/2015 | EC-01156 | | | FCT01-X | Weighing Balance | Sartorius | 19101542 | | N | N | GP | Warehouse | | $250.00 |
| 8 | 2/9/2015 | EC-02157 | 123377 | UPS | LVDV-E | Viscometer (Digital) 115V | Brookfield | 8680827 | | N | N | JP | 125 | | $5,000.00 |
| 9 | 3/24/2015 | EC-03158 | 15-001 | | 76-94 | UHP Nitrogen Generator | Federal Equipment Co/Whatman | E1399 | | N | N | JP | 125 | | $3,000.00 |
| 10 | 3/25/2015 | EC-03159 | | | 75 Liter | Mixer - Granulator | Colletter Machines | 80M37512 | | N | N | GP | 119 | | $10,000.00 |
| 11 | 5/19/2015 | EC-051510 | | | 54-0112-0012 | Nitrogen Generator N60M | Proton On Site | L150200233 | | | | JP | 125 | | $9,000.00 |
| 12 | 5/19/2015 | EC-051511 | | | LC2010C-HT | Liquid Chromatograph | Shimadzu | C21255211951LP | | | | JP | 127 | | $29,000.00 |
| 13 | 5/19/2015 | EC-051512 | | | LC2010C-HT | Liquid Chromatograph | Shimadzu | C21255212071LP | | | | JP | 127 | | $29,000.00 |
| 14 | 5/19/2015 | EC-051513 | | | LC2010C-HT | Liquid Chromatograph | Shimadzu | C21255211843LP | | | | JP | 127 | | $29,000.00 |
| 15 | 5/19/2015 | EC-051514 | | | LC2010A-HT | Liquid Chromatograph | Shimadzu | C21245207444LP | | | | JP | 127 | | $29,000.00 |
| 16 | 12/9/2015 | EC-121515 | N/A | Pick Up | 1365DP-2 | DEPYROGENATION MICROPROCESSOR CONTROLLED OVEN | VWR | 12011904 | Y | | | JP | 125 | | $1,000.00 |
| 1 | 1/29/2016 | EC-01161 | 15-182 | | GC2010 Plus AOC-20i AOC-20s | Gas Chromatograph Autoinjector Autosampler | Shimadzu | C11805350213 C12125305054 SA C112135303632 SA | Y | Y | N | JP | 125 | | $25,000.00 |
| 2 | 4/8/2016 | EC-04162 | N/A | Pick Up | IND690 Desk | Weighing Balance | Mettler Toledo | 318809/2010 | | N | N | JP | 40F | | $950.00 |
| 3 | 4/8/2016 | EC-04163 | N/A | Pick Up | SM15000 | Weighing Balance | Mettler Toledo | 2114357857 | | N | N | JP | 40F | | $950.00 |
| 4 | 4/8/2016 | EC-04164 | N/A | Pick Up | VIPERSD12 | Weighing Balance | Mettler Toledo | 2448635 | | N | N | JP | 40F | | $950.00 |
| 5 | 4/8/2016 | EC-04165 | N/A | Pick Up | VIPERMB | Weighing Balance | Mettler Toledo | 2575549 | | N | N | JP | 40F | | $950.00 |
| 6 | 8/23/2016 | EC-08166 | 699831 | Pick Up | GDM-37EM | Refrigerator | True Manufacturing | 6951668 | N | N | N | JP | 40F | | $500.00 |
| 7 | 8/25/2016 | EC-08166A | 408665 | UPS | 1235D28 | Snap-in Module with Probe | Control Company | 160497172 | N | Y | | JP | 40F | | $100.00 |
| 8 | 9/28/2016 | EC-09167 | N/A | Pick Up | AB54 | Balance | Mettler Toledo | 1117/02455 | N | Y (e-Copy) | | JP | 40F (R&D) | | $500.00 |
| 9 | 9/28/2016 | EC-09168 | N/A | Pick Up | 7 Multi | pH meter | Mettler Toledo | 1231185456 | N | Y (e-Copy) | | JP | 40F (R&D) | | $150.00 |
| 10 | 9/28/2016 | EC-09169 | N/A | Branson | M8800 | Sonicator | Branson | BGQ0916445503 | N | Y (CD) | | JP | 40F (R&D) | | $250.00 |
| 11 | 9/28/2016 | EC-091610 | N/A | Pick Up | 500 series | Oven | Fisher Scientific | 801N0059 | N | N | | JP | 40F (R&D) | | $250.00 |
| 12 | 9/28/2016 | EC-091611 | N/A | Pick Up | 1510E | Oven | Sheldon Manufacturing | 1005789 | N | N | N | JP | 40F (R&D) | | $250.00 |
| 13 | 9/28/2016 | EC-091612 | N/A | Pick Up | 75 | Wrist Action Shaker | Burrel | 183071509 | N | N | | JP | 40F (R&D) | | $150.00 |
| 14 | 9/28/2016 | EC-091613 | N/A | Pick Up | 2100A | Dissolution system 2100A | Distek | D12566193 | Y | Y | | JP | 40F (R&D) | | $8,000.00 |
| 15 | 10/27/2016 | EC-101614 | N/A | | 75 | Wrist Action Shaker | Burrel | N/A | N | N | | JP | 125 | | $150.00 |
| 16 | 10/27/2016 | EC-101615 | 16-207 | UPS | 5702 | Centrifuge without Rotor - 120V | Eppendoff | 5702F040788 | N | N | | JP | 127 | | $500.00 |
| 17 | 11/7/2016 | EC-111616 | 430307 | UPS | M8800 | Sonicator | Branson | BGQ101623920B | N | Y(CD) | | VP | 40C | | $250.00 |
| 18 | 12/9/2016 | EC-121617 | | | LC2030c3d | Liquid Chromatograph | Shimadzu | L2145540157LP | Y | | | JP | 128 | | $29,000.00 |
| 19 | 12/9/2016 | EC-121618 | | | LC2030c | Liquid Chromatograph | Shimadzu | L21445302194AE | Y | | | JP | 128 | | $29,000.00 |
| 20 | 12/9/2016 | EC-121619 | | | LC2030c | Liquid Chromatograph | Shimadzu | L21445402509AE | Y | | | JP | 128 | | $29,000.00 |
| 1 | 1/5/2017 | EC-01171 | N/A | N/A | H70-4718-1 | Weighing Scale | Fairbanks | G964912 GP | | N | | SP | 40F (R&D) | | $500.00 |
| 2 | 1/5/2017 | EC-01172 | N/A | N/A | AE163 | Weighing Balance | Mettler | E48182 | | N | | SP | 40F (R&D) | | $500.00 |
| 3 | 1/10/2017 | EC-01173 | N/A | N/A | 14094 | stability Chamber -walk in | Hotpack | 83101 | | | | SP | 40F | | $25,000.00 |
| 3 | 1/10/2017 | EC-01173A | | | | temp controller | | | | | | SP | 40F | | |
| 3 | 1/10/2017 | EC-01173B | | | | Humidity controller | | | | | | SP | 40F | | |
| 3 | 1/10/2017 | EC-01173C | | | | Chart Recorders | | | | | | SP | 40F | | |
| 4 | 1/10/2017 | EC-01174 | N/A | N/A | CE0932-4 | reach in stability chamber | Lunaire | 25647-05 | | | | SP | 40F | | $9,000.00 |
| 4 | 1/10/2017 | EC-01174A | | | | temp controller | | | | | | SP | 40F | | |
| 4 | 1/10/2017 | EC-01174B | | | | Humidity controller | | | | | | SP | 40F | | |
| 4 | 1/10/2017 | EC-01174C | | | | Chart Recorder | | | | | | SP | 40F | | |
| 5 | 1/10/2017 | EC-01175 | N/A | N/A | CE0932-4 | reach in stability chamber | Lunaire | 25647-07 | | | | SP | 40F | | $9,000.00 |
| 5 | 1/10/2017 | EC-01175A | | | | temp controller | | | | | | SP | 40F | | |
| 5 | 1/10/2017 | EC-01175B | | | | Humidity controller | | | | | | SP | 40F | | |
| 5 | 1/10/2017 | EC-01175C | | | | Chart Recorders | | | | | | SP | 40F | | |
| 6 | 6/19/2017 | EC-06176 | 17/254 | Columbia | GC2010 Plus | Gas Chromatograph | Shimadzu | C11805450357 | Y | Y | N | JP | 126 | | $25,000.00 |
| 7 | 6/19/2017 | EC-06177 | N/A | Mike | HS-10 | Headspace (Demo Unit) | Shimadzu | C12225300001 | Y | Y | N | JP | 126 | | $15,000.00 |
| 8 | 6/19/2017 | EC-06178 | | | L1U10F | Lignhin Mixer | Lab Master | R0453399501 | Y | Y | N | JP | Portable | | $5,000.00 |

