UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Phone: (973) 467-2700
Counsel for InvaTech Pharma Solutions LLC
DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

Order Filed on October 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

INVATECH PHARMA SOLUTIONS LLC,

                Debtor-in-Possession.

Case No.: 25-11482

Hearing Date: 8/26/2025

Judge: Christine M. Gravelle

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 8, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Genova Burns LLC, Debtor's Attorney | $279,055.00 | $5,423.38 |

*rev.8/1/15*