Order Filed on December 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GENOVA BURNS LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>*Counsel for InvaTech Pharma Solutions LLC*<br>**DANIEL M. STOLZ, ESQ.**<br>**DONALD W. CLARKE, ESQ.**<br>**SUSAN A. LONG, ESQ.**<br>*dstolz@genovaburns.com*<br>*dclarke@genovaburns.com*<br>*slong@genovaburns.com* | |
| In re:<br><br>**INVATECH PHARMA SOLUTIONS LLC,**<br><br>            Debtor-in-Possession. | Case No.: 25-11482<br><br>Hon. Christine M. Gravelle<br><br>Chapter 11 |

## THIRD ORDER FURTHER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR TIME TO FILE A PLAN AND SOLICIT ACCEPTANCE OF A PLAN

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | InvaTech Pharma Solutions LLC |
| Case No.: | 25-11482 (CMG) |
| Caption of Order: | Third Order Further Extending Debtor's Exclusivity Period for Time to File a Plan and Solicit Acceptance of a Plan |

**THIS MATTER** having been opened to the Court upon the motion filed by InvaTech Pharma Solutions LLC (the "Debtor") in the above referenced bankruptcy case, seeking the entry of an Order Further Extending Debtor's Exclusivity Period for Time to File a Plan and Solicit Acceptance of a Plan, and the Court having considered the motion; and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Debtor's Exclusivity Period is extended for time to file a Plan through to and including February 8, 2026; and

2. The Debtor's Exclusivity Period is extended for time to solicit acceptance of a Plan through to and including April 10, 2026.

3. This motion is granted without prejudice to the rights of the Debtor to potentially seek further extensions of the date by which to have exclusivity to file a plan and solicit acceptance of a plan.