**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
*Counsel for InvaTech Pharma Solutions LLC*
**DANIEL M. STOLZ, ESQ.**
**DONALD W. CLARKE, ESQ.**
**SUSAN A. LONG, ESQ.**
*dstolz@genovaburns.com*
*dclarke@genovaburns.com*
*slong@genovaburns.com*

In re:

**INVATECH PHARMA SOLUTIONS LLC,**

                    Debtor-in-Possession.

Case No.: 25-11482

Hon. Christine M. Gravelle

Chapter 11

**Order Filed on December 9, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**THIRD ORDER FURTHER EXTENDING THE PERIOD**
**WITHIN WHICH THE DEBTOR MAY ASSUME OR REJECT**
**UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 9, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtors:            InvaTech Pharma Solutions LLC
Case No.:           25-11482 (CMG)
Caption of Order:   Third Order Further Extending the Period within Which the Debtor May
                    Assume or Reject Unexpired Leases and Executory Contracts

---

**THIS MATTER** having been open to the Court upon the filing of a motion by InvaTech

Pharma Solutions LLC (the "Debtor") in the above referenced bankruptcy case, seeking the entry

of a Third Order Further Extending the Period within Which the Debtor May Assume or Reject

Unexpired Leases and Executory Contracts, and the Court having considered the Motion; and for

good cause shown,

     **IT IS HEREBY ORDERED** as follows:

     1.    The time period within which the Debtor may assume or reject unexpired leases

and executory contracts is hereby extended through and including February 8, 2026.

     2.    This motion is granted without prejudice to the rights of the Debtor to potentially

seek further extensions of the date by which to assume or reject executory contracts and unexpired

leases of the Debtor.