UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
InvaTech Pharma Solutions LLC

Case No.: ____25-11482-CMG____

Chapter: _____11_____

Judge: ____Christine M. Gravelle____

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: February 20, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the application of _Donald W Clarke on behalf of the Debtor_ for a reduction of time for a hearing on _Motion re: (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures by which Interested Parties may Bid at an Auction in Connection with the Sale of the Debtor's Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Contracts or Leases, and Notice Procedures Thereto, (VI) Scheduling a Hearing to Approve the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of Debtor's Assets Free and Clear of All Liens, Claims and Causes of Action_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _March 3, 2026_ at _10:00AM_ in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. _3_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _U.S. Trustee and Secured Creditors_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _Parties Requesting Notice and Any Interested Parties_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11482-CMG |
| InvaTech Pharma Solutions LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

**Recip ID        Recipient Name and Address**
db           +  InvaTech Pharma Solutions LLC, 40 C Cotters Lane, Suite #A, East Brunswick, NJ 08816-2037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Andrew J. Kelly
                      on behalf of Creditor On Target Staffing  LLC akelly@kbtlaw.com,
                      wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Angela Nascondiglio Stein
                      on behalf of Creditor Provident Bank astein@meyner.com

Arthur L. Lessler
                      on behalf of Creditor Apnar Pharma LP LesslerA@outlook.com

Brian W. Hofmeister
                      on behalf of Plaintiff Divya Patel bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
                      on behalf of Plaintiff Nilesh M Patel bwh@hofmeisterfirm.com  j119@ecfcbis.com

Daniel Stolz

|  |  |
|---|---|
|  | on behalf of Debtor InvaTech Pharma Solutions LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel C Fleming | |
|  | on behalf of Creditor Sandoz Inc. dfleming@wongfleming.com sshalloo@wongfleming.com |
| David B. Grantz | |
|  | on behalf of Creditor Provident Bank dgrantz@meyner.com ckelly@meyner.com |
| David B. Grantz | |
|  | on behalf of Defendant Provident Bank dgrantz@meyner.com ckelly@meyner.com |
| David H. Stein | |
|  | on behalf of Creditor Highview Partners LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com |
| Dipesh Patel | |
|  | on behalf of Interested Party Elysium Pharmaceuticals Ltd. dpatel@dplllc.com |
| Donald W Clarke | |
|  | on behalf of Debtor InvaTech Pharma Solutions LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Lauren Bielskie | |
|  | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Matthew M. Hamel | |
|  | on behalf of Defendant Provident Bank mhamel@meyner.com |
| Matthew M. Hamel | |
|  | on behalf of Creditor Provident Bank mhamel@meyner.com |
| Samantha Lieb | |
|  | on behalf of U.S. Trustee U.S. Trustee samantha.lieb2@usdoj.gov |
| Stephen B. Ravin | |
|  | on behalf of Creditor PLS Analytical sravin@saul.com jgillman@saul.com |
| Susan Long | |
|  | on behalf of Debtor InvaTech Pharma Solutions LLC slong@genovaburns.com |
| Teresa Sadutto-Carley | |
|  | on behalf of Creditor Citibank N.A. tsadutto@goetzplatzer.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20