**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
*Counsel for InvaTech Pharma Solutions LLC*
**DANIEL M. STOLZ, ESQ.**
**DONALD W. CLARKE, ESQ.**
**SUSAN A. LONG, ESQ.**
*dstolz@genovaburns.com*
*dclarke@genovaburns.com*
*slong@genovaburns.com*

Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**INVATECH PHARMA SOLUTIONS LLC,**

              Debtor-in-Possession.

Case No.: 25-11482

Hon. Christine M. Gravelle

Chapter 11

## FOURTH ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTOR MAY ASSUME OR REJECT UNEXPIRED LEASES AND EXECUTORY CONTRACTS

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtors:           InvaTech Pharma Solutions LLC
Case No.:          25-11482 (CMG)
Caption of Order:  Fourth Order Further Extending the Period within Which the Debtor
                   May Assume or Reject Unexpired Leases and Executory Contracts

**THIS MATTER** having been open to the Court upon the filing of a motion by InvaTech Pharma Solutions LLC (the "Debtor") in the above referenced bankruptcy case, seeking the entry of a Fourth Order Further Extending the Period within Which the Debtor May Assume or Reject Unexpired Leases and Executory Contracts, and the Court having considered the Motion; and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.      The time period within which the Debtor may assume or reject unexpired leases and executory contracts is hereby extended through and including June 26, 2026.

2.      This motion is granted without prejudice to the rights of the Debtor to potentially seek further extensions of the date by which to assume or reject executory contracts and unexpired leases of the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 25-11482-CMG

InvaTech Pharma Solutions LLC                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

**Recip ID              Recipient Name and Address**
db                    + InvaTech Pharma Solutions LLC, 40 C Cotters Lane, Suite #A, East Brunswick, NJ 08816-2037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew J. Kelly
                              on behalf of Creditor On Target Staffing  LLC akelly@kbtlaw.com,
                              wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Angela Nascondiglio Stein
                              on behalf of Creditor Provident Bank astein@meyner.com

Arthur L. Lessler
                              on behalf of Creditor Apnar Pharma LP LesslerA@outlook.com

Brian W. Hofmeister
                              on behalf of Plaintiff Divya Patel bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
                              on behalf of Plaintiff Nilesh M Patel bwh@hofmeisterfirm.com  j119@ecfcbis.com

Daniel Stolz

District/off: 0312-3                                    User: admin                                              Page 2 of 2
Date Rcvd: Mar 05, 2026                          Form ID: pdf903                                    Total Noticed: 1

on behalf of Debtor InvaTech Pharma Solutions LLC dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel C Fleming

on behalf of Creditor Sandoz Inc. dfleming@wongfleming.com  sshalloo@wongfleming.com

David B. Grantz

on behalf of Defendant Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David B. Grantz

on behalf of Creditor Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David H. Stein

on behalf of Creditor Highview Partners  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

Dipesh Patel

on behalf of Interested Party Elysium Pharmaceuticals Ltd. dpatel@dplllc.com

Donald W Clarke

on behalf of Debtor InvaTech Pharma Solutions LLC dclarke@genovaburns.com
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Joel C. Shapiro

on behalf of Interested Party Advagen Holdings  Inc. shapiro-jc@blankrome.com, hutches@blankrome.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Matthew M. Hamel

on behalf of Defendant Provident Bank mhamel@meyner.com

Matthew M. Hamel

on behalf of Creditor Provident Bank mhamel@meyner.com

Samantha Lieb

on behalf of U.S. Trustee U.S. Trustee samantha.lieb2@usdoj.gov

Stephen B. Ravin

on behalf of Creditor PLS Analytical sravin@saul.com  jgillman@saul.com

Susan Long

on behalf of Debtor InvaTech Pharma Solutions LLC slong@genovaburns.com

Teresa Sadutto-Carley

on behalf of Creditor Citibank  N.A. tsadutto@goetzplatzer.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21