UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| | |
|---|---|
| In re:<br>InvaTech Pharma Solutions LLC,<br>    Debtor(s). | Case No.: 25-11482<br>Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 03/16/2026, as directed by Genova Burns LLC, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

NOTICE OF POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

03/16/2026

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**InvaTech Pharma Solutions LLC 25-11482**

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29091 | Genserve, Inc., 100 Newtown Road, Plainview, NY, 11803 | **First Class** |
| 29091 | MidAtlantic Service 360, 1550 Rike Drive, Millstone, NJ, 08535 | **First Class** |
| 29091 | SpotLess LLC, 19 Arlington Avenue, South River, NJ, 08882 | **First Class** |