| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **GENOVA BURNS LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>*Counsel for InvaTech Pharma Solutions LLC*<br>**DANIEL M. STOLZ, ESQ.**<br>**DONALD W. CLARKE, ESQ.**<br>**SUSAN A. LONG, ESQ.**<br>**JACLYNN MCDONNELL, ESQ.**<br>*dstolz@genovaburns.com*<br>*dclarke@genovaburns.com*<br>*slong@genovaburns.com*<br>*jmcdonnell@genovaburns.com* | |
| In re:<br><br>**INVATECH PHARMA SOLUTIONS LLC,**<br><br>    Debtor-in-Possession. | Case No.: 25-11482<br><br>Hon. Christine M. Gravelle<br><br>Chapter 11 |

## NOTICE OF WINNING BID AND CANCELLATION OF AUCTION

  **PLEASE TAKE NOTICE** that on March 5, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Designating a Stalking Horse Bidder and Approving Stalking Horse Bidder Protections, (II) Approving Bidding Procedures by Which Interested Parties May Bid and an Auction Sale Format in Connection With the Sale of the Debtor's Assets, (III) Approving Form of Asset Purchase Agreement, (IV) Approving Form of Notice to be Provided to Interested Parties, (V) Authorizing the Assumption and Assignment of Assumed Contracts and Notice Procedures Thereto, (VI) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder, and (VII) Authorizing the Sale of the Debtor's Property Free and Clear of All Causes of Action and Claims* [Docket No. 173] (the "Order") in the Chapter 11 case of the above-captioned debtor and  debtor-in- possession (the "Debtor").

  **PLEASE TAKE FURTHER NOTICE** that the Debtor did not receive a Qualified Bid[1] other than the Stalking Horse Bid on or before the March 24, 2026 deadline.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to Paragraph 3 of the Order, it has been determined that the Stalking Horse Bid is deemed as the sole Qualified Bid.

---

[1] The term "Qualified Bid" is defined in Section V of the *Bidding Procedures for the Submission, Receipt, and Analysis of Bids in Connection with the Sale of the Debtor's Assets* filed as Exhibit 1 to the Order [Doc No. 173].

**PLEASE TAKE FURTHER NOTICE** that subject to the foregoing, the **AUCTION SCHEDULED FOR MARCH 31, 2026 HAS BEEN CANCELLED**.

**GENOVA BURNS LLC**
*Counsel to InvaTech Pharma Solutions LLC*

Dated: March 26, 2026

By: */s/ Donald W. Clarke*
    DONALD W. CLARKE, ESQ.