UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Landlord, Highview Partners, LLC*

| In re:<br><br>INVATECH PHARMA SOLUTIONS LLC,<br><br>                Debtor. | Case No.: 25-11482  (CMG)<br><br>Chapter 11<br><br>Judge:  Hon. Christine M. Gravelle<br><br>Hearing Date: April 14, 2026<br>                   at 10:00 a.m. |

**OBJECTION OF HIGHVIEW PARTNERS, LLC TO DEBTOR'S**
**PROPOSED CURE AMOUNT AND RESERVATION OF RIGHTS**

This objection of Highview Partners, LLC ("Highview" or the "Landlord") to the proposed

cure amount set forth in the Notice of Potentially Assumed Executory Contracts and Unexpired

Leases filed by the Debtor, Invatech Pharma Solutions LLC (the "Debtor"), and Reservation of

Rights, submitted by and through its undersigned counsel, respectfully represents the following:

1.      On February 13, 2025 (the "Petition Date"), the Debtor filed a voluntary petition

for relief in the United States Bankruptcy Court for the District of New Jersey under Chapter 11,

Title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-

captioned bankruptcy case.

2.      Highview is the landlord of the Debtor under executory unexpired leases of non-

residential real property, as said term is defined in 11 U.S.C. § 365(d)(3).

#95961949.1 169078.001

3.      Among others, the Landlord maintains a claim against the Debtor and an interest under the following Lease Agreements:[1]

i.      Lease Agreement dated October 31, 2011 by and between InvaTech Pharma, LLC and Highview Properties–One, LLC[2], as amended by Amendment to Lease dated as of February 15, 2012, as further amended by First Amendment to Lease Agreement dated December 22, 2015, as further amended by Second Amendment to Lease dated November 12, 2012, as further amended by Amendment to Lease Agreements dated January 31, 2022 (collectively, "Lease Agreement 1");

ii.      Lease Agreement dated August 12, 2015 by and between InvaTech Pharma, LLC and Highview Properties – One, LLC, as amended by First Amendment to Lease Agreement dated December 22, 2015, as further amended by First Amendment to Lease & Commencement Date Certificate dated February 4, 2016, as further amended by Second Amendment to Lease dated May 1, 2017, as further amended by Amendment to Lease Agreements dated January 31, 2022, as further amended by Third Amendment to Lease Agreement dated February 7, 2025 (collectively, "Lease Agreement 2" and, together with Lease Agreement 1, the "Lease Agreements").

4.      Lease Agreement 1 is for real property located at 40C Cotters Lane, Suite A, East Brunswick, New Jersey, originally consisting of approximately 9,600 rentable square feet.[3]

5.      Lease Agreement 2 is for real property located at 40F Cotters Lane, Suite A, East Brunswick, New Jersey, originally consisting of approximately 34,600 rentable square feet.

---

[1] The Lease documents are voluminous and are in possession of the Debtor; they will be produced upon request.

[2] Effective July 1, 2029, Highvew Properties–One, LLC merged with and became known as Highview Partners, LLC.

[3] The Lease Agreement is voluminous in nature and will be presented to the Court in the event that this matter proceeds to a contested hearing or upon request by any party-in-interest.

#95961949.1 169078.001

6.       Base rent and other charges were not paid to Landlord as set forth below.  In addition to the payment of base rent, the Lease Agreements provide for payment of taxes and utilities, together with other charges as set forth in therein.

7.       Debtor has served a Notice of Potentially Assumed Executory Contracts and Unexpired Leases (the "Notice"), dated April 1, 2026.  The Notice provides that objections to the proposed cure amount shall state the correct cure payments alleged to be owed, together with any applicable and appropriate documentation in support thereof.

## OBJECTION

8.       Exhibit A to the Notice sets forth a proposed cure amount for Lease Agreement 1 in the amount of $0.00 (the "Lease 1 Cure Amount").

9.       Exhibit A to the Notice sets forth a proposed cure amount for Lease Agreement 2 in the amount of $0.00 (the "Lease 2 Cure Amount" and, together with the Lease 1 Cure Amount, the "Cure Amount").

10.      Landlord objects to Debtor's Cure Amount since said amount does not accurately reflect the full amount due and owing to Highview.

11.      Landlord asserts that the correct cure amount, through April 1, 2026, for Lease Agreement 1 is **$20,209.42** (the "Lease 1 Cure Amount"), which amount includes unpaid base rent, taxes, CAM and other charges, all as required by Lease Agreement 1.

