UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**




**Order Filed on November 10, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

InvaTech Pharma Solutions LLC

Case No.: 25-11482-CMG

Hearing Date: 11/10/2026

Judge: Christine M. Gravelle

Chapter: 11

Recommended Local Form: ☑ Followed ☐ Modified

**ORDER DENYING MOTION OR**
**APPLICATION FOR THE ENTRY OF AN ORDER**

Cross Motion re: To Convert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

A motion or application having been filed on October 19, 20 26 by Jeffrey M. Sponder on behalf of U.S. Trustee for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*