| | Date | Control # | P.O. # | Carrier | Model # | Equipment | Supplier | Serial # | Logbook | Manual (Y/N) | Calibration Certificate (Y/N) | Recevied By | Location | Remarks | Estimated Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 8/4/2017 | EC-08179 | | | 7Compact-S220 | pH meter | Mettler Toledo | B649409977 | Y | ✓ | N | SP | 127 | sign needed in logbook | $500.00 |
| 10 | 10/16/2017 | EC-101710 | N/A | Bharatbhai | WT-15PB | Web Techniques Rewind and Inspection Machine | Webtechniques | 15PB90120 | N | N | N | VP | 40F Warehouse | sign needed in logbook | $500.00 |
| 11 | 12/7/2017 | EC-121711 | N/A | Customer pickup | 51221162 | Vacuum OVEN | PRECISION | 604071202 | N | N | N | MP | 40F(R&D) | | $1,000.00 |
| 12 | 12/7/2017 | EC-121712 | N/A | Customer pickup | 3494 | Automatted Melting point system | SRS(stanford research system | 97538 | Y | N | N | MP | 40C | | $500.00 |
| 13 | 12/7/2017 | EC-121713 | N/A | Customer pickup | 11301-012 | Hot Plate with Stirrer | VWR | 50312002 | N | N | N | MP | 40F(R&D) | | $100.00 |
| 14 | 12/7/2017 | EC-121714 | N/A | Customer pickup | G1315B | HPLC 1100 series agilent | Agilent | DE33223739 | Y | N | N | MP | 40F(R&D) | | $9,000.00 |
| 1 | 4/5/2018 | EC-04181 | 18-151 | UPS | EX125D | Weighing Scale | OHAUS | B752196400 | Y | N | Y | MP | 40F(R&D) | | $1,000.00 |
| 2 | 4/5/2018 | EC-04182 | MU724 0600 | FedEx | 20250-30 | Humidity & Temprature Thermohygrometer indicator | INNOCAL | 180128829 | Y | N | Y | MP | 40F Warehouse | | $200.00 |
| 3 | 4/6/2018 | EC-04183 | N/A | N/A | PR203 | Weighing Balance | Mettler Toledo | 1113492001 | N | N | N | MP | 40F(R&D) | | $500.00 |
| 4 | 5/21/2018 | EC-05184 | N/A | N/A | UV-1800 120V | Shimadzu UV spectorphotometer | Shimadzu | A11455451063 US | Y | | | Dr NP | 40F R&D | | $9,000.00 |
| 5 | 6/7/2018 | EC-06185 | N/A | N/A | PU-25C | High Speed Bottle unscrabler | Pharma Pack | U1816437 | Y | Y | | sp | 40 F Room 2 | | $275,000.00 |
| 6 | 6/7/2018 | EC-06186 | N/A | N/A | PP-08 | Tablet/Capsule Counter | Pharma Pack | P1828762 | N/A | Y | | sp | 40 F Room 2 | | |
| 7 | 6/7/2018 | EC-06187 | N/A | N/A | PCL-15FM | Inline Screw on Capper with Elevator | Pharma Pack | C1814399 | N/A | Y | | sp | 40 F Room 2 | | |
| 8 | 6/7/2018 | EC-06188 | N/A | N/A | LM5022-222 | Enercon heat sealer | Enercon/Pharma Pack | 136411-3-1 | N/A | Y | | sp | 40 F Room 2 | | |
| 9 | 6/7/2018 | EC-06189 | N/A | N/A | PLB-1120 | Labeller | Pharma Pack | L1815851 | N/A | Y | | sp | 40 F Room 2 | | |
| 10 | 6/14/2018 | EC-061810 | N/A | N/A | N/A | Stainless steel Jackated Tank 380L with stirrer | Crepaco inc Fusion Fluid | C6126-Tank 180575-Stirrer | Y | N | N | BP | 40 C | | $10,000.00 |
| 11 | 8/13/2018 | EC-081811 | N/A | N/A | 196S | Quadro Comil | Quadro | 196-0447 | Y | Y | N | BP | 40C/Portable | | $10,000.00 |
| 12 | 10/8/2018 | EC-101812 | N/A | N/A | MP-V400 | Portable Tubing Pump | RolaTec Pump Co. | 1228 | N | N | N | JP | 40C/Portable | | $1,000.00 |
| 13 | 10/10/2018 | EC-101813 | 18/373 | EWX | 100DBT | 100 gallon Lee Tank stainless steel (Built 2004) | Federal Equipment Co/Whatman | 32233-1 | N | N | N | MP | 40C/Portable | | $9,500.00 |
| 14 | 10/10/2018 | EC-101814 | 18/373 | EWX | 30# | 200 gallon DCI receiver tank stainless steel (Built 1994) | Federal Equipment Co/Whatman | 95PH50420 | N | N | N | MP | 40C/Portable | | $9,500.00 |
| 15 | 10/31/2018 | EC-101815 | N/A | N/A | X-Series | 2 sliding Door Merch Black | Sam's Club | N/A | Y | N | N | MP | 40F Warehouse | | $250.00 |
| 16 | 12/4/2018 | EC-121816 | N/A | ULINE | H-1651 | Weighing 60X.002LB Easy counting Scale | ULINE | 2412030157 | N | N | N | MP | Warehouse(Cartoning) | | $100.00 |
| 1 | 9/25/2019 | EC-09191 | N/A | InvaHealth | 5417C | Centrifuge | Eppendoff | 20410 | N | N | N | JP | 40C - Room 127 | | $3,000.00 |
| 2 | 11/21/2019 | EC-11192 | N/A | N/A | MF | PER-FIL Powder Filler | PER-FIL | 40118 | | | | | 40F Packaging | | $45,000.00 |
| 3 | 12/3/2019 | EC-12193 | N/A | N/A | 5702 | Centrifuge without Rotor - 120V | Eppendoff | 5702FI440789 | N | N | N | Falguni | 40F Lab | Receive from Unknown Supplier | |
| 4 | 12/31/2019 | EC-12194 | 19/428 | FedEx | SF40A | Printer,Impact,SF40A,AM OHAUS | OHAUS Corportation | 8340350052 | N | N | N | Falguni | 40 F lab | | $500.00 |
| 1 | 3/3/2020 | EC-03201 | | | PHT-380 LTR | Stainless steel 380L storage (Holding) Tank | Prism Pharma Machinery | 301 | Y | N | N | BP | Production | | $9,000.00 |
| 2 | 3/3/2020 | EC-03202 | | | PHT-380 LTR | Stainless steel 380L storage (Holding) Tank | Prism Pharma Machinery | 302 | Y | N | N | BP | Production | | $9,000.00 |
| 3 | 3/3/2020 | EC-03203 | | | PHT-380 LTR | Stainless steel 380L storage (Holding) Tank | Prism Pharma Machinery | 303 | Y | N | N | BP | Production | | $9,000.00 |
| 4 | 3/3/2020 | EC-03204 | | | PHT-380 LTR | Stainless steel 380L storage (Holding) Tank | Prism Pharma Machinery | 304 | Y | N | N | BP | Production | | $9,000.00 |
| | | | | | | Misc supporting Items - Generator, Compressor, DEA Cage, Racking systems etc | | | | | | | | | $285,000.00 |
| | | | | | | Serialization ACG - 2D Bar Code System 1 with Carton Verification | | | | | | | | | $175,000.00 |
| | | | | | | Serialization ACG - 2D Bar Code System 2 | | | | | | | | | $150,000.00 |
| | | | | | | | | | | | | | | | $2,746,350.00 |

**Fill in this information to identify the case:**

Debtor name _____ InvaTech Pharma Solutions LLC

United States Bankruptcy Court for the: _____ DISTRICT OF NEW JERSEY

Case number (if known) _____ 25-11482

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Citibank N.A.<br><span style="font-size:smaller">Creditor's Name</span><br><br>6801 Coldwell Blvd.<br>Irving, TX 75039<br><span style="font-size:smaller">Creditor's mailing address</span> | Describe debtor's property that is subject to a lien<br>Citibank - IMMA Account - Acct# 8856<br><br>**Describe the lien** | $235,159.45 | $350,117.77 |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9355