12.      Landlord asserts that the correct cure amount, through April 1, 2026, for Lease Agreement 2 is **$58,341.91** (the "Lease 2 Cure Amount" and, together with the Lease 1 Cure Amount, the "Landlord Cure Amount"[4]), which amount includes unpaid base rent, taxes, CAM and other charges, all as required by Lease Agreement 2.

---

[4] The "Cure Amount" is calculated as of April 1, 2026.  This amount is subject to change depending upon when the Lease Agreements are assumed.

3

13.     A copy of Landlord's schedule evidencing its claims is attached hereto as **Exhibit "A"**.

14.     Landlord's Cure Amount must be paid by the Debtor to Highview in order for the Lease Agreements to be assumed, including all other commercially reasonable expenses incurred by Landlord in enforcing Landlord's rights and remedies, including reasonable attorneys' fees.

15.     When the debtor assumes the lease or the contract under Section 365, it must assume both the benefits and the burdens of the contract. City of Covington v. Covington Landing Limited Partnership, 71 F.3d 1221, 1226 (6th Cir. 1995). The landlord is entitled, upon lease assignment and assumption, to receive it's bargained for exchange. In re Joshua Slocum Ltd., 922 F.2d 1081 (3rd Cir. 1990).

## **RESERVATION OF RIGHTS**

16.     Landlord reserves the right to amend its Landlord's Cure Amount for other amounts which have not yet been billed or which have not yet become due under the terms of the Lease Agreements (the "Adjustment Amounts") and to present other objections following review of any adequate assurance information and other documentation provided by Debtor and/or any assignee of the Lease Agreements.

#95961949.1 169078.001

## CONCLUSION

For the reasons set forth hereinabove, Landlord respectfully requests that (i) in the event that the Lease Agreements are subject to assumption and assignment, Debtor shall be ordered to pay to Highview the Landlord's Cure Amount as of April 1, 2026 or as accrued thereafter, up to the assumption date; (ii) that any assignee of the Lease Agreements be required to pay post-petition rent and the Adjustment Amounts and to continue to comply with all terms and obligations of the Lease Agreements in the ordinary course of business; (iii) that all rights are reserved regarding any hearing to review adequate assurance of future performance; and (iv) for such other and further relief as the Court deems equitable, just and proper under the circumstances.

Dated: April 6, 2026

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Enid Two, LLC*

By: _/s/ David H. Stein_
    David H. Stein, Esq.

5

#95961949.1 169078.001

## CERTIFICATION OF SERVICE

I hereby certify that in accordance with the Notice that the foregoing objection was filed electronically with the Clerk of the Court on April 6, 2026 and simultaneously served on the following notice parties via ECF:

Donald Clarke, Esq.
Susan S. Long, Esq.
Daniel Stolz, Esq.
R. Edward Stone, III, Esq.
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Attorneys for Debtor

Lauren Bielskie, Esq.
Samantha Lieb, Esq.
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

All Parties that have filed a Notice of Appearance in this Chapter 11 Case

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2026                    **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                        *Attorneys for Highview Partners LLC*

                                        By: */s/ David H. Stein*
                                             David H. Stein, Esq.

6

# EXHIBIT A

DB Caption: LIVE Database   Property: .all  All Selected Tenants  Status: Current, Past, Future   Age As Of: 04/01/2026  Post To: 04/2026