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** CT Corporation System, as Rep.<br><span style="font-size:smaller">Creditor's Name</span><br><br>330 N. Brank Blvd., Suite 700<br>Glendale, CA 91203<br><span style="font-size:smaller">Creditor's mailing address</span> | Describe debtor's property that is subject to a lien<br><br>**Describe the lien** | Unknown | $0.00 |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | The Provident Bank |
| --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**      $1,990,582.00      $4,000,000.00
equipment, accounts receivable and inventory

100 Wood Ave So.
Iselin, NJ 08830

Creditor's mailing address

**Describe the lien**
Securty interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
5010;5003

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,225,741.45 |
| --- | --- | --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

| Fill in this information to identify the case: |
| --- |

Debtor name __InvaTech Pharma Solutions LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __25-11482__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,103.71 | $1,103.71 |
| --- | --- | --- | --- | --- |

State of New Jersey
Dept of Labor & Workforce
Development
PO Box 379
Trenton, NJ 08625-0307

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payroll Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,415.00 | $5,415.00 |
| --- | --- | --- | --- | --- |

State of New Jersey Dept. Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
State of NJ Dept of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08625-0417

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Business Debt

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347,501.27 | $0.00 |
|---|---|---|---|---|

US Dept of Treasury
PO Box 979101
Saint Louis, MO 63197-9000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,675.00 |
|---|---|---|---|

Aarti Ind Ltd.
E 22
MIDC TARAPUR, THANE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

ACG Inspection System, NA LLC
262 Old New Brunswick Road, Suite A
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,674.54 |
|---|---|---|---|

ADIYA Pharma Inc.
212B Progress Dr.
Montgomeryville, PA 18936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address
AIM RX3PL
4oF Cotters Lane, Suite 100
East Brunswick, NJ 08816

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$32,587.20**

---

**3.5** | Nonpriority creditor's name and mailing address
Air and Ship Cargo
40 F Cotters Lane
East Brunswick, NJ 08816

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$19,738.59**

---

**3.6** | Nonpriority creditor's name and mailing address
Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$156.89**

---

**3.7** | Nonpriority creditor's name and mailing address
Alert Sprinkler co., Inc.
300 Buckelew Ave.
Jamesburg, NJ 08831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,642.03**

---

**3.8** | Nonpriority creditor's name and mailing address
Allied Benefits System
200 West Adams St., Suite 500
Chicago, IL 60606-6006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$56,214.26**

---

**3.9** | Nonpriority creditor's name and mailing address
Alpesh J. Patel
460 Ridge Rd.
Dayton, NJ 08810

Date(s) debt was incurred  2023-2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

**$6,880.00**

---

**3.10** | Nonpriority creditor's name and mailing address
Alpha Packaging
1995 Highland Ave.
Bethlehem, PA 18020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$21,974.48**

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,000.00**

AlphaMed Bottles Inc.
300 S. Technology Drive
Central Islip, NY 11722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,254.95**

American Bureau of Collections
c/o Life Tchnologies Corporation
500 Seneca St., Suite 503
Buffalo, NY 14204-1963

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.39**

Approved Fire Protection Co.
114 St. Nicholas Avenue
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,236.51**

Ashland Specialty Ingredients
8145 Blazer Drive
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112,500.00**

Aspiro Pharma Ltd. Survey No. 321
Biotech Park-Phase III, Karkapatia Vilge
MarkookMandal Siddipet District
Telangana State
502281 INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$616,517.87**

Athem Holdings Inc.
40F Cotters Lane
Suite 100
East Brunswick, NJ 08816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$179,528.70**

Athem Pharma
40F Cotters Lane
Suite 100
East Brunswick, NJ 08816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240,000.00**

Avinash Medhekar
Karmangalya
K/3/2, Erandwaneco op society
Pune 411004
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,189.00**

BA Science
Alyssa Uhlmansiek
14 Manor Parkway
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,994.64**

Berlin Packaging
8 Saratoga Drive
Ringoes, NJ 08551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,143.00**

Bharat Patel
8 South Grosser St.
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$626,921.22**

Bharat Patel
8 South Grosser St.
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$714,855.91**

Bhaskar C. Patel
c/o Carole Lynn  Nowicki, Esq.
Sattiraju & Tharney LLP
50 Millstone Rd., Bldg 300, Suite 202
East Windsor, NJ 08520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,000.00**

Bhupendra C Patel CPA LLC
525 Milltown Road
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,731.33**

Birju Patel
109 Rivendell Way
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2021-2024

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,789,733.21**

BPH Pharma
15 Bayberry Dr.
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,773,237.49**

Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** EIDL Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$508.92**

Carrier Corporation
1095 Cranbury South River Road
Suite 5
Jamesburg, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,065.00**

Carter Ledyard Milburn
28 Liberty St., 41st Fl.
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,437.25**

Chandrika S. Patel
9 Stanley Ave
Dayton, NJ 08810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-2024

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168,225.00**

Chrome Pharma
Mckenzie House, Bury Street
Ruislip
HA4 7TL
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,475.00 |
|---|---|---|
| Cilicant Inc.<br>475 Wall Street<br>Suite 138<br>Princeton, NJ 08540 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|
| CMC Machinery LLC<br>743 Alexander Road, Suite #5<br>Princeton, NJ 08540 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.20 |
|---|---|---|
| Cole-Parmer<br>13927 Collections Center Dr.<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,442.17 |
|---|---|---|
| CPack Industries<br>9 Taylor Road<br>Edison, NJ 08817 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Dawn Scientific<br>121 Liberty Street<br>Metuchen, NJ 08840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|
| Dhruti Thaker<br>135 Fountayne Lane<br>Lawrence Township, NJ 08648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678,401.00 |
|---|---|---|
| Digvijay Patel<br>7108Robbinswood St.<br>Rockford, IL 61114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00**

Divya Patel
76 Sassafras Ct.
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,580,000.00**

Divya Patel
76 Sassafras Ct.
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510,170.92**

Elysium Pharmaceuticals Ltd.
Plot No. 1175,AT & Post: Dabhasa
Taluka: Padra, Dist. Vadodara
Gujarat 391440
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,697.00**

Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4108

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,700.00**

Falguni M. Patel
83 Joann Ct.
Monmouth Junction, NJ 08852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019-2020; 2024

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00**

FedEx
3875 Airways Blvd
Module H 3rd Fl
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Florida - Paramhans
1651 S. 6th St.
Macclenny, FL 32063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address**
FONA International, Inc.
1900 Averill Road
Geneva, IL 60134

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,927.22

---

**3.47** | **Nonpriority creditor's name and mailing address**
FOSA Technology Inc.
8 Olsen Ave.
Edison, NJ 08820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,726.05

---

**3.48** | **Nonpriority creditor's name and mailing address**
GenServe, Inc.
100 Newtown Road
Plainview, NY 11803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$560.00

---

**3.49** | **Nonpriority creditor's name and mailing address**
GL Sciences, Inc.
4733 Torrance Blvd., Suite 255
Torrance, CA 90503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,971.78

---

**3.50** | **Nonpriority creditor's name and mailing address**
GlobalPak
86 Locust St., Suite 1
Dover, NH 03820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$892.50

---

**3.51** | **Nonpriority creditor's name and mailing address**
Govind Vyas
24 Chaple Street
Edison, NJ 08817

Date(s) debt was incurred  2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$1,950.00

---

**3.52** | **Nonpriority creditor's name and mailing address**
Grintech Inc.
Silver Lake Executive Campus
41 University Dr., Suite 400
Newtown, PA 18940

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,736.00

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.53**    **Nonpriority creditor's name and mailing address**

Haresh Patel
7 Lake Park
Piscataway, NJ 08854

**Date(s) debt was incurred** _2022-2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

$26,880.00

---

**3.54**    **Nonpriority creditor's name and mailing address**

Harshad Patel
21 Gregory Lane
Franklin Park, NJ 08823

**Date(s) debt was incurred** _2022-2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55**    **Nonpriority creditor's name and mailing address**

Hemant Patel & Swetal Patel
77 Wrexam Road
Bronxville, NY 10708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.56**    **Nonpriority creditor's name and mailing address**