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HP - 40C Cotters Lane (hp-eb15c)** | | | | | | | | | | | | | | |
| **Invatech Pharma, LLC (t0000016)** | | | | | | | | | | | | | | |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-69151 | LAT | 12/19/2025 | 12/2025 | 555.51 | 0.00 | 0.00 | 0.00 | 555.51 | 0.00 | 555.51 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-72430 | RETTU | 12/31/2025 | 12/2025 | 67.39 | 0.00 | 0.00 | 0.00 | 67.39 | 0.00 | 67.39 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-72431 | INSTU | 12/31/2025 | 12/2025 | 61.50 | 0.00 | 0.00 | 0.00 | 61.50 | 0.00 | 61.50 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-72432 | CAMTU | 12/31/2025 | 12/2025 | 6,371.34 | 0.00 | 0.00 | 0.00 | 6,371.34 | 0.00 | 6,371.34 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-69596 | INS | 1/1/2026 | 01/2026 | 15.15 | 0.00 | 0.00 | 15.15 | 0.00 | 0.00 | 15.15 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-69598 | OE | 1/1/2026 | 01/2026 | 381.95 | 0.00 | 0.00 | 381.95 | 0.00 | 0.00 | 381.95 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-69599 | RET | 1/1/2026 | 01/2026 | 49.91 | 0.00 | 0.00 | 49.91 | 0.00 | 0.00 | 49.91 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-69601 | ROOFMT | 1/1/2026 | 01/2026 | 16.29 | 0.00 | 0.00 | 16.29 | 0.00 | 0.00 | 16.29 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-70678 | INS | 2/1/2026 | 02/2026 | 15.15 | 0.00 | 15.15 | 0.00 | 0.00 | 0.00 | 15.15 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-70680 | OE | 2/1/2026 | 02/2026 | 381.95 | 0.00 | 381.95 | 0.00 | 0.00 | 0.00 | 381.95 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-70681 | RET | 2/1/2026 | 02/2026 | 49.91 | 0.00 | 49.91 | 0.00 | 0.00 | 0.00 | 49.91 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-70683 | ROOFMT | 2/1/2026 | 02/2026 | 16.29 | 0.00 | 16.29 | 0.00 | 0.00 | 0.00 | 16.29 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-71297 | TRE | 2/13/2026 | 02/2026 | 75.00 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-71471 | LAT | 2/26/2026 | 02/2026 | 578.67 | 0.00 | 578.67 | 0.00 | 0.00 | 0.00 | 578.67 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73034 | INS | 4/1/2026 | 04/2026 | 213.65 | 213.65 | 0.00 | 0.00 | 0.00 | 0.00 | 213.65 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73035 | MGF | 4/1/2026 | 04/2026 | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73036 | OE | 4/1/2026 | 04/2026 | 1,909.74 | 1,909.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,909.74 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73037 | RET | 4/1/2026 | 04/2026 | 1,691.54 | 1,691.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,691.54 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73038 | RNT | 4/1/2026 | 04/2026 | 7,296.40 | 7,296.40 | 0.00 | 0.00 | 0.00 | 0.00 | 7,296.40 |
| hp-eb15c | | Invatech Pharma, LLC | Current | C-73039 | ROOFMT | 4/1/2026 | 04/2026 | 342.08 | 342.08 | 0.00 | 0.00 | 0.00 | 0.00 | 342.08 |
| | | **Invatech Pharma, LLC** | | | | | | **20,209.42** | **11,573.41** | **1,116.97** | **463.30** | **7,055.74** | **0.00** | **20,209.42** |
| | | | | | | | | | | | | | | |
| **hp-eb15c** | | | | | | | | **20,209.42** | **11,573.41** | **1,116.97** | **463.30** | **7,055.74** | **0.00** | **20,209.42** |
| | | | | | | | | | | | | | | |
| **HP -40F Cotters Lane (hp-eb15h)** | | | | | | | | | | | | | | |
| **Invatech Pharma, LLC (t0000027)** | | | | | | | | | | | | | | |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-63572 | RNT | 6/1/2025 | 06/2025 | 3,283.94 | 0.00 | 0.00 | 0.00 | 3,283.94 | 0.00 | 3,283.94 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-64127 | MGF | 7/1/2025 | 07/2025 | 263.63 | 0.00 | 0.00 | 0.00 | 263.63 | 0.00 | 263.63 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-64131 | RNT | 7/1/2025 | 07/2025 | 3,020.31 | 0.00 | 0.00 | 0.00 | 3,020.31 | 0.00 | 3,020.31 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-65005 | MGF | 8/1/2025 | 08/2025 | 263.63 | 0.00 | 0.00 | 0.00 | 263.63 | 0.00 | 263.63 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-65009 | RNT | 8/1/2025 | 08/2025 | 3,020.31 | 0.00 | 0.00 | 0.00 | 3,020.31 | 0.00 | 3,020.31 |

DB Caption: LIVE Database   Property: .all  All Selected Tenants  Status: Current, Past, Future   Age As Of: 04/01/2026  Post To: 04/2026