Hemant Patel MDPC
Harlem Medical Group
2257 Adam Clayton Powell Jr. Blvd.
New York, NY 10027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.57**    **Nonpriority creditor's name and mailing address**

Hetal Patel
1407 7th St.
North Bergen, NJ 07047

**Date(s) debt was incurred** _2023-2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

$6,800.00

---

**3.58**    **Nonpriority creditor's name and mailing address**

Highview Partners LLC
33 Cotters Lane
East Brunswick, NJ 08816

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$79,915.99

---

**3.59**    **Nonpriority creditor's name and mailing address**

Hina Modi
14 Lonczak Lane
East Brunswick, NJ 08816

**Date(s) debt was incurred** _2023-2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

$2,560.00

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

Indi Mediscript
704 Allamanda
Nahar Amrit Shakti Chandivali
Mumbai 400072
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,534.00 |
|---|---|---|---|

Infolyze Analytical Services
1460 Livingston Ave., Bldg. #700
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,121.92 |
|---|---|---|---|

Invahealth Inc.
1212 Cranbury South River Road
Cranbury, NJ 08512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,981.25 |
|---|---|---|---|

Jayshree Patel
900 Curtis Place
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Basis for the claim:** Unpaid Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226,764.00 |
|---|---|---|---|

Jeevan Scientific Technology Ltd.
Plot No. 1 & 2, Said Krupa Enclave
Near Lanco Hills Golconda Post,
Hyderabad 500 008 Telangana
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,947.50 |
|---|---|---|---|

Jignesh Patel
119 College Drive
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Basis for the claim:** Unpaid Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

Jinal & Family
1113 Musket Road
Newark, DE 19713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
Jinal A. Patel
1113 Musket Road
Newark, DE 19713

**Date(s) debt was incurred** 2023-2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?** ■ No ☐ Yes

**$81,715.08**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Johnson Controls
5757 N. Green Bay Avenue
Glendale, WI 53217

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8569

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,895.67**

---

**3.69**

**Nonpriority creditor's name and mailing address**
JRS Pharma LP
PO Box 780526
Philadelphia, PA 19178-0526

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ■ No ☐ Yes

**$782.40**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Kerry Ingredients & Flavours
3400 Millington Road
Beloit, WI 53511

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ■ No ☐ Yes

**$364.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
Ketan Patel
25 Seminary Dr.
Mahwah, NJ 07430

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ☐ No ☐ Yes

**$20,000.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
Khyatiben
28 Percypeny Lane
Parsippany, NJ 07054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ■ No ☐ Yes

**$150,000.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
Lanco York Inc.
864 East 25th St.
Paterson, NJ 07513

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?** ■ No ☐ Yes

**$17,830.08**

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|

---

**3.74** | **Nonpriority creditor's name and mailing address**
Life Technologies Corporation
12088 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$5,254.95

---

**3.75** | **Nonpriority creditor's name and mailing address**
M.D. Laboratory Supplies Inc.
4 Mine Brook Lane
Franklin Park, NJ 08823

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,450.00

---

**3.76** | **Nonpriority creditor's name and mailing address**
Magnum Designs LLC
46 S. Naurashaun Road
Pearl River, NY 10965

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$480.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
Mahesh Patel
1231 Stelton Road
Piscataway, NJ 08854

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

**3.78** | **Nonpriority creditor's name and mailing address**
Mahesh Patel
1231 Stelton Road
Piscataway, NJ 08854

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$180,000.00

---

**3.79** | **Nonpriority creditor's name and mailing address**
MedLit Graphics Inc.
92 N. Main St., Bldg. 18F
Windsor, NJ 08561

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$137,546.26

---

**3.80** | **Nonpriority creditor's name and mailing address**
MG America Inc.
31 Kulick Road
Fairfield, NJ 07004

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$6,005.14

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.81**

**Nonpriority creditor's name and mailing address**
Michael V. Dowgin, Esq.
2413 US Hwy 130
Dayton, NJ 08810

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No  ☐ Yes

$8,811.02

---

**3.82**

**Nonpriority creditor's name and mailing address**
MidAtlantic Mechanical Inc.
1550 Rike Drive
Millstone Township, NJ 08535

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,387.86

---

**3.83**

**Nonpriority creditor's name and mailing address**
Midwestern Industries, Inc.
PO Box 810
Massillon, OH 44648

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$222.77

---

**3.84**

**Nonpriority creditor's name and mailing address**
Mihir J. Patel
1407 7th St.
North Bergen, NJ 07047

**Date(s) debt was incurred**  2023-2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$4,800.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Morris Pharmacy
34 Ginger Dr.
Edison, NJ 08837

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$38,104.41

---

**3.86**

**Nonpriority creditor's name and mailing address**
Naginbhai
2 Boston Post Rd.
East Brunswick, NJ 08816

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$150,000.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
Nainesh Rana
27 Koster Blvd., Apt. 1B
Edison, NJ 08837

**Date(s) debt was incurred**  2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$1,680.00

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
Natoli Engineering Company, Inc.
28 Research Park Circle
Saint Charles, MO 63304

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$34,954.22

---

**3.89**

**Nonpriority creditor's name and mailing address**
New Jersey Boom & Erectors
120 Sans Drive
Henryville, PA 18332

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,430.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
New Jersey Laboratories
1110 Somerset St.
New Brunswick, NJ 08901

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$6,465.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
Nimisha Patel
2 Suskin Pl
Piscataway, NJ 08854

Date(s) debt was incurred  2022

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$10,560.00

---

**3.92**

**Nonpriority creditor's name and mailing address**
Nirmal Bharatbhai Patel
77 Wrexam Road
Bronxville, NY 10708

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$200,000.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Nisha M. Patel
16 Paul Ave.
Kendall Park, NJ 08824

Date(s) debt was incurred  2018-2024

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$97,739.58

---

**3.94**

**Nonpriority creditor's name and mailing address**
NJ Dept of Community Affairs
Bureau of Fire Code Enforcement
101 South Borad St., PO Box 809
Trenton, NJ 08625-0809

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,760.00

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,182.00

NJM Insurance Gourp
Workers Compensation
PO Box 70167
Philadelphia, PA 19176-0167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00

Omkeshtech LLC
14 Linden St.
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,781.60

On Target Staffing, Inc.
2050 Route 27, Suite 103
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,962.05

One Stop Office Solutions Inc.
PO Box 151
Kendall Park, NJ 08824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,352.88

Package All Corp.
655 Church St.
Bayport, NY 11705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,720.00

Pankaj Patel
6 Princess Dr.
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Basis for the claim:** Unpaid Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,443.00

Perritt Laboratories
145 S. Main St.
PO Box 147
Hightstown, NJ 08520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address**
Platinum Press
4251 Empire Road
Fort Worth, TX 76155

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$57,661.92

---

**3.103** | **Nonpriority creditor's name and mailing address**
PLS Analytical
40 E Cotters Lane, Suite A
East Brunswick, NJ 08816

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$68,263.17

---

**3.104** | **Nonpriority creditor's name and mailing address**
Prachi Kachiya Patel
303 Wood Ave
North Brunswick, NJ 08902

Date(s) debt was incurred  2023-2024

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$8,000.00

---

**3.105** | **Nonpriority creditor's name and mailing address**
Pradeep Patel
1206 William Penn Dr.
Bensalem, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$300,000.00

---

**3.106** | **Nonpriority creditor's name and mailing address**
Pradipkumar S. Patel
3500 Barrett Dr., Apt. #7A
Kendall Park, NJ 08824

Date(s) debt was incurred  2022-2024

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$28,702.50

---

**3.107** | **Nonpriority creditor's name and mailing address**
Pravinbhai K. Patel
117 Charles St.
Somerset, NJ 08873

Date(s) debt was incurred  2018; 2021

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

$27,348.00

---

**3.108** | **Nonpriority creditor's name and mailing address**
PSE&G
PO Box 14444
New Brunswick, NJ 08906

Date(s) debt was incurred _

Last 4 digits of account number  1407;4601;5329

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Bills

Is the claim subject to offset? ■ No  ☐ Yes

$22,665.23

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address**
Rajesh K. Patel
74 Wall St.
Metuchen, NJ 08840

**Date(s) debt was incurred** _2021; 2023-2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**$10,749.63**

---

**3.110** | **Nonpriority creditor's name and mailing address**
Rakesh Patel
1407 7th St.
North Bergen, NJ 07047

**Date(s) debt was incurred** _2023-2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**$6,400.00**

---

**3.111** | **Nonpriority creditor's name and mailing address**
Rakisha Patel
2 Suskin Place
Piscataway, NJ 08854

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**$7,134.00**

---

**3.112** | **Nonpriority creditor's name and mailing address**
Ram Associates
3240 East State St. Ext.
Hamilton, NJ 08619