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| hp-eb15h | | Invatech Pharma, LLC | Current | R-18423 | Prepay | 9/18/2025 | 09/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,596.86 | -4,596.86 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-69152 | LAT | 12/19/2025 | 12/2025 | 2,046.68 | 0.00 | 0.00 | 0.00 | 2,046.68 | 0.00 | 2,046.68 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72391 | RETTU | 12/31/2025 | 12/2025 | -971.05 | 0.00 | 0.00 | 0.00 | -971.05 | 0.00 | -971.05 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72392 | RETTU | 12/31/2025 | 12/2025 | 522.93 | 0.00 | 0.00 | 0.00 | 522.93 | 0.00 | 522.93 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72393 | INSTU | 12/31/2025 | 12/2025 | -81.35 | 0.00 | 0.00 | 0.00 | -81.35 | 0.00 | -81.35 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72394 | INSTU | 12/31/2025 | 12/2025 | 262.32 | 0.00 | 0.00 | 0.00 | 262.32 | 0.00 | 262.32 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72395 | CAMTU | 12/31/2025 | 12/2025 | 6,168.51 | 0.00 | 0.00 | 0.00 | 6,168.51 | 0.00 | 6,168.51 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-72396 | CAMTU | 12/31/2025 | 12/2025 | 4,296.13 | 0.00 | 0.00 | 0.00 | 4,296.13 | 0.00 | 4,296.13 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-69641 | INS | 1/1/2026 | 01/2026 | 53.88 | 0.00 | 0.00 | 53.88 | 0.00 | 0.00 | 53.88 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-69643 | OE | 1/1/2026 | 01/2026 | 509.22 | 0.00 | 0.00 | 509.22 | 0.00 | 0.00 | 509.22 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-69644 | RET | 1/1/2026 | 01/2026 | 112.16 | 0.00 | 0.00 | 112.16 | 0.00 | 0.00 | 112.16 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-69647 | ROOFMT | 1/1/2026 | 01/2026 | 44.73 | 0.00 | 0.00 | 44.73 | 0.00 | 0.00 | 44.73 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-70723 | INS | 2/1/2026 | 02/2026 | 53.88 | 0.00 | 53.88 | 0.00 | 0.00 | 0.00 | 53.88 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-70725 | OE | 2/1/2026 | 02/2026 | 509.22 | 0.00 | 509.22 | 0.00 | 0.00 | 0.00 | 509.22 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-70726 | RET | 2/1/2026 | 02/2026 | 112.16 | 0.00 | 112.16 | 0.00 | 0.00 | 0.00 | 112.16 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-70729 | ROOFMT | 2/1/2026 | 02/2026 | 44.73 | 0.00 | 44.73 | 0.00 | 0.00 | 0.00 | 44.73 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-71472 | LAT | 2/26/2026 | 02/2026 | 2,082.68 | 0.00 | 2,082.68 | 0.00 | 0.00 | 0.00 | 2,082.68 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73072 | ADDRENT | 4/1/2026 | 04/2026 | 2,332.08 | 2,332.08 | 0.00 | 0.00 | 0.00 | 0.00 | 2,332.08 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73073 | INS | 4/1/2026 | 04/2026 | 742.11 | 742.11 | 0.00 | 0.00 | 0.00 | 0.00 | 742.11 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73074 | MGF | 4/1/2026 | 04/2026 | 576.67 | 576.67 | 0.00 | 0.00 | 0.00 | 0.00 | 576.67 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73075 | OE | 4/1/2026 | 04/2026 | 2,546.11 | 2,546.11 | 0.00 | 0.00 | 0.00 | 0.00 | 2,546.11 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73076 | RET | 4/1/2026 | 04/2026 | 3,801.31 | 3,801.31 | 0.00 | 0.00 | 0.00 | 0.00 | 3,801.31 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73077 | RNT | 4/1/2026 | 04/2026 | 26,382.50 | 26,382.50 | 0.00 | 0.00 | 0.00 | 0.00 | 26,382.50 |
| hp-eb15h | | Invatech Pharma, LLC | Current | C-73078 | ROOFMT | 4/1/2026 | 04/2026 | 939.34 | 939.34 | 0.00 | 0.00 | 0.00 | 0.00 | 939.34 |
| | | **Invatech Pharma, LLC** | | | | | | **62,938.77** | **37,320.12** | **2,802.67** | **719.99** | **22,095.99** | **-4,596.86** | **58,341.91** |
| **hp-eb15h** | | | | | | | | **62,938.77** | **37,320.12** | **2,802.67** | **719.99** | **22,095.99** | **-4,596.86** | **58,341.91** |
| **Grand Total** | | | | | | | | **83,148.19** | **48,893.53** | **3,919.64** | **1,183.29** | **29,151.73** | **-4,596.86** | **78,551.33** |

UserId : reese.buchan@greekdevelopment.com Date : 4/1/2026 Time : 5:27 PM

Case 25-11482-CMG Doc 192 Filed 04/06/26 Entered 04/06/26 12:03:45 Desc Main Document Page 9 of 9