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.113** | **Nonpriority creditor's name and mailing address**
Regional Staffing LLC
3 Ferguson Road
Warren, NJ 07059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$60,683.24**

---

**3.114** | **Nonpriority creditor's name and mailing address**
Rekha B. Patel
68 Old Road
Princeton, NJ 08540

**Date(s) debt was incurred** _2018-2020; 2023-2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**$44,584.45**

---

**3.115** | **Nonpriority creditor's name and mailing address**
Sandoz
100 College Road W.
Princeton, NJ 08540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

**3.116**

**Nonpriority creditor's name and mailing address**
Sannova Analytical Inc.
155 Pierce St.
Somerset, NJ 08873

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,150.00

---

**3.117**

**Nonpriority creditor's name and mailing address**
Sheetal Patel
24 Wisniewski Road
Sayreville, NJ 08872

**Date(s) debt was incurred**  2023-2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

$11,500.00

---

**3.118**

**Nonpriority creditor's name and mailing address**
Shimadzu Scientific Instruments, Inc.
7102 Riverwood Drive
Columbia, MD 21046

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,922.38

---

**3.119**

**Nonpriority creditor's name and mailing address**
Shree Hari International
40 C Cotters Lane, Suite A
East Brunswick, NJ 08816

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,003,764.70

---

**3.120**

**Nonpriority creditor's name and mailing address**
Shreeji Patel
131 Alton Street
Elizabeth, NJ 07202

**Date(s) debt was incurred**  2019-2020; 2023-2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

$39,202.00

---

**3.121**

**Nonpriority creditor's name and mailing address**
Shreeji Printing Co.
55 Veterans Blvd.
Carlstadt, NJ 07072

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,785.39

---

**3.122**

**Nonpriority creditor's name and mailing address**
Shriji Polymers LLC
1 Graphics Drive
Ewing, NJ 08628

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$183,854.29

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address**
Slope Drugs and Surgical Supply Inc.
406 5th Ave.
Brooklyn, NY 11215

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$13,524.00

---

**3.124** | **Nonpriority creditor's name and mailing address**
Softech Pharma Private Ltd.
Plot No. 708/6 Behind Somnath
Temple Dabhel, Nani Daman
Gujarat Daman and Diu
396215 INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$211,136.91

---

**3.125** | **Nonpriority creditor's name and mailing address**
Sonal U. Joshi
20 N. Evergreen Rd., 263 Q
Edison, NJ 08837

**Date(s) debt was incurred** 2022-2024

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ☑ No ☐ Yes

$23,440.00

---

**3.126** | **Nonpriority creditor's name and mailing address**
Specialty Disposal Services, Inc.
115 Route 46, Bldg. E 37.38
Mountain Lakes, NJ 07046

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$5,600.44

---

**3.127** | **Nonpriority creditor's name and mailing address**
Spotless LLC
19 Arlington Ave.
South River, NJ 08882

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,676.00

---

**3.128** | **Nonpriority creditor's name and mailing address**
Standard Waste Service
21 Edgeboro Road
East Brunswick, NJ 08816

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,441.00

---

**3.129** | **Nonpriority creditor's name and mailing address**
State License Servicing, Inc.
1751 State Route 17A
Florida, NY 10921

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,130.00

---

| Debtor | InvaTech Pharma Solutions LLC | | Case number (if known) | 25-11482 |
|---|---|---|---|---|
| | Name | | | |

---

**3.130** | **Nonpriority creditor's name and mailing address**
State of New Jersey
80 Mulberry St.
Newark, NJ 07102

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,043.25

---

**3.131** | **Nonpriority creditor's name and mailing address**
Stolzle Glass USA, Inc.
GmbH FabrikstraBe
11 A-8580 Koflach

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$11,063.94

---

**3.132** | **Nonpriority creditor's name and mailing address**
Sunny R. Patel
711 Grand Ave
North Bergen, NJ 07047

Date(s) debt was incurred  2024
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

$12,529.27

---

**3.133** | **Nonpriority creditor's name and mailing address**
SupplyOne New York Inc.
100 Porete Ave
North Arlington, NJ 07031

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$368.78

---

**3.134** | **Nonpriority creditor's name and mailing address**
Supreme Plumbing Company LLC
51 S. Union Ave
Cranford, NJ 07016

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,142.25

---

**3.135** | **Nonpriority creditor's name and mailing address**
Susquehanna Commercial Finance Inc.
2 Country View Road, Suite 300
Malvern, PA 19355

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.136** | **Nonpriority creditor's name and mailing address**
Synthimed Labs Inc.
1410 Bingham Dr., Suite 200
De Pere, WI 54115

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,312.50

---

Debtor    InvaTech Pharma Solutions LLC                                          Case number (if known)    25-11482
_____
Name

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

Syprom Software LLC
5 Clyde Road, Suite #1
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,290.00 |
|---|---|---|---|

Tape System Inc.
630 S. Columbus Ave.
Mount Vernon, NY 10550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56,806.61 |
|---|---|---|---|

Teva API Inc.
c/o Walsh Pizzi O'Reilly Falanga LLP
Liza M. Walsh, Esq.
100 Mulberry St., 15th Floor
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Judgment creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,024.91 |
|---|---|---|---|

Thomas Scientific
1654 High Hill Road
PO Box 99
Swedesboro, NJ 08085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,040.00 |
|---|---|---|---|

Toral Gala
208 Sapphire Lane
Franklin Park, NJ 08823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,840.00 |
|---|---|---|---|

Tushar Pathak
2214 Strawberry Court
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,307.00 |
|---|---|---|---|

U.S. Pharmacopeial Convention Inc.
12601 Twinbrook Parkway
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   InvaTech Pharma Solutions LLC
_____
Name

Case number (if known)   25-11482
_____

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,875.00 |

Uline
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,262.81 |

Universal Preserve.-A-Chem Inc.
2390 Park Center Drive
Mebane, NC 27302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,920.00 |

Vaishali Patel
50 Oxford Dr.
East Windsor, NJ 08520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2020

**Last 4 digits of account number** _

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375,000.00 |

Vaisubh
D-102 Runwal Centre
Govandi Station Rd.
Deonar, Mumbai 400088
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $779.79 |

VideoJet Technologies Inc.
12113 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,600.00 |

Vignola Trucking and Sale Co.
160 Hewitt Ave.
Hamilton, NJ 08610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,190.11 |

Vikram Patel
1608 Azalea Dr.
North Brunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2020

**Last 4 digits of account number** _

**Basis for the claim:**  Unpaid Wages

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,331.43 |
|---|---|---|---|

VILS Pharma Inc.
135 Glendale Avenue
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,745.53 |
|---|---|---|---|

Waste Managemen Corporate Services, Inc.
PO Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,559.00 |
|---|---|---|---|

Western Pest Services
423 Shrewsbury Ave
Shrewsbury, NJ 07702-4012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** 9336

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Adiya Phara, Inc.<br>94 County Line Road, Ste B<br>Colmar, PA 18915 | Line  3.3<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Carole Lynn Nowicki, Esq.<br>Sattiraju & Tharney, LLP<br>50 Millstone Rd., Bldg 300, Suite 202<br>East Windsor, NJ 08520 | Line  3.22<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Charles J. Stoia, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown, NJ 07962-1997 | Line  3.26<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | Mark J. Cintron, Esq.<br>The Cintron Firm LLC<br>25 East Salem St., Suite 400<br>Hackensack, NJ 07601 | Line  3.3<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 354,079.98 |
| **5b. Total claims from Part 2** | 5b.  + $ | 21,188,291.28 |

---

| Debtor | InvaTech Pharma Solutions LLC | Case number (if known) | 25-11482 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____21,542,371.26_____

**Fill in this information to identify the case:**

Debtor name  InvaTech Pharma Solutions LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   25-11482

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for premises located at 40-C Cotters Lane, East Brunswick, NJ | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Highview Partners LLC<br>1 Kimberly Road, Suite 105<br>East Brunswick, NJ 08816 |

**Fill in this information to identify the case:**

Debtor name ___InvaTech Pharma Solutions LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) ___25-11482___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.2 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.3 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.4 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name   InvaTech Pharma Solutions LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   25-11482

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $342,940.00 |
   | For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $5,370,947.00 |
   | For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $4,988,729.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    InvaTech Pharma Solutions LLC _____    Case number *(if known)* 25-11482

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  SEE ATTACHED RIDER | | $1,296,391.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Hemant Patel MDPC<br>Harlem Medical Group<br>2257 Adam Clayton Powell Jr. Blvd.<br>New York, NY 10027 | 1/15/2025 | $50,000.00 | repayment of loan received 1/10/2025 |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Adiya Pharma Inc. v. Invatech<br>Pharma Solutions<br>MID-DC-25703-24 | Civil | Superior Court of New Jersey<br>Middlesex Vicinage Civil<br>Division<br>PO Box 2633<br>56 Paterson Street<br>New Brunswick, NJ<br>08903-2633 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Teva API Inc. v. InvaTech Pharma Solutions LLC<br>MRS-L-000644-24 | Civil | Superior Court of New Jersey<br>Morris County Courthouse<br>Civil Division, P.O. Box 910<br>30 Schnyler Place<br>Morristown, NJ 07960-0910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | GENOVA BURNS LLC<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 4/13/2025 | $50,000.00 |
| | **Email or website address**<br>dstolz@genovaburns.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)*  25-11482 |

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Ram Associates<br>3240 East State St. Ext.<br>Hamilton, NJ 08619 | 2021-2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   InvaTech Pharma Solutions LLC<br>40 C Cotters Lane, Suite #A<br>East Brunswick, NJ 08816 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ■ Yes. Give the details about the two most recent inventories.

Debtor   InvaTech Pharma Solutions LLC _____   Case number *(if known)*  25-11482

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Nilesh Patel | 12/31/2024 | $1,240,000.00 (actual cost) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | InvaTech Pharma Solutions LLC<br>40 C Cotters Lane, Suite #A<br>East Brunswick, NJ 08816 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Nilesh Patel | 12/31/2023 | $1,089,000.00 (actual cost) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | InvaTech Pharma Solutions LLC<br>40C Cotters Lane<br>East Brunswick, NJ 08816 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nilesh Patel | 76 Sassafras Ct.<br>North Brunswick, NJ 08902 | CEO and Regulatory Officer | 30 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pankaj Patel | 6 Princess Dr.<br>North Brunswick, NJ 08902 | shareholder | 10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bhaskar Patel | 13 Boxwood Circle<br>Edison, NJ 08820 | Director of Manufacturing, 9% owner | 2014-2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bharat C. Patel | 8 South Grosser Place<br>Somerset, NJ 08873 | Director of Engineering, 9% owner | 2014-2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | InvaTech Pharma Solutions LLC | Case number *(if known)* | 25-11482 |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 11, 2025

/s/ Nilesh Patel                                                                   Nilesh Patel
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**INVATECH Paymne Details 11/15/2024 To 2/15/2025**

| Sr.No | Payment Date | Party Name | Bank  Name | Amount in USD |
|-------|-------------|------------|-----------|---------------|
| 1 | 11/15/2024 | Citi Bank | Citi | 8,233.96 |
| 2 | 11/15/2024 | ADP Payroll | Valley Payroll | 66,193.98 |
| 3 | 11/15/2024 | ADP Tax | Valley Payroll | 20,431.22 |
| 4 | 11/15/2024 | Vills Pharma Coating LLC | Valley Operation | 10,294.89 |
| 5 | 11/26/2024 | ACG Inspection System,North America LLC | Citi | 30,000.00 |
| 6 | 11/29/2024 | ADP Payroll | Valley Payroll | 20,472.63 |
| 7 | 11/29/2024 | ADP Tax | Valley Payroll | 10,320.28 |
| 8 | 12/4/2024 | Highview Partners LLC- Rent 11/2024 | Valley Operation | 79,716.31 |
| 9 | 12/9/2024 | Shriji Polymer LLC | Valley Operation | 7,668.43 |
| 10 | 12/10/2024 | Allied Benefit System | Valley Operation | 34,590.59 |
| 11 | 12/11/2024 | Interchem Corporation | Valley Operation | 38,234.73 |
| 12 | 12/11/2024 | Univar USA Incorporation | Valley Operation | 17,823.73 |
| 13 | 12/12/2024 | IMCD US LLC | Valley Operation | 22,132.00 |
| 14 | 12/16/2024 | Citi Bank | Citi | 8,087.46 |
| 15 | 12/16/2024 | Wanbury | Valley Operation | 8,250.00 |
| 16 | 12/17/2024 | Shimadzu scientific instrument Inc. | Valley Operation | 8,250.00 |
| 17 | 12/18/2024 | ADP Payroll | Valley Payroll | 64,418.37 |
| 18 | 12/18/2024 | ADP Tax | Valley Payroll | 19,927.35 |
| 19 | 12/26/2024 | CHASE CARD -DEA Licence fee | Valley Payroll | 9,255.00 |
| 20 | 12/27/2024 | ADP Payroll | Valley Payroll | 70,818.19 |
| 21 | 12/27/2024 | ADP Tax | Valley Payroll | 21,492.99 |
| 22 | 12/30/2024 | Particle Technology Lab | Valley Operation | 14,015.00 |
| 23 | 1/3/2025 | ACG Inspection System,North America LLC | Citi | 7,500.00 |
| 24 | 1/3/2025 | Allied Benefit System | Valley Operation | 26,259.88 |
| 25 | 1/6/2025 | Plasticoid Company Inc. | Valley Operation | 27,680.00 |
| 26 | 1/6/2025 | Barentz | Valley Operation | 13,651.11 |
| 27 | 1/7/2025 | Cilicant Inc. | Valley Operation | 8,190.00 |
| 28 | 1/7/2025 | PSE&G | Valley Operation | 15,367.76 |
| 29 | 1/9/2025 | Stolzle Glass USA,Inc | Valley Operation | 16,595.51 |
| 30 | 1/10/2025 | Citi Bank | Citi | 8,065.65 |
| 31 | 1/10/2025 | ADP Tax | Valley Payroll | 23,083.86 |
| 32 | 1/14/2025 | ADP Payroll | Valley Payroll | 67,026.75 |
| 33 | 1/15/2025 | Hemant Patel M.D.,P.C | Valley Operation | 50,000.00 |
| 34 | 1/17/2025 | Shriji Polymer LLC | Valley Operation | 15,211.19 |
| 35 | 1/17/2025 | New Jersey Laboratories | Valley Operation | 8,000.00 |
| 36 | 1/22/2025 | Unifirst corporation | Valley Operation | 7,266.44 |
| 37 | 1/22/2025 | Vills Pharma Coating LLC | Valley Operation | 10,320.28 |
| 38 | 1/22/2025 | Medlite Solutions | Valley Operation | 12,676.05 |
| 39 | 1/22/2025 | FDA Facility Fees | Valley Operation | 55,668.00 |
| 40 | 1/24/2025 | ADP Payroll | Valley Payroll | 61,841.36 |
| 41 | 1/24/2025 | ADP Tax | Valley Payroll | 20,415.11 |
| 42 | 1/28/2025 | New Jersey Laboratories | Valley Operation | 7,425.00 |
| 43 | 1/28/2025 | Allied Benefit System | Valley Operation | 29,954.38 |
| 44 | 2/7/2025 | ADP Tax | Valley Payroll | 19,201.57 |
| 45 | 2/11/2025 | Highview Partners LLC- | Valley Operation | 79,915.99 |
| 46 | 2/11/2025 | Highview Partners LLC- | Valley Operation | 79,716.31 |
| 47 | 2/11/2025 | Highview Partners LLC- | Valley Operation | 24,400.82 |
| 50 | 2/14/2025 | Vills Pharma Coating LLC | Valley Operation | 10,331.43 |
| 51 |  |  |  |  |
|  |  | **TOTAL** |  | **1,296,391.56** |

# United States Bankruptcy Court
## District of New Jersey

In re    InvaTech Pharma Solutions LLC

Debtor(s)

Case No.    25-11482
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BPH Pharma<br>15 Bayberry Dr.<br>Mahwah, NJ 07430 | | 18 | |
| Dhruti R. Patel<br>73 Briar Ave.<br>Edison, NJ 08817 | | 3 | |
| HD Star Management LLC<br>134 Tived Lane East<br>Edison, NJ 08837 | | 5 | |
| Ketan Patel<br>25 Seminary Dr.<br>Mahwah, NJ 07430 | | 2 | |
| Mayank Patel<br>3175 E. Tremont Ave.<br>Bronx, NY 10461 | | 2 | |
| Nilesh Balar<br>161 Truman Dr.<br>Cresskill, NJ 07626 | | 1 | |
| Nilesh L. Patel<br>64 Milltown Road<br>East Brunswick, NJ 08816 | | 3 | |
| Nilesh M. Patel<br>76 Sassafras Ct.<br>North Brunswick, NJ 08902 | | 30 | |
| Pankaj R. Patel<br>258 Fairview Ave<br>Paramus, NJ 07652 | | 10 | |
| Paresh J. Patel<br>10 Windswept Way<br>Long Valley, NJ 07853 | | 10 | |
| Pramukh Capital LLC<br>34 Ginger Dr.<br>Edison, NJ 08837 | | 5 | |

Sheet 1 of 2 in List of Equity Security Holders

In re:  InvaTech Pharma Solutions LLC                                                    Case No.  25-11482

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Vandana M. Patel<br>54 Todd Circle<br>North Brunswick, NJ 08902 | | 10 | |
| Vipul Patel<br>109 9th St.<br>Wood Ridge, NJ 07075 | | 1 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

        I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  March 11, 2025                              Signature   /s/ Nilesh Patel
                                                            Nilesh Patel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
### District of New Jersey

In re   InvaTech Pharma Solutions LLC

Debtor(s)

Case No.   25-11482

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 11, 2025

/s/ Nilesh Patel

Nilesh Patel/Chief Executive Officer
Signer/Title

Aarti Ind Ltd.
E 22
MIDC TARAPUR, THANE


ACG Inspection System, NA LLC
262 Old New Brunswick Road, Suite A
Piscataway, NJ 08854


Adiya Phara, Inc.
94 County Line Road, Ste B
Colmar, PA 18915


ADIYA Pharma Inc.
212B Progress Dr.
Montgomeryville, PA 18936


AIM RX3PL
4oF Cotters Lane, Suite 100
East Brunswick, NJ 08816


Air and Ship Cargo
40 F Cotters Lane
East Brunswick, NJ 08816


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Alert Sprinkler co., Inc.
300 Buckelew Ave.
Jamesburg, NJ 08831


Allied Benefits System
200 West Adams St., Suite 500
Chicago, IL 60606-6006


Alpesh J. Patel
460 Ridge Rd.
Dayton, NJ 08810


Alpha Packaging
1995 Highland Ave.
Bethlehem, PA 18020

AlphaMed Bottles Inc.
300 S. Technology Drive
Central Islip, NY 11722


American Bureau of Collections
c/o Life Tchnologies Corporation
500 Seneca St., Suite 503
Buffalo, NY 14204-1963


Approved Fire Protection Co.
114 St. Nicholas Avenue
South Plainfield, NJ 07080


Ashland Specialty Ingredients
8145 Blazer Drive
Wilmington, DE 19808


Aspiro Pharma Ltd. Survey No. 321
Biotech Park-Phase III, Karkapatia Vilge
MarkookMandal Siddipet District
Telangana State
502281 INDIA


Athem Holdings Inc.
40F Cotters Lane
Suite 100
East Brunswick, NJ 08816


Athem Pharma
40F Cotters Lane
Suite 100
East Brunswick, NJ 08816


Avinash Medhekar
Karmangalya
K/3/2, Erandwaneco op society
Pune 411004
INDIA


BA Science
Alyssa Uhlmansiek
14 Manor Parkway
Salem, NH 03079

Berlin Packaging
8 Saratoga Drive
Ringoes, NJ 08551


Bharat Patel
8 South Grosser St.
Somerset, NJ 08873


Bhaskar C. Patel
c/o Carole Lynn Nowicki, Esq.
Sattiraju & Tharney LLP
50 Millstone Rd., Bldg 300, Suite 202
East Windsor, NJ 08520


Bhupendra C Patel CPA LLC
525 Milltown Road
North Brunswick, NJ 08902


Birju Patel
109 Rivendell Way
Edison, NJ 08817


BPH Pharma
15 Bayberry Dr.
Mahwah, NJ 07430


Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794


Carole Lynn Nowicki, Esq.
Sattiraju & Tharney, LLP
50 Millstone Rd., Bldg 300, Suite 202
East Windsor, NJ 08520


Carrier Corporation
1095 Cranbury South River Road
Suite 5
Jamesburg, NJ 08831


Carter Ledyard Milburn
28 Liberty St., 41st Fl.
New York, NY 10005

Chandrika S. Patel
9 Stanley Ave
Dayton, NJ 08810


Charles J. Stoia, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962-1997


Chrome Pharma
Mckenzie House, Bury Street
Ruislip
HA4 7TL
UNITED KINGDOM


Cilicant Inc.
475 Wall Street
Suite 138
Princeton, NJ 08540


Citibank N.A.
6801 Coldwell Blvd.
Irving, TX 75039


CMC Machinery LLC
743 Alexander Road, Suite #5
Princeton, NJ 08540


Cole-Parmer
13927 Collections Center Dr.
Chicago, IL 60693


CPack Industries
9 Taylor Road
Edison, NJ 08817


CT Corporation System, as Rep.
330 N. Brank Blvd., Suite 700
Glendale, CA 91203


Dawn Scientific
121 Liberty Street
Metuchen, NJ 08840

Dhruti Thaker
135 Fountayne Lane
Lawrence Township, NJ 08648


Digvijay Patel
7108Robbinswood St.
Rockford, IL 61114


Divya Patel
76 Sassafras Ct.
North Brunswick, NJ 08902


Elysium Pharmaceuticals Ltd.
Plot No. 1175,AT & Post: Dabhasa
Taluka: Padra, Dist. Vadodara
Gujarat 391440
INDIA


Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285


Falguni M. Patel
83 Joann Ct.
Monmouth Junction, NJ 08852


FedEx
3875 Airways Blvd
Module H 3rd Fl
Memphis, TN 38116


Florida - Paramhans
1651 S. 6th St.
Macclenny, FL 32063


FONA International, Inc.
1900 Averill Road
Geneva, IL 60134


FOSA Technology Inc.
8 Olsen Ave.
Edison, NJ 08820

GenServe, Inc.
100 Newtown Road
Plainview, NY 11803


GL Sciences, Inc.
4733 Torrance Blvd., Suite 255
Torrance, CA 90503


GlobalPak
86 Locust St., Suite 1
Dover, NH 03820


Govind Vyas
24 Chaple Street
Edison, NJ 08817


Grintech Inc.
Silver Lake Executive Campus
41 University Dr., Suite 400
Newtown, PA 18940


Haresh Patel
7 Lake Park
Piscataway, NJ 08854


Harshad Patel
21 Gregory Lane
Franklin Park, NJ 08823


Hemant Patel & Swetal Patel
77 Wrexam Road
Bronxville, NY 10708


Hemant Patel MDPC
Harlem Medical Group
2257 Adam Clayton Powell Jr. Blvd.
New York, NY 10027


Hetal Patel
1407 7th St.
North Bergen, NJ 07047


Highview Partners LLC
33 Cotters Lane
East Brunswick, NJ 08816

Highview Partners LLC
1 Kimberly Road, Suite 105
East Brunswick, NJ 08816


Hina Modi
14 Lonczak Lane
East Brunswick, NJ 08816


Indi Mediscript
704 Allamanda
Nahar Amrit Shakti Chandivali
Mumbai 400072
INDIA


Infolyze Analytical Services
1460 Livingston Ave., Bldg. #700
North Brunswick, NJ 08902


Invahealth Inc.
1212 Cranbury South River Road
Cranbury, NJ 08512


Jayshree Patel
900 Curtis Place
North Brunswick, NJ 08902


Jeevan Scientific Technology Ltd.
Plot No. 1 & 2, Said Krupa Enclave
Near Lanco Hills Golconda Post,
Hyderabad 500 008 Telangana
INDIA


Jignesh Patel
119 College Drive
Edison, NJ 08817


Jinal & Family
1113 Musket Road
Newark, DE 19713


Jinal A. Patel
1113 Musket Road
Newark, DE 19713

Johnson Controls
5757 N. Green Bay Avenue
Glendale, WI 53217


JRS Pharma LP
PO Box 780526
Philadelphia, PA 19178-0526


Kerry Ingredients & Flavours
3400 Millington Road
Beloit, WI 53511


Ketan Patel
25 Seminary Dr.
Mahwah, NJ 07430


Khyatiben
28 Percypeny Lane
Parsippany, NJ 07054


Lanco York Inc.
864 East 25th St.
Paterson, NJ 07513


Life Technologies Corporation
12088 Collections Center Dr.
Chicago, IL 60693


M.D. Laboratory Supplies Inc.
4 Mine Brook Lane
Franklin Park, NJ 08823


Magnum Designs LLC
46 S. Naurashaun Road
Pearl River, NY 10965


Mahesh Patel
1231 Stelton Road
Piscataway, NJ 08854


Mark J. Cintron, Esq.
The Cintron Firm LLC
25 East Salem St., Suite 400
Hackensack, NJ 07601

MedLit Graphics Inc.
92 N. Main St., Bldg. 18F
Windsor, NJ 08561


MG America Inc.
31 Kulick Road
Fairfield, NJ 07004


Michael V. Dowgin, Esq.
2413 US Hwy 130
Dayton, NJ 08810


MidAtlantic Mechanical Inc.
1550 Rike Drive
Millstone Township, NJ 08535


Midwestern Industries, Inc.
PO Box 810
Massillon, OH 44648


Mihir J. Patel
1407 7th St.
North Bergen, NJ 07047


Morris Pharmacy
34 Ginger Dr.
Edison, NJ 08837


Naginbhai
2 Boston Post Rd.
East Brunswick, NJ 08816


Nainesh Rana
27 Koster Blvd., Apt. 1B
Edison, NJ 08837


Natoli Engineering Company, Inc.
28 Research Park Circle
Saint Charles, MO 63304


New Jersey Boom & Erectors
120 Sans Drive
Henryville, PA 18332

New Jersey Laboratories
1110 Somerset St.
New Brunswick, NJ 08901


Nimisha Patel
2 Suskin Pl
Piscataway, NJ 08854


Nirmal Bharatbhai Patel
77 Wrexam Road
Bronxville, NY 10708


Nisha M. Patel
16 Paul Ave.
Kendall Park, NJ 08824


NJ Dept of Community Affairs
Bureau of Fire Code Enforcement
101 South Borad St., PO Box 809
Trenton, NJ 08625-0809


NJM Insurance Gourp
Workers Compensation
PO Box 70167
Philadelphia, PA 19176-0167


Omkeshtech LLC
14 Linden St.
Piscataway, NJ 08854


On Target Staffing, Inc.
2050 Route 27, Suite 103
North Brunswick, NJ 08902


One Stop Office Solutions Inc.
PO Box 151
Kendall Park, NJ 08824


Package All Corp.
655 Church St.
Bayport, NY 11705


Pankaj Patel
6 Princess Dr.
North Brunswick, NJ 08902

Perritt Laboratories
145 S. Main St.
PO Box 147
Hightstown, NJ 08520


Platinum Press
4251 Empire Road
Fort Worth, TX 76155


PLS Analytical
40 E Cotters Lane, Suite A
East Brunswick, NJ 08816


Prachi Kachiya Patel
303 Wood Ave
North Brunswick, NJ 08902


Pradeep Patel
1206 William Penn Dr.
Bensalem, PA 19020


Pradipkumar S. Patel
3500 Barrett Dr., Apt. #7A
Kendall Park, NJ 08824


Pravinbhai K. Patel
117 Charles St.
Somerset, NJ 08873


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Rajesh K. Patel
74 Wall St.
Metuchen, NJ 08840


Rakesh Patel
1407 7th St.
North Bergen, NJ 07047


Rakisha Patel
2 Suskin Place
Piscataway, NJ 08854

Ram Associates
3240 East State St. Ext.
Hamilton, NJ 08619


Regional Staffing LLC
3 Ferguson Road
Warren, NJ 07059


Rekha B. Patel
68 Old Road
Princeton, NJ 08540


Sandoz
100 College Road W.
Princeton, NJ 08540


Sannova Analytical Inc.
155 Pierce St.
Somerset, NJ 08873


Sheetal Patel
24 Wisniewski Road
Sayreville, NJ 08872


Shimadzu Scientific Instruments, Inc.
7102 Riverwood Drive
Columbia, MD 21046


Shree Hari International
40 C Cotters Lane, Suite A
East Brunswick, NJ 08816


Shreeji Patel
131 Alton Street
Elizabeth, NJ 07202


Shreeji Printing Co.
55 Veterans Blvd.
Carlstadt, NJ 07072


Shriji Polymers LLC
1 Graphics Drive
Ewing, NJ 08628

Slope Drugs and Surgical Supply Inc.
406 5th Ave.
Brooklyn, NY 11215


Softech Pharma Private Ltd.
Plot No. 708/6 Behind Somnath
Temple Dabhel, Nani Daman
Gujarat Daman and Diu
396215 INDIA


Sonal U. Joshi
20 N. Evergreen Rd., 263 Q
Edison, NJ 08837


Specialty Disposal Services, Inc.
115 Route 46, Bldg. E 37.38
Mountain Lakes, NJ 07046


Spotless LLC
19 Arlington Ave.
South River, NJ 08882


Standard Waste Service
21 Edgeboro Road
East Brunswick, NJ 08816


State License Servicing, Inc.
1751 State Route 17A
Florida, NY 10921


State of New Jersey
80 Mulberry St.
Newark, NJ 07102


State of New Jersey
Dept of Labor & Workforce Development
PO Box 379
Trenton, NJ 08625-0307


State of New Jersey Dept. Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417

State of NJ Dept of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08625-0417


Stolzle Glass USA, Inc.
GmbH FabrikstraBe
11 A-8580 Koflach


Sunny R. Patel
711 Grand Ave
North Bergen, NJ 07047


SupplyOne New York Inc.
100 Porete Ave
North Arlington, NJ 07031


Supreme Plumbing Company LLC
51 S. Union Ave
Cranford, NJ 07016


Susquehanna Commercial Finance Inc.
2 Country View Road, Suite 300
Malvern, PA 19355


Synthimed Labs Inc.
1410 Bingham Dr., Suite 200
De Pere, WI 54115


Sypram Software LLC
5 Clyde Road, Suite #1
Somerset, NJ 08873


Tape System Inc.
630 S. Columbus Ave.
Mount Vernon, NY 10550


Teva API Inc.
c/o Walsh Pizzi O'Reilly Falanga LLP
Liza M. Walsh, Esq.
100 Mulberry St., 15th Floor
Newark, NJ 07102

The Provident Bank
100 Wood Ave So.
Iselin, NJ 08830


Thomas Scientific
1654 High Hill Road
PO Box 99
Swedesboro, NJ 08085


Toral Gala
208 Sapphire Lane
Franklin Park, NJ 08823


Tushar Pathak
2214 Strawberry Court
Edison, NJ 08817


U.S. Pharmacopeial Convention Inc.
12601 Twinbrook Parkway
Rockville, MD 20852


Uline
PO Box 88741
Chicago, IL 60680-1741


Universal Preserve.-A-Chem Inc.
2390 Park Center Drive
Mebane, NC 27302


US Dept of Treasury
PO Box 979101
Saint Louis, MO 63197-9000


Vaishali Patel
50 Oxford Dr.
East Windsor, NJ 08520


Vaisubh
D-102 Runwal Centre
Govandi Station Rd.
Deonar, Mumbai 400088
INDIA

VideoJet Technologies Inc.
12113 Collection Center Drive
Chicago, IL 60693


Vignola Trucking and Sale Co.
160 Hewitt Ave.
Hamilton, NJ 08610


Vikram Patel
1608 Azalea Dr.
North Brunswick, NJ 08902


VILS Pharma Inc.
135 Glendale Avenue
Edison, NJ 08817


Waste Managemen Corporate Services, Inc.
PO Box 13648
Philadelphia, PA 19101-3648


Western Pest Services
423 Shrewsbury Ave
Shrewsbury, NJ 07702-4012

# United States Bankruptcy Court
## District of New Jersey

In re  InvaTech Pharma Solutions LLC

Debtor(s)

Case No.  25-11482

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   InvaTech Pharma Solutions LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 11, 2025

Date

/s/  Daniel M. Stolz

Daniel M. Stolz
Signature of Attorney or Litigant
Counsel for   InvaTech Pharma Solutions LLC
GENOVA BURNS LLC
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
dstolz@genovaburns